UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED
2017 JUL 18 P 5: 29
U.S. DISTRICT COURT
EASTERN DIST. TENN.
_____ DEPT. CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) 3:17-CR- 82 |
| | ) |
| RANDALL KEITH BEANE, and | ) |
| HEATHER ANN TUCCI-JARRAF | ) |

## MOTION TO SEAL INDICTMENT

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, hereby moves the Court for entry of an order sealing the Indictment in this matter. All of the defendants are not in custody and may present a risk of flight if they become aware of the charges prior to their arrests. So as not to alert the defendants in advance of their pending arrests, it is respectfully requested that the Court seal the Indictment and this case until such time as the defendants are arrested and this Court orders the Indictment and case be unsealed.

Respectfully submitted,

NANCY STALLARD HARR
United States Attorney

By: _____
Cynthia F. Davidson
Assistant United States Attorney