CRIMINAL CASE COVER SHEET           U.S. ATTORNEY'S OFFICE

Defendant Name: **HEAHTER ANN TUCCI-JARRAF**

Place of Offense (City & County): Knoxville & Knox

Juvenile: Yes ___ No _X_    Matter to be Sealed: Yes ___ No _X_

Interpreter: No _X_ Yes ___ Language: _____

Total # of Counts: ___ Petty ___ Misdemeanor (Class ___) _1_ Felony

| ORIGINAL INDICTMENT U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|
| Set 1  18 U.S.C. § 1956(h) – Conspiracy to Commit Money Laundering | 7 |

*(Use tab key after entering counts to create additional rows)*

| SUPERSEDING INDICTMENT U.S.C. Citation(s) and Description of Offense Charged | New count? Y or N | New Count # | Old Count # (if applicable) |
|---|---|---|---|
| Set 1 | | | |

*(Use tab key after entering counts to create additional rows)*

Current Trial Date (if set): _____ before Judge _____

Criminal Complaint Filed: No _X_ Yes ___ Case No. _____

Defendant on Supervised Release: Yes ___ No _X_

Violation Warrant Issued? No _X_ Yes ___ Case No. _____

Related Case(s):

Case Number     Defendant's attorney     How related

Case Number     Defendant's attorney     How related

**Criminal Informations:**

Pending criminal case:  No ___ Yes ___ Case No. _____

New Separate Case _____  Supersedes Pending Case _____

Name of defendant's attorney: _____

Retained: _____  Appointed: _____

Date: **July 18, 2017**     Signature of AUSA: *[signature]*

Case 3:17-cr-00082-TAV-CCS   Document 3-2   Filed 07/18/17   Page 1 of 1   PageID #: 12