*ORIGINAL INSTRUMENT*

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**
**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**
alleged
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

FILED
2017 OCT 18 A 9: 07
U.S. DISTRICT COURT
EASTERN DIST. TENN.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Reference Number: |
| alleged Plaintiff ) | No. 3:17-CR-82 |
| v. ) | VARLAN/SHIRLEY, |
| ) | alleged USDJ/USMJ |
| RANDALL KEITH BEANE, and ) | Further reference numbers for action: |
| HEATHER ANN TUCCI-JARRAF ) | 3:17-cr-00082-TAV-CCS |
| alleged Defendants ) | 3:17-cr-00082-TAV-CCS-1/2 |

### NOTICE OF CORRECTION OF PRAECIPE(Document 54)

**PRAECIPE, Document 54, is restated and incorporated by reference as if set forth in full;**

Article II of the DECLARATION OF DUE CAUSE, restated, and now a due matter of record, and law is corrected as follows:

Formerly: "II. DUE CANCELLATION OF TRUE BILL, ORIGINAL DUE DECLARATION OF ADDENDUM OF LAW, PRESUMPTION AND PERPETUITY, for Heather Ann Tucci-Jarraf, and HEATHER ANN TUCCI-JARRAF, duly accepted, unrebutted, and a matter of record, Documents 42 and 50, restated, and incorporated by reference as if set forth in full, duly establishing legal existence, status, identity, sole ownership, and sole authority of Heather Ann Tucci-Jarraf, and HEATHER ANN TUCCI-JARRAF;"

and now corrected to read as: "II. DUE CANCELLATION OF TRUE BILL, ORIGINAL DUE DECLARATION OF ADDENDUM OF LAW, PRESUMPTION AND PERPETUITY, for Heather Ann Tucci-Jarraf, and HEATHER ANN TUCCI-JARRAF, duly accepted, unrebutted, and a matter of record, Documents 18, 25, 43, 48, 49, 52, 54, 55, and the DAR from hearing on 8/24/17, all restated, and incorporated by reference as if set forth in full, duly establishing legal existence, status, identity, sole ownership, and sole authority of Heather Ann Tucci-Jarraf, and HEATHER ANN TUCCI-JARRAF;"

I duly verify, validate, and certify that this CORRECTION OF PRAECIPE (Document 54), restated, is true, accurate, and complete, for all to rely upon, and effective immediately. Without prejudice, ab initio, nunc pro tunc, praeterea preterea:

_____
Original

PRAECIPE        pg 1of 2   hatj_____ 10-18-17



Case 3:17-cr-00082-TAV-CCS   Document 56   Filed 10/18/17   Page 1 of 2   PageID #: 2151

## Certificate of Service

I certify that on October 18, 2017, a copy of the foregoing was cause to be filed electronically. Notice of this filing will be sent by operation of the alleged Court's electronic filing system to all alleged parties indicated on the electronic filing receipt. Further notice made by personal service. Alleged parties may access this filing through the alleged Court's electronic filing system.

Original _[signature, fingerprint, "Without Prejudice"]_

PRAECIPE pg 2 of 2 hatj _[signature 10-18-17]_