*Original Instrument*
**Notice to Principal is notice to Agent**
**Notice to Agent is notice to Principal**
reference:
**"UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**



FILED
2017 DEC 29 P 2:27
U.S. DISTRICT COURT
EASTERN DIST. TENN.
_____DEPT. CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Reference Number: |
| Plaintiff | ) | No. 3:17-CR-82, and all associated numbers |
| v. | ) | VARLAN/SHIRLEY, |
| | ) | USDJ/USMJ |
| RANDALL KEITH BEANE, and | ) | |
| HEATHER ANN TUCCI-JARRAF | ) | |
| Defendants | ) | " |

## DECLARATION OF DUE NOTICE AND SERVICE OF EXECUTIVE ORDER 13818

With full responsibility, accountability, and liability, without prejudice, nunc pro tunc, praeterea preterea, I duly declare, validate, and verify, with sworn signature and seal, that I am conscious and competent to make and issue this Declaration, for all to rely upon. I duly declare, certify, verify, and validate as follows:

1. Executive Order 13818, with document citation EO 13818 of December 20, 2017, hereafter "EO 13818", is restated and incorporated here by reference, as if set forth in full;

2. A true, accurate, and complete copy of EO 13818, restated, is now duly made a part of this declaration herein, for convenience of all alleged parties, as a matter of public record, and for all further appropriate actions that shall be taken thereunder;

3. I have duly made, issued, noticed, filed, and served EO 13818, restated, on all alleged parties, principals, and agents of the above referenced title, inclusive of all foreign and domestic actors and interests, known and not known, thereto and thereof.

I duly re-certify, validate, and verify, with my full responsibility, accountability, and liability, without prejudice, nunc pro tunc, praeterea preterea, that the foregoing is true, accurate, and complete, for all to rely upon.

December 29, 2017
_Heather Ann Tucci-Jarraf_
Original

# Blocking the Property of Persons Involved in Serious Human Rights Abuse or Corruption

A Presidential Document by the Executive Office of the President on 12/26/2017

**DOCUMENT DETAILS**

**Printed version:**
PDF (https://www.gpo.gov/fdsys/pkg/FR-2017-12-26/pdf/2017-27925.pdf)

**Publication Date:**
12/26/2017 (/documents/2017/12/26)

**Agency:**
Executive Office of the President (https://www.federalregister.gov/agencies/executive-office-of-the-president)

**Document Type:**
Presidential Document

**Presidential Document Type:**
Executive Order

**E.O. Citation:**
E.O. 13818 of Dec 20, 2017

**Document Citation:**
82 FR 60839

**Page:**
60839-60843 (tel:60839-60843) (5 pages)

**Document Number:**
2017-27925 (tel:2017-27925)

**DOCUMENT DETAILS**

**PUBLISHED DOCUMENT**

---- Start Printed Page 60839 ----

Executive Order 13818 (/executive-order/13818) of December 20, 2017

## Blocking the Property of Persons Involved in Serious Human Rights Abuse or Corruption

By the authority vested in me as President by the Constitution and the laws of the United States of America, including the International Emergency Economic Powers Act (50 U.S.C. 1701 (https://api.fdsys.gov/link?collection=uscode&title=50&year=mostrecent&section=1701&type=usc&link-type=html) *et seq.*) (IEEPA), the National Emergencies Act (50 U.S.C. 1601 (https://api.fdsys.gov/link?collection=uscode&title=50&year=mostrecent&section=1601&type=usc&link-type=html) *et seq.*) (NEA), the Global Magnitsky Human Rights Accountability Act (Public Law 114-328 (https://api.fdsys.gov/link?collection=plaw&congress=114&lawtype=public&lawnum=328&link-type=html)) (the "Act"), section 212(f)

*[handwritten: Duly verified and certified. December 29, 2017 (signature)]*

of the Immigration and Nationality Act of 1952 (8 U.S.C. 1182 (https://api.fdsys.gov/link?collection=uscode&title=8&year=mostrecent&section=1182&type=usc&link-type=html)(f)) (INA), and section 301 of title 3, United States Code,

I, DONALD J. TRUMP, President of the United States of America, find that the prevalence and severity of human rights abuse and corruption that have their source, in whole or in substantial part, outside the United States, such as those committed or directed by persons listed in the Annex to this order, have reached such scope and gravity that they threaten the stability of international political and economic systems. Human rights abuse and corruption undermine the values that form an essential foundation of stable, secure, and functioning societies; have devastating impacts on individuals; weaken democratic institutions; degrade the rule of law; perpetuate violent conflicts; facilitate the activities of dangerous persons; and undermine economic markets. The United States seeks to impose tangible and significant consequences on those who commit serious human rights abuse or engage in corruption, as well as to protect the financial system of the United States from abuse by these same persons.

I therefore determine that serious human rights abuse and corruption around the world constitute an unusual and extraordinary threat to the national security, foreign policy, and economy of the United States, and I hereby declare a national emergency to deal with that threat.

I hereby determine and order:

**Section 1.** (a) All property and interests in property that are in the United States, that hereafter come within the United States, or that are or hereafter come within the possession or control of any United States person of the following persons are blocked and may not be transferred, paid, exported, withdrawn, or otherwise dealt in:

(i) the persons listed in the Annex to this order;

(ii) any foreign person determined by the Secretary of the Treasury, in consultation with the Secretary of State and the Attorney General:

(A) to be responsible for or complicit in, or to have directly or indirectly engaged in, serious human rights abuse;

(B) to be a current or former government official, or a person acting for or on behalf of such an official, who is responsible for or complicit in, or has directly or indirectly engaged in:

(1) corruption, including the misappropriation of state assets, the expropriation of private assets for personal gain, corruption related to government contracts or the extraction of natural resources, or bribery; or

(2) the transfer or the facilitation of the transfer of the proceeds of corruption;

(C) to be or have been a leader or official of:

(1) an entity, including any government entity, that has engaged in, or whose members have engaged in, any of the activities described in subsections (ii)(A), (ii)(B)(1), or (ii)(B)(2) of this section relating to the leader's or official's tenure; or

☐ Start Printed Page 60840

(2) an entity whose property and interests in property are blocked pursuant to this order as a result of activities related to the leader's or official's tenure; or

(D) to have attempted to engage in any of the activities described in subsections (ii)(A), (ii)(B)(1), or (ii)(B)(2) of this section; and

(iii) any person determined by the Secretary of the Treasury, in consultation with the Secretary of State and the Attorney General:

(A) to have materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services to or in support of:

(1) any activity described in subsections (ii)(A), (ii)(B)(1), or (ii)(B)(2) of this section that is conducted by a foreign person;

(2) any person whose property and interests in property are blocked pursuant to this order; or

(3) any entity, including any government entity, that has engaged in, or whose members have engaged in, any of the activities described in subsections (ii)(A), (ii)(B)(1), or (ii)(B)(2) of this section, where the activity is conducted by a foreign person;

(B) to be owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, any person whose property and interests in property are blocked pursuant to this order; or

(C) to have attempted to engage in any of the activities described in subsections (iii)(A) or (B) of this section.

(b) The prohibitions in subsection (a) of this section apply except to the extent provided by statutes, or in regulations, orders, directives, or licenses that may be issued pursuant to this order, and notwithstanding any contract entered into or any license or permit granted before the effective date of this order.

**Sec. 2.** The unrestricted immigrant and nonimmigrant entry into the United States of aliens determined to meet one or more of the criteria in section 1 of this order would be detrimental to the interests of the United States, and the entry of such persons into the United States, as immigrants or nonimmigrants, is hereby suspended. Such persons shall be treated as persons covered by section 1 of Proclamation 8693 of July 24, 2011 (Suspension of Entry of Aliens Subject to United Nations Security Council Travel Bans and International Emergency Economic Powers Act Sanctions).

**Sec. 3.** I hereby determine that the making of donations of the types of articles specified in section 203(b)(2) of IEEPA (50 U.S.C. 1702 (https://api.fdsys.gov/link?collection=uscode&title=50&year=mostrecent&section=1702&type=usc&link-type=html)(b)(2)) by, to, or for the benefit of any person whose property and interests in property are blocked pursuant to this order would seriously impair my ability to deal with the national emergency declared in this order, and I hereby prohibit such donations as provided by section 1 of this order.

**Sec. 4.** The prohibitions in section 1 include:

(a) the making of any contribution or provision of funds, goods, or services by, to, or for the benefit of any person whose property and interests in property are blocked pursuant to this order; and

(b) the receipt of any contribution or provision of funds, goods, or services from any such person.

**Sec. 5.** (a) Any transaction that evades or avoids, has the purpose of evading or avoiding, causes a violation of, or attempts to violate any of the prohibitions set forth in this order is prohibited.

(b) Any conspiracy formed to violate any of the prohibitions set forth in this order is prohibited.

**Sec. 6.** For the purposes of this order:

☐ Start Printed Page 60841

(a) the term "person" means an individual or entity;

(b) the term "entity" means a partnership, association, trust, joint venture, corporation, group, subgroup, or other organization; and

(c) the term "United States person" means any United States citizen, permanent resident alien, entity organized under the laws of the United States or any jurisdiction within the United States (including foreign branches), or any person in the United States.

**Sec. 7.** For those persons whose property and interests in property are blocked pursuant to this order who might have a constitutional presence in the United States, I find that because of the ability to transfer funds or other assets instantaneously, prior notice to such persons of measures to be taken pursuant to this order would render those measures ineffectual. I therefore determine that for these measures to be effective in addressing the national emergency declared in this order, there need be no prior notice of a listing or determination made pursuant to this order.

**Sec. 8.** The Secretary of the Treasury, in consultation with the Secretary of State, is hereby authorized to take such actions, including adopting rules and regulations, and to employ all powers granted to me by IEEPA and the Act as may be necessary to implement this order and section 1263(a) of the Act with respect to the determinations provided for therein. The Secretary of the Treasury may, consistent with applicable law, redelegate any of these functions to other officers and agencies of the United States. All agencies shall take all appropriate measures within their authority to implement this order.

**Sec. 9.** The Secretary of State is hereby authorized to take such actions, including adopting rules and regulations, and to employ all powers granted to me by IEEPA, the INA, and the Act as may be necessary to carry out section 2 of this order and, in consultation with the Secretary of the Treasury, the reporting requirement in section 1264(a) of the Act with respect to the reports provided for in section 1264(b)(2) of that Act. The Secretary of State may, consistent with applicable law, redelegate any of these functions to other officers and agencies of the United States consistent with applicable law.

**Sec. 10.** The Secretary of the Treasury, in consultation with the Secretary of State and the Attorney General, is hereby authorized to determine that circumstances no longer warrant the blocking of the property and interests in property of a person listed in the Annex to this order, and to take necessary action to give effect to that determination.

**Sec. 11.** The Secretary of the Treasury, in consultation with the Secretary of State, is hereby authorized to submit recurring and final reports to the Congress on the national emergency declared in this order, consistent with section 401(c) of the NEA (50 U.S.C. 1641 (https://api.fdsys.gov/link?

collection=uscode&title=50&year=mostrecent&section=1641&type=usc&link-type=html)(c)) and section 204(c) of IEEPA (50 U.S.C. 1703 (https://api.fdsys.gov/link?collection=uscode&title=50&year=mostrecent&section=1703&type=usc&link-type=html)(c)).

**Sec. 12.** This order is effective at 12:01 a.m., Eastern Standard Time, December 21, 2017.

☐ Start Printed Page 60842

**Sec. 13.** This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

*[signature]* (https://s3.amazonaws.com/images.federalregister.gov/Trump.EPS/original.png?1485454275)

THE WHITE HOUSE, December 20, 2017. ☐

☐ Start Printed Page 60843

### ANNEX

1. Mukhtar Hamid Shah; Date of Birth (DOB) August 11, 1939; alt. DOB November 8, 1939; nationality, Pakistan

2. Angel Rondon Rijo; DOB July 16, 1950; nationality, Dominican Republic

3. Dan Gertler; DOB December 23, 1973; nationality, Israel; alt. nationality, Democratic Republic of the Congo

4. Maung Maung Soe; DOB March 1964; nationality, Burma

5. Yahya Jammeh; DOB May 25, 1965; nationality, The Gambia

6. Sergey Kusiuk; DOB December 1, 1966; nationality, Ukraine; alt. nationality, Russia

7. Benjamin Bol Mel; DOB January 3, 1978; alt. DOB December 24, 1978; nationality, South Sudan; alt. nationality, Sudan

8. Julio Antonio Juárez Ramírez; DOB December 1, 1980; nationality, Guatemala

9. Goulnora Islamovna Karimova; DOB July 8, 1972; nationality, Uzbekistan

10. Slobodan Tesic; DOB December 21, 1958; nationality, Serbia

11. Artem Yuryevich Chayka; DOB September 25, 1975; nationality, Russia

12. Gao Yan; DOB April 1963; nationality, China

13. Roberto Jose Rivas Reyes; DOB July 6, 1954; nationality, Nicaragua

*Duly verified and certified.*
*December 29, 2017*
*[signature]*

(https://s3.amazonaws.com/images.federalregister.gov/ED26DE17.000/original.png?1513958478)

Filed 12-22-17; 8:45 am]
Billing code 3295-F8-P

[FR Doc. 2017-27925 (tel:2017-27925)

Billing code 3295-F8-C



PUBLISHED DOCUMENT

Duly verified and certified
December 29 2017

https://www.federalregister.gov/documents/2017/12/26/2017-...ns-involved-in-serious-human-rights-abuse-or-corruption#print 12/29/17, 10:48 AM
Page 6 of 8

Case 3:17-cr-00082-TAV-CCS   Document 74   Filed 12/29/17   Page 7 of 10   PageID #: 3028

## Certificate of Service

I certify that on December 29, 2017, this original instrument, ORIGINAL INSTRUMENT, DECLARATION OF DUE NOTICE AND SERVICE OF EXECUTIVE ORDER 13818, "EO 13818", was duly issued and caused to be delivered by personal service to the alleged Clerk of Court. Notice of this filing is purportedly sent by operation of the alleged Court's electronic filing system to all alleged parties indicated on the electronic filing receipt. Alleged parties purportedly may access this filing through the alleged Court's electronic filing system. With further due notice and certification made and given that I am not responsible, accountable, or liable for any actions, no-actions, and inability of the alleged Clerk of Court, her alleged deputies, and alleged office, and the electronic filing system they access, utilize, manage, and whether it is in a timely manner. As a result, alternative electronic service to all alleged parties shall be made via email delivery.

December 29, 2017

Original