*Original Instrument*
Notice to Principal is Notice to Agent
Notice to Agent is Notice to Principal
reference;

# "UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Reference Number: |
| Plaintiff | ) | No. 3:17-CR-82 and all associated numbers |
| v. | ) | VARLAN/SHIRLEY, |
| | ) | USDJ/USMJ |
| RANDALL KEITH BEANE | ) | |
| Defendant | ) | |
| | | " |

**FILED 2017 DEC 21 P 3:43**
**U.S. DISTRICT COURT EASTERN DIST. TENN.**
**FILED 2017 DEC 29 P 2:22**

## DECLARATION ADOPTING PRAECIPE

With full responsibility, accountability and liability, without prejudice, nunc pro tunc praeterea preterea, I duly declare, validate and verify with original sworn signature and seal that I am competent to make this declaration, for all to rely upon. I duly, declare, certify, verify and validate as follows:

**I. PRAECIPE TO ENTER DISMISSAL WITH PREJUDICE AND DECLARATION OF DUE CAUSE, "PRAECIPE AND DECLARATION OF FACTS"** of Heather Ann-Tucci Jarraf, with filing date '2017-09-29' and with reference of 'Doc. # 43', restated in entirety;

**II. PRAECIPE** of Heather Ann-Tucci Jarraf, with filing date '2017-10-17' and with reference of 'Doc. # 54', restated in entirety;

**III. NOTICE OF CORRECTION** of Heather Ann-Tucci Jarraf, with filing date '2017-10-18' and with reference of 'Doc. # 56', restated in entirety;

**Articles I, II and III** above, restated and incorporated in entirety by reference as if set forth in full, and all said records and documents are duly declared:

    A. Adopted in entirety;

    B. Restated in entirety;

I duly re-certify, verify and validate with my full responsibility, accountability and liability that the foregoing is true, accurate and complete, for all to rely upon.

DEC 21, 2017
Original, Randall Keith Beane

Pg. 1 of 2

*Original Instrument*
Notice to Principal is notice to Agent
Notice to Agent is Notice to Principal
Duly accepted, for due cause, inclusive of:
Documents 18, 19, 25, 42, 43, 45, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 64, 65, 66, 71, 72, and 73, all restated and incorporated as if set forth in full.
December 29, 2017
Heather Ann-Tucci Jarraf

*Handwritten annotations (bottom):*
*Further Notice*: Documents 55, and 54, still in effect and affect, and in conjunction with EO 13818, restated and incorporated by reference as if set forth in full, as to those who have not proven authority, authorization, identification and indorsement, in the alleged. Duly accepted, for due cause.
December 29, 2017
Heather Ann-Tucci Jarraf
→ See specifically EO 13818 Section 1.(B)

## Certificate of Service

I certify, that on _21_ December 2017 this original instrument was caused to be delivered by personal service to alleged Clerk of Court, and duly scanned, with certified copy out. Furthermore a scan of this original instrument was caused to be filed and entered electronically. Notice of this filing will be sent by operation of the alleged Court's electronic filing system to all alleged parties indicated on the electronic filing receipt. Alleged parties may access this filing through the alleged Court's electronic filing system.

Original DEC 21, 2017

WITHOUT PREJUDICE

*[signature]*

Duly accepted, for due cause.
December 29, 2017
*[signature]*

Pg. 2 of 2

Original DEC 21, 2017
RKA

Case 3:17-cr-00082-TAV-CCS   Document 75   Filed 12/29/17   Page 2 of 3   PageID #: 3033
Case 3:17-cr-00082-TAV-CCS   Document 73   Filed 12/21/17   Page 2 of 2   PageID #: 3021

## Certificate of Service

I certify that on December 29, 2017, this original instrument, ORIGINAL INSTRUMENT, DULY ACCEPTED, FOR DUE CAUSE, of ORIGINAL INSTRUMENT, DECLARATION ADOPTING PRAECIPE, was duly issued and caused to be delivered by personal service to the alleged Clerk of Court. Notice of this filing is purportedly sent by operation of the alleged Court's electronic filing system to all alleged parties indicated on the electronic filing receipt. Alleged parties purportedly may access this filing through the alleged Court's electronic filing system. With further due notice and certification made and given that I am not responsible, accountable, or liable for any actions, no-actions, and inability of the alleged Clerk of Court, her alleged deputies, and alleged office, and the electronic filing system they access, utilize, manage, and whether it is in a timely manner. As a result, alternative electronic service to all alleged parties shall be made via email delivery.

December 29, 2017
_Heather Ann Tucci-Jarraf_
Original