*Original Instrument*
Notice to Principal is Notice to Agent
Notice to Agent is Notice to Principal
Duly rejected, without dishonor, for due cause. Lacks due verification and validation of presenter's due: 1. identification; 2. authorization; 3. authority; and, 4 indorsement.
See also: Documents 18, 19, 25, 42, 43, 45, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 64, 65, 66, 71, 72, 73, 74, 75, 76, all restated and incorporated by reference as if set forth in full.
1-11-18
Heather Ann Tucci-Jarraf

FILED
2018 JAN 11 P 3:40
U.S. DISTRICT COURT
EASTERN DIST. TENN.
DEPT. CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | No. 3:17-CR-82-TAV-CCS |
| RANDALL KEITH BEANE, and HEATHER ANN TUCCI-JARRAF, Defendants. | ) | |

**PRETRIAL ORDER**

This case is before the Court on January 4, 2018, pursuant to the Court reviewing the file. The Chief District Judge will be scheduling a pretrial conference in this matter.

**I.**

There are no pending motions in this case.

**II.**

Trial procedures to be followed in this case are as follows:

(a) **Jury Selection**. The Court will conduct a preliminary voir dire examination of the jury, and then counsel will be permitted to conduct voir dire examination. The Court reserves the right to interrupt counsel and conduct voir dire on its own if counsel ask improper questions or if the proceedings are unnecessarily prolongated.

(b) **Peremptory Challenges**. Under Fed. R. Crim. P. 24(b)(2), the defendant is entitled to ten peremptory challenges and the government is entitled to six.

Duly rejected, without dishonor, for due cause.
1-11-18
Heather Ann Tucci-Jarraf

[Left margin handwritten annotation, partially illegible:] ... and 14, 2013SR, restated and as to those beings, entities and individuals agents and actors of foreign interests and actors whichever continue to commit corruption, collusion, subversion, terrorism, treason, trafficking, fraud, slavery, and other abuses of rights, now a matter of public record. 1-11-18 Heather Ann Tucci-Jarraf

Case 3:17-cr-00082-TAV-CCS Document 77 Filed 01/05/18 Page 1 of 5 PageID #: 3038

(c) **Novel Legal Issues for the Court**. No novel or unusual legal issues were identified as of this time.

(d) **Novel Evidentiary Issues for the Court**. No novel or unusual evidentiary problems were identified as of this time.

(e) **Special Requests for Jury Instructions**. If counsel have any special requests for instructions to the jury, the same shall be filed at least five (5) working days before trial.

(f) **Additional Motions**. No more motions, except for motions *in limine*, will be allowed to be filed in this cause of action by either side without prior leave of Court. Motions *in limine* must be filed fifteen days before trial.

(g) **Admissions and Stipulations**. Counsel should meet in advance of trial and carefully review the trial exhibits with a view toward stipulating the admissibility of as many exhibits as possible. Any admissions and stipulations of fact to be used at trial shall be signed by defendant's attorney and the defendant and filed at least five (5) working days before trial.

(h) **Courtroom Decorum**. Counsel are encouraged to familiarize themselves with Local Rule 83.3 and ensure that their clients are familiar with the contents of this rule.

(i) **Jury List**. The Clerk may provide counsel with a jury list containing names and personal information concerning prospective petit jurors (hereafter "the jury list"). Counsel and any other person provided with the jury list may not share the jury list or information therein except as necessary for purposes of jury selection. Following jury selection, counsel and any other person provided the jury list must return to the clerk the jury list and any copies made from the jury list or destroy them.

Duly rejected, without ~~due cause~~ noti dishonor, for due cause.
1-11-18
[signature]

(j) **Contact with Jurors**. Unless permitted by the Court, no attorney, representative of an attorney, party or representative of a party, may interview, communicate with, or otherwise contact any juror or prospective juror before, during, or after the trial. Permission of the Court must be sought by an application made orally in open court or upon written motion stating the grounds and the purpose of the contact. If permission is granted, the scope of the contact and any limitations upon the contact will be prescribed by the Court prior to the contact.

**III.**

This case will be set for trial before the Honorable Thomas A. Varlan and a jury, to commence at **9:00 a.m. on January 23, 2018**.

If counsel have any objections to this Pretrial Order, such objection should be taken up pursuant to Local Rule 72.4(b), EDTN.

**IT IS SO ORDERED.**

**ENTER:**

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge

Duly Rejected, without dishonor, for due cause.
1-11-18

Heather Ann Tucci-Jarraf
105 Orchard Lane
Oak Ridge, TN 37830

EASTERN DISTRICT OF TENNESSEE
OFFICE OF
CLERK, UNITED STATES DISTRICT COURT
800 MARKET ST., SUITE 130
KNOXVILLE, TENNESSEE 37902
OFFICIAL BUSINESS
US POSTAGE
ZIP 37902
041L11218262
KNOXVILLE
TN 377
08 JAN '18
rec'd 1-10-18
37830-380405

**Certificate of Service**

I certify that on January 11, 2018, this original instrument, DUE REJECTION WITHOUT DISHONOR FOR DUE CAUSE, was duly issued and caused to be delivered by personal service to the alleged Clerk of Court. Notice of this filing is purportedly sent by operation of the alleged Court's electronic filing system to all alleged parties indicated on the electronic filing receipt. Alleged parties purportedly may access this filing through the alleged Court's electronic filing system. With further due notice and certification made and given that I am not responsible, accountable, or liable for any actions, no-actions, and inability of the alleged Clerk of Court, her alleged deputies, and alleged office, and the electronic filing system they access, utilize, manage, and whether it is in a timely manner. As a result, alternative electronic service to all alleged parties may be made via email delivery.

1-11-18

Original