*Original Instrument*
Notice to Principal is notice to Agent
Notice to Agent is notice to Principal
reference:
"UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE



FILED
2018 JAN 11 P 3: 40
U.S. DISTRICT COURT
EASTERN DIST. TENN.
_____ DEPT. CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br>RANDALL KEITH BEANE, and<br>HEATHER ANN TUCCI-JARRAF<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) | Reference Number:<br>No. 3:17-CR-82, and all associated numbers<br>VARLAN/SHIRLEY,<br>USDJ/USMJ<br>" |

### DECLARATION OF COMMITMENT, INTENT, AND ACTION (CIA) WITHOUT PREJUDICE, NUNC PRO TUNC, PRAETEREA PRETEREA

With full responsibility, accountability, and liability, without prejudice, nunc pro tunc, praeterea preterea, I duly declare, validate, and verify, with sworn signature and seal, that I am conscious and competent to make and issue this Declaration, for all to rely upon. I duly declare, certify, verify, and validate as follows:

1. Email to April Wilson and Francis Lloyd regarding 1-12-28 date, with date and time of 1-11-18, 12:21 PM (est), restated and incorporated by reference as if set forth in full; and,

2. SMS to to April Wilson and Francis Lloyd regarding 1-12-28 date, with date and time of 1-11-18, 12:21 PM (est), restated and incorporated by reference as if set forth in full; and,

3. True, accurate, and complete copies of the originals are included within this declaration, restated.

WITHOUT PREJUDICE

*without prejudice*
Heather Ann Tucci-Jarraf
Original

*Made public:*
*Without prejudice, nunc pro tunc, praeterea*
*preterea.  1-11-18*
*Heather An Tucci-Jarraf*

Get Outlook for iOS

_____

From: Francis L. Lloyd <fllloydjr@gmail.com>
Sent: Thursday, January 11, 2018 12:39 PM
Subject: RE: Friday, 1-12-18, Appointment
To: Heather Ann Tucci-Jarraf <hatj@unidynomics.info>, <april_wilson@tnep.uscourts.gov>
Cc: <fllloydjr@gmail.com>


I am available to meet at the United States Probation Office in the Howard Baker, Jr. US Courthouse on this coming Friday, January 12, 2018, at 1 p.m.  I have a flexible schedule on January 12, and will be able to meet at another time if needed.  Remember that Julie Norwood of the clerk's office has offered to meet us in the courtroom (no. 4) on January 12 at 1 p.m. to provide instruction concerning the equipment in the courtroom for handling documentary evidence.

Francis Lloyd

From: Heather Ann Tucci-Jarraf [ Heather Ann Tucci-Jarraf [mailto:hatj@unidynomics.info]
Sent: Thursday, January 11, 2018 12:21 PM
To: fllloydjr@gmail.com; April_Wilson@tnep.uscourts.gov
Cc: Heather Ann Tucci-Jarraf
Subject: Friday, 1-12-18, Appointment

Great afternoon April and Francis.

Thank you, Francis, for forwarding me the electronic services and notifications. I confirm I have received them.

April, below is the electronic receipt sent to Francis, of a previously unknown and unscheduled date for your records.

I remember at the last meeting you and I had on October 18, 2017, that you stated you are required to give me a drug test prior to/same day of any alleged court presentations per the order I authorized Shirley to issue, dated August 29, 2017.

I intend to be at your office for that test at 1:00 pm, or at a specific alternative time that Francis Lloyd confirms with us both that he is available prior to 2:00 pm, 1-12-18.

April, if there is a change in that requirement, or a scheduling conflict, I request that you let Francis and I know as soon as possible.

Francis, please confirm with April and I that 1:00 pm is good for you. If it is not, please confirm a time that is.

Warmest regards always.
Heather

_____

From: Francis L. Lloyd <fllloydjr@gmail.com>
Sent: Tuesday, January 9, 2018 6:06 PM
Subject:
To: Heather Ann Tucci-Jarraf <hatj@unidynomics.info>
Cc: <fllloydjr@gmail.com>

Here is the court's notice of the rescheduled pretrial conference on this coming Friday.

Francis

F@tned.uscourts.gov [@tned.uscourts.gov [mailto:tned_cm-ecf@tned.uscourts.gov]
Sent: Tuesday, January 09, 2018 3:41 PM
To: tned_Courtmail@tned.uscourts.gov
Subject: Activity in Case 3:17-cr-00082-TAV-CCS USA v. Beane et al (TV1) Notice of Hearing

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

Live Database

U.S. District Court - Eastern District of Tennessee

Notice of Electronic Filing

The following transaction was entered on 1/9/2018 at 3:40

PM EST and filed on 1/9/2018
Case Name:
USA v. Beane et al (TV1)
Case Number:
3:17-cr-00082-TAV-CCS
Filer:
Document Number:
No document attached
Docket Text:
REVISED NOTICE OF HEARING as to Randall Keith Beane, Heather Ann Tucci-Jarraf Pretrial Conference set for 11:00 ON 1/12/2018 WILL BE HEARD AT 02:00 PM in Courtroom 4 - Knoxville before Chief District Judge Thomas A Varlan. (JAN, )(notice mailed to pro se parties)


3:17-cr-00082-TAV-CCS-1 Notice has been electronically mailed to:

Francis L Lloyd, Jr
FLLloydJr@gmail.com,LloydLawOff@gmail.com,M.Denise.DuBose@gmail.com

Cynthia F Davidson
cynthia.davidson@usdoj.gov,CaseView.ECF@usdoj.gov,USATNE.ECFKnoxCrim@usdoj.gov,
shannon.green@usdoj.gov,sonya.hardin@usdoj.gov,terrie.scharer@usdoj.gov

Stephen G McGrath    lawyer.mcgrath@yahoo.com

Anne-Marie Svolto    anne-marie.svolto@usdoj.gov,CaseView.ECF@usdoj.gov,USATNE.

ECFchattcrim@usdoj.gov,donna.qualls@usdoj.gov,gail.holt@usdoj.gov,jeanette.sorey@usdoj.gov,
joshua.kelly2@usdoj.gov,kris.eslinger@usdoj.gov,laura.clapp@usdoj.gov,
stephanie.morris@usdoj.gov,terrie.scharer@usdoj.gov

Bobby E. Hutson, Jr (Terminated)
bobby_hutson@fd.org,Julie_Anderson@fd.org,gina.carmichael@fd.org

3:17-cr-00082-TAV-CCS-1 Notice has been delivered by other means to:

Randall Keith Beane
52505-074
KNOX COUNTY
DETENTION FACILITY
5001 MALONEYVILLE ROAD
KNOXVILLE, TN 37918

3:17-cr-00082-TAV-CCS-2 Notice has been electronically mailed to:

Francis L Lloyd, Jr
FLLloydJr@gmail.com,LloydLawOff@gmail.com,M.Denise.DuBose@gmail.com

Cynthia F Davidson
cynthia.davidson@usdoj.gov,CaseView.ECF@usdoj.gov,USATNE.ECFKnoxCrim@usdoj.gov,
shannon.green@usdoj.gov,sonya.hardin@usdoj.gov,terrie.scharer@usdoj.gov

Stephen G McGrath    lawyer.mcgrath@yahoo.com

Anne-Marie Svolto    anne-marie.svolto@usdoj.gov,CaseView.ECF@usdoj.gov,USATNE.ECFchattcrim@usdoj.gov,donna.qualls@usdoj.gov,gail.holt@usdoj.gov,jeanette.sorey@usdoj.gov,
joshua.kelly2@usdoj.gov,kris.eslinger@usdoj.gov,laura.clapp@usdoj.gov,
stephanie.morris@usdoj.gov,terrie.scharer@usdoj.gov

Bobby E. Hutson, Jr (Terminated)
bobby_hutson@fd.org,Julie_Anderson@fd.org,gina.carmichael@fd.org

3:17-cr-00082-TAV-CCS-2 Notice has been delivered by other means to:

Heather Ann Tucci-Jarraf
105 Orchard Lane
Oak Ridge, TN 37830

*Made public:
Without prejudice, nunc pro tunc, praeterea.
Preterea. 1-11-18*
[signature] [thumbprint]

Emailed to you just now and sent via sms for your immediate scheduling convenience due to lack of sufficient notice by other alleged parties re 1-12-18. (in case you don't get to email in time)

Great afternoon April and Francis.

Thank you, Francis, for forwarding me the electronic services and notifications. I confirm I have received them.

April, below is the electronic receipt sent to Francis, of a previously unknown and unscheduled date for your records.

I remember at the last meeting you and I had on October 18, 2017, that you stated you are required to give me a drug test prior to/same day of any alleged court presentations per the order I authorized Shirley to issue, dated August 29, 2017.

I intend to be at your office for that test at 1:00 pm, or at a specific alternative time that Francis Lloyd confirms with us both that he is available prior to 2:00 pm, 1-12-18.

April, if there is a change in that requirement, or a scheduling conflict, I request that you let Francis and I know as soon as possible.

Francis, please confirm with April and I that 1:00 pm is good for you. If it is not, please confirm a time that is.

Warmest regards always.
Heather

_____

From: Francis L. Lloyd <fllloydjr@gmail.com>
Sent: Tuesday, January 9, 2018 6:06 PM
Subject:
To: Heather Ann Tucci-Jarraf <hatj@unidynomics.info>
Cc: <fllloydjr@gmail.com>


Here is the court's notice of the rescheduled pretrial conference on this coming Friday.

Francis

F@tned.uscourts.gov [@tned.uscourts.gov [mailto:tned_cm-ecf@tned.uscourts.gov]
Sent: Tuesday, January 09, 2018 3:41 PM
To: tned_Courtmail@tned.uscourts.gov
Subject: Activity in Case 3:17-cr-00082-TAV-CCS USA v. Beane et al (TV1) Notice of Hearing

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

Live Database

U.S. District Court - Eastern District of Tennessee

Notice of Electronic Filing

The following transaction was entered on 1/9/2018 at 3:40 PM EST and filed on 1/9/2018
Case Name:
USA v. Beane et al (TV1)
Case Number:
3:17-cr-00082-TAV-CCS
Filer:
Document Number:
No document attached
Docket Text:
REVISED NOTICE OF HEARING as to Randall Keith Beane, Heather Ann Tucci-Jarraf Pretrial Conference set for 11:00 ON 1/12/2018 WILL BE HEARD AT 02:00 PM in Courtroom 4 - Knoxville before Chief District Judge Thomas A Varlan. (JAN, )(notice mailed to pro se parties)


3:17-cr-00082-TAV-CCS-1 Notice has been electronically mailed to:

Francis L Lloyd, Jr
FLLloydJr@gmail.com, LloydLawOff@gmail.com,
M.Denise.DuBose@gmail.com

Cynthia F Davidson
cynthia.davidson@usdoj.gov, CaseView.ECF@usdoj.gov,
USATNE.ECFKnoxCrim@usdoj.gov,
shannon.green@usdoj.gov, sonya.hardin@usdoj.gov,

terrie.scharer@usdoj.gov

Stephen G McGrath    lawyer.mcgrath@yahoo.com

Anne-Marie Svolto    anne-marie.svolto@usdoj.gov,CaseView.ECF@usdoj.gov,
USATNE.ECFchattcrim@usdoj.gov,
donna.qualls@usdoj.gov,gail.holt@usdoj.gov,
jeanette.sorey@usdoj.gov,
joshua.kelly2@usdoj.gov,kris.eslinger@usdoj.gov,
laura.clapp@usdoj.gov,
stephanie.morris@usdoj.gov,terrie.scharer@usdoj.gov

Bobby E. Hutson, Jr (Terminated)
bobby_hutson@fd.org,Julie_Anderson@fd.org,
gina.carmichael@fd.org

3:17-cr-00082-TAV-CCS-1 Notice has been delivered by other means to:

Randall Keith Beane
52505-074
KNOX COUNTY
DETENTION FACILITY
5001 MALONEYVILLE ROAD
KNOXVILLE, TN 37918

3:17-cr-00082-TAV-CCS-2 Notice has been electronically mailed to:

Francis L Lloyd, Jr
FLLloydJr@gmail.com,LloydLawOff@gmail.com,
M.Denise.DuBose@gmail.com

Cynthia F Davidson
cynthia.davidson@usdoj.gov,CaseView.ECF@usdoj.gov,
USATNE.ECFKnoxCrim@usdoj.gov,
shannon.green@usdoj.gov,sonya.hardin@usdoj.gov,
terrie.scharer@usdoj.gov

Stephen G McGrath     lawyer.mcgrath@yahoo.com

Anne-Marie Svolto     anne-marie.svolto@usdoj.gov,CaseView.ECF@usdoj.gov,
USATNE.ECFchattcrim@usdoj.gov,
donna.qualls@usdoj.gov,gail.holt@usdoj.gov,
jeanette.sorey@usdoj.gov,
joshua.kelly2@usdoj.gov,kris.eslinger@usdoj.gov,
laura.clapp@usdoj.gov,
stephanie.morris@usdoj.gov,terrie.scharer@usdoj.gov

Bobby E. Hutson, Jr (Terminated)
bobby_hutson@fd.org,Julie_Anderson@fd.org,
gina.carmichael@fd.org

3:17-cr-00082-TAV-CCS-2 Notice has been delivered by other means to:

Heather Ann Tucci-Jarraf
105 Orchard Lane
Oak Ridge, TN 37830

Live Database

U.S. District Court - Eastern District of Tennessee

**Notice of Electronic Filing**

The following transaction was entered on 1/9/2018 at 8:12 AM EST and filed on 1/9/2018
**Case Name:** USA v. Beane et al (TV1)
**Case Number:** 3:17-cr-00082-TAV-CCS
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**NOTICE OF HEARING as to Randall Keith Beane, Heather Ann Tucci-Jarraf Pretrial Conference set for 1/12/2018 11:00 AM in Courtroom 4 - Knoxville before Chief District Judge Thomas A Varlan. (JAN, )(notice mailed to pro se parties)**

Live Database

U.S. District Court - Eastern District of Tennessee

**Notice of Electronic Filing**

The following transaction was entered on 1/9/2018 at 3:40 PM EST and filed on 1/9/2018
**Case Name:** USA v. Beane et al (TV1)
**Case Number:** 3:17-cr-00082-TAV-CCS
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**REVISED NOTICE OF HEARING as to Randall Keith Beane, Heather Ann Tucci-Jarraf Pretrial Conference set for 11:00 ON 1/12/2018 WILL BE HEARD AT 02:00 PM in Courtroom 4 - Knoxville before Chief District Judge Thomas A Varlan. (JAN, )(notice mailed to pro se parties)**

Heather Ann Tucci-Jarraf
105 Orchard Lane
Oak Ridge, TN 37830

EASTERN DISTRICT OF TENNESSEE
OFFICE OF
CLERK, UNITED STATES DISTRICT COURT
800 MARKET ST., SUITE 130
KNOXVILLE, TENNESSEE 37902

OFFICIAL BUSINESS

KNOXVILLE TN 377
09 JAN '18
PM 4 L

rec'd
1-11-18
dat

neopost
01/09/2018
US POSTAGE $00.46⁰
FIRST-CLASS MAIL
ZIP 37902
041L11218262

## Certificate of Service

I certify that on January 11, 2018, this original instrument, DECLARATION OF COMMITTMENT, INTENTION, AND ACTION (CIA), was duly issued and caused to be delivered by personal service to the alleged Clerk of Court. Notice of this filing is purportedly sent by operation of the alleged Court's electronic filing system to all alleged parties indicated on the electronic filing receipt. Alleged parties purportedly may access this filing through the alleged Court's electronic filing system. With further due notice and certification made and given that I am not responsible, accountable, or liable for any actions, no-actions, and inability of the alleged Clerk of Court, her alleged deputies, and alleged office, and the electronic filing system they access, utilize, manage, and whether it is in a timely manner. As a result, alternative electronic service to all alleged parties may be made via email delivery.

*[signature: Without Prejudice]*

Original