**\*DUE NOTICE\***
NOTICE TO PRINCIPAL IS NOTICE TO AGENT
NOTICE TO AGENT IS NOTICE TO PRINCIPAL
Reference:

"UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:17-CR-82 |
| Plaintiff | ) | VARLAN/SHIRLEY, USDJ/USMJ, |
| v. | ) | |
| | ) | 3:17-cr-00082-TAV-CCS, |
| RANDALL KEITH BEANE, and | ) | 3:17-cr-00082-TAV-CCS-1, |
| HEATHER ANN TUCCI-JARRAF | ) | 3:17-cr-00082-TAV-CCS-2, |
| Defendants | ) | 7:-MJ-531-DAR, and inclusive of all |
| | ) | records therein, thereto, and therefrom" |

## PRAECIPE, AND DECLARATION OF DUE CAUSE

**TO:** Debrah C. Poplin, and **DEBRAH C. POPLIN**, alleged UNITED STATES, specifically and particularly, CLERK OF COURT for the EASTERN DISTRICT of TENNESSEE, DEBRAH C. POPLIN, **and to all alleged Principals thereof, and alleged Agents thereto**, hereafter "ALLEGED CLERK OF COURT", with reported address Howard H. Baker Jr. H.S. Courthouse, 800 Market Street, Suite 130, Knoxville, TN 37902, and phone (865) 545-4228.

**TO:** Thomas A. Varlan, and **THOMAS A. VARLAN**, alleged UNITED STATES, specifically and particularly, DISTRICT JUDGE (CHIEF) for the EASTERN DISTRICT of TENNESSEE, **and to all alleged Principals thereof, and alleged Agents thereto**, hereafter "ALLEGED DISTRICT JUDGE", with reported address Howard H. Baker Jr. H.S. Courthouse, 800 Market Street, Knoxville, Suite 143, TN 37902, and phone (865) 545-4762.

**TO:** C. Clifford Shirley, Jr., and **C. CLIFFORD SHIRLEY, JR.**, alleged UNITED STATES, specifically and particularly, MAGISTRATE JUDGE (CHIEF) for the EASTERN DISTRICT of TENNESSEE, C. CLIFFORD SHIRLEY, **and to all alleged Principals thereof, and alleged Agents thereto**, hereafter "ALLEGED MAGISTRATE JUDGE", with reported address Howard H. Baker Jr. H.S. Courthouse, 800 Market Street, Suite 144, Knoxville, TN 37902, and phone (865) 545-4260.

**TO:** James Douglas Overbey, and **JAMES DOUGLAS OVERBEY**, replacement of NANCY STALLARD HARR, with reported address 800 Market Street, Suite 211, Knoxville, TN 37902, and phone (865) 545-4167, alleged UNITED STATES, specifically DEPARTMENT OF JUSTICE (Knox USAO), and particularly, alleged UNITED STATES ATTORNEY for the EASTERN DISTRICT of TENNESSEE, **and to all alleged Principals thereof, and alleged Agents thereto**, hereafter "ALLEGED UNITED STATES ATTORNEY", inclusive of:

PRAECIPE AND DECLARATION OF DUE CAUSE pg 1 of 5      1-16-18

a. **Cynthia F. Davidson**, and **CYNTHIA F. DAVIDSON**, alleged ASSISTANT UNITED STATES ATTORNEY for the EASTERN DISTRICT of TENNESSEE; and,
  b. **Anne-Marie Svolto**, and **ANNE-MARIE SVOLTO**, alleged ASSISTANT UNITED STATES ATTORNEY for the EASTERN DISTRICT of TENNESSEE.

**TO:** Randall Keith Beane, and **RANDALL KEITH BEANE**, idem sonans, alleged Defendant.

**PRAECIPE #1:** FOR DUE CAUSE, DECLARED BELOW, RESTATED, **"CLERK OF COURT"** SHALL FORTHWITH ENTER AND RECORD THIS PRAECIPE, DECLARATION OF DUE CAUSE, AND REVIEW OF THE RECORD SHOWING LACK OF DUE AUTHORIZATION FOR AN ORDER TO BE ISSUED AS REQUESTED BY THE ALLEGED US ATTORNEY AGAINST Heather Ann Tucci-Jarraf, HEATHER ANN TUCCI-JARRAF, Randall Keith Beane, and RANDALL KEITH BEANE.

**PRAECIPE #2:** *NOTICE*: EACH ACT DONE BY FOREIGN AGENTS , REGISTERED AND NOT REGISTERED, ARE NOW A MATTER OF PUBLIC RECORD, AND HAVE BEEN, AND CONTINUE TO BE, DULY ACCEPTED AS EVIDENCE OF SEPARATE ACTS OF COLLUSION, CORRUPTION, SUBVERSION, AND MORE. FURTHERMORE, SAID ACTS HAVE BEEN, AND CONTINUE TO BE, DULY ASSESSED, RECONCILED, AND SETTLED AGAINST THE FOREIGN ACTORS AND INTERESTS THAT HAVE KNOWINGLY CAUSED SAID COLLUSION, CORRUPTION, SUBVERSION, AND MORE, BY THEIR FOREIGN AGENTS SITUATED IN OFFICES AND EMPLOYMENT THROUGHIN THE BRANCHES, DEPARTMENTS, AND AGENCIES OF THE "UNITED STATES OF AMERICA". SAID ASSESSMENTS, RECONCILIATIONS, AND SETTLEMENTS, DONE UNDER EXISTING COMMERCIAL AND TRUE BILL ACCOUNTS, BY ORIGINAL, ACCORDINGLY, SINCE OCTOBER 18, 2017, 9:01 A.M., EASTERN STANDARD TIME, DOCUMENTS 43 54, 55, AND 56, ALL RESTATED AND DULY INCORPORATED HERE BY REFERENCE, AS IF SET FORTH IN FULL.

**PRAECIPE #3:** PRAECIPE #2, RESTATED, AND WITH *FURTHER NOTICE* OF ENFORCEMENT OF SAID, DONE BY AND UNDER DUE EXECUTIVE ORDER, DOCUMENT 71, DECLARATION OF DUE NOTICE AND SERVICE OF EXECUTIVE ORDER 13818, DULY AUTHORIZED, VERIFIED, AND VALIDATED, RESTATED AND DULY INCORPORATED HERE BY REFERENCE AS IF SET FORTH IN FULL.

**DECLARATION OF DUE CAUSE:** With full responsibility, accountability, and liability, to declare true, accurate, and complete, I duly declare the following, and that I am conscious and competent to make said declaration, now duly entered, by PRAECIPE, into the alleged record of the above titled alleged action, restated, and without prejudice, ab initio, nunc pro tunc, and praeterea preterea:

I. PRAECIPE, with due signature, seal, and dated 10-17-2017, is restated and incorporated by reference, as if set forth in full, see also reference number 54;

II. NOTICE OF CORRECTION OF PRAECIPE, with due signature, seal, and dated 10-18-2017, is restated and incorporated by reference, as if set forth in full, see also reference number 56;

III. DECLARATION OF STATEMENT OF ASSESSMENTS, RECONCILIATIONS, AND SETTLEMENTS, with due signature, seal, and dated 10-17-2017, restated and incorporated by



reference, as if set forth in full, see also reference number 55;

IV. ARTICLE I - III, above, restated, and the record shows, specifically and particularly, the alleged persons and entities duly identified in PRAECIPE, Article IV, restated, have not duly produced and served duly verified, validated, and sworn documentation, with due signature and seal, of their authority and jurisdiction over Heather Ann Tucci-Jarraf, HEATHER ANN TUCCI-JARRAF, Randall Keith Beane, and RANDALL KEITH BEANE, and their respective properties and assets, as of the date of this PRAECIPE AND DECLARATION OF DUE CAUSE;

V. Article IV, restated, and the record, with reference "U.S. District Court - Eastern District of Tennessee (Knoxville) CRIMINAL CASE # 3:17-cr-00082-TAV-CCS-2", is void of said having been made, ab initio;

VI. As of the date of this PRAECIPE AND DECLARATION OF DUE CAUSE, the record shows that the only beings that have duly produced, presented, served, and registered in the public record their authority and jurisdiction are as follows, ab initio, nunc pro tunc, and praeterea preterea:
A. Heather Ann Tucci-Jarraf, as to her sole authority and jurisdiction over Heather Ann Tucci-Jarraf, and HEATHER ANN TUCCI-JARRAF, and all property and assets thereof and therefrom; and,

B. Randall Keith Beane, as to his sole authority and jurisdiction over Randall Keith Beane and RANDALL KEITH BEANE, and all property and assets thereof and therefrom;

VII. Article VI, restated, and the record, with reference "U.S. District Court - Eastern District of Tennessee (Knoxville) CRIMINAL CASE # 3:17-cr-00082-TAV-CCS-2", does show said having been made, ab initio, nunc pro tunc, and praeterea preterea;

VIII. On Tuesday, January 9, 2018, I was served notice of:
A. A document purporting to be a Department of Justice Motion In Limine, without due signature and seal, and dated January 5, 2018, specifically and particularly:
1. Attempting to persuade an order to be issued that would prohibit any testimony and evidence relating to the alleged "Court's jurisdiction" and lack of "authority" over "defendants", that are the same material facts that:
    a. Directly establish the lack of the required element of intent to commit fraud, and other crimes;
    b. Unlawful and illegal acts of actors within the FBI, DOJ, Eastern District of Tennessee, Federal Reserve NY, Federal Reserve Board of Directors, USAA, who did knowingly conspire and act with other known foreign actors and interests to unlawfully, illegally, and intentionally deprive Heather Ann Tucci-Jarraf, Randall Keith Beane, HEATHER ANN TUCCI-JARRAF, and RANDALL KEITH BEANE of their lawful and legal property, assets, and rights, and other crimes of national security, subversion, and human rights abuses;

2. Attempting to persuade an order to be issued by an alleged member of a judicial branch, that would presume to verify and validate the alleged U.S. Attorney's authority, authorization, and jurisdiction over a defendant by its very issuance;

3. Furthermore, attempting to get an alleged member of the judicial branch to issue an order alleviating the prosecutorial responsibility to prove beyond a reasonable doubt that the element of intent existed;



PRAECIPE AND DECLARATION OF DUE CAUSE pg 3 of 5

4. While simultaneously attempting to get said alleged member of the judicial branch to issue an order to prohibit a defendant from duly presenting any testimony and evidence material to proving that there was no intent to commit fraud, and any other crime, ab initio, nunc pro tunc, and praeterea preterea;

5. Article VIII.A.1-4, restated, finally, attempting to get an alleged member of the judicial branch to issue an order that would be risk of reversible error for said judicial branch member, if issued;

B. Articles I-VIII.A, restated, and for due cause, said document purporting to be a Department of Justice Motion in Limine was duly rejected, without dishonor, for due cause, January 11, 2018;

C. PRAECIPE # 2-3, above, restated;

IX. The record does show, DUE DECLARATIONS OF ADDENDUM OF LAW, PRESUMPTION, PERPETUITY, AND CANCELLATION OF TRUE BILL, Documents 18, 19, 25, and 42, restated and incorporated by reference, as if set forth in full, without prejudice, ab initio, nunc pro tunc, and preaterea preterea;

X. The record does show that NO due authorization has been granted by Heather Ann Tucci-Jarraf, HEATHER ANN TUCCI-JARRAF, Randall Keith Beane, or RANDALL KEITH BEANE, to issue an order prohibiting them from protecting their lawful and legal rights, property and assets thereto and thereof, as duly declared, Documents 18, 19, 25, and 42, restated, ab initio, nunc pro tunc, and praeterea preterea.

XI. Article X, above, restated, and the record does show to date, that NO due authorization has been duly made and given for any one to have authority or jurisdiction over Heather Ann Tucci-Jarraf, HEATHER ANN TUCCI-JARRAF, Randall Keith Beane, or RANDALL KEITH BEANE, and over the property, assets, and rights thereto and thereof, ab initio, nunc pro tunc, and praeterea preterea.

This PRAECIPE, AND DECLARATION OF DUE CAUSE, now duly made, issued, noticed, verified and validated, for all to rely upon.

January 16, 2018.

Original

## Certificate of Service

I certify that on January 16, 2018, this original instrument, PRAECIPE AND DECLARATION OF DUE CAUSE, was duly made, issued, scanned, and caused to be delivered by operation of the alleged Court's electronic filing system to all alleged parties indicated on the electronic filing receipt. Alleged parties purportedly may access this filing through the alleged Court's electronic filing system.

1-16-18

Original