

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

Case #: 3:17-CR-82             Date: January 12, 2018

United States      vs.      Randall Beane and Heater Tucci-Jarraf

**PROCEEDINGS:** Final Pretrial Conference held. Upon request of the defendants the Order Setting Conditions of Release (doc 85), condition 7(g) is amended as follows: 7 (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: with the limited exception that you may meet for purpose of trial preparation only with the presence of both elbow counsel and you shall coordinate said meeting with the U.S. Marshal service.

Jury selection shall begin on Tuesday, January 23, 2018 at 9:00 a.m.

---

HONORABLE THOMAS A. VARLAN, CHIEF UNITED STATES DISTRICT JUDGE

---

| Julie Norwood | Rebekah Lockwood | Cynthia Davidson |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Assistant U.S. Attorney** |

| Heather Ann Tucci-Jarraf | Randall Keith Beane |
|---|---|
| **Francis Llyod-Elbow Counsel** | **Stephen McGrath-Elbow Counsel** |

2:00 to 3:00