UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:17-CR-82 |
| | ) | Judges Varlan/Shirley |
| RANDALL KEITH BEANE, and | ) | |
| HEATHER ANN TUCCI-JARRAF | ) | |
| | ) | |

## UNITED STATES OF AMERICA'S OBJECTIONS TO DEFENDANT RANDALL KEITH BEANE'S PROPOSED *VOIR DIRE* QUESTIONS [DOC. 89]

The United States of America, by and through J. Douglas Overbey, United States Attorney for the Eastern District of Tennessee, hereby objects to Defendant Randall Keith Beane's Proposed *Voir Dire* Questions (Doc. 89) as follows:

Question 1: Objection. This question is completely irrelevant to the matters before the Court and only seeks to confuse potential jurors.

Question 5: Objection based on relevance, and this Court's Memorandum and Order dated January 19, 2018 (Doc. 90). Further, this question has no basis in fact.

Question 6: Objection based on relevance to the matters before the Court.

Question 7: Objection to the form of the question. This question is not accurate as currently written.

Question 8: Objection based on relevance to the matters before the Court.

Question 9: Objection based on relevance to the matters before the Court.

<pre>
                              J. DOUGLAS OVERBEY
                              UNITED STATES ATTORNEY

                         By:  s/ Cynthia F. Davidson
                              ANNE-MARIE SVOLTO
                              CYNTHIA F. DAVIDSON
                              Assistant United States Attorneys
                              800 Market Street, Suite 211
                              Knoxville, Tennessee  37902
                              (865) 545-4167
</pre>

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 20, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                        *s/Cynthia F. Davidson*
                                        CYNTHIA F. DAVIDSON
                                        Assistant United States Attorney