*Original Instrument ❡ OFFER TO RE-CONTRACT*
Duly rejected, without dishonor, for due cause. Lacks due verification and validation of Presenter's due: 1. identification; 2. authority; 3. authorization; and, 4. indorsement. See also Documents 18, 19, 25, 42, 43, 45, 48, 49, 50, 51, 52, 53, *54, *55, 56, 57, 64, 65, 66, 71, 72, 73, *74, 75, 76, 80, 81, 82, and 86, all restated and incorporated by reference, as if set forth in full. 1-21-18

NOTICE TO PRINCIPAL IS NOTICE TO AGENT
NOTICE TO AGENT IS NOTICE TO PRINCIPAL

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE

Case #: 3:17-CR-82  
United States vs. Randall Beane and Heater Tucci-Jarraf  
Date: January 12, 2018

**PROCEEDINGS:** Final Pretrial Conference held. Upon request of the defendants the Order Setting Conditions of Release (doc 85), condition 7(g) is amended as follows: 7 (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: with the limited exception that you may meet for purpose of trial preparation only with the presence of both elbow counsel and you shall coordinate said meeting with the U.S. Marshal service.

Jury selection shall begin on Tuesday, January 23, 2018 at 9:00 a.m.

---

HONORABLE THOMAS A. VARLAN, CHIEF UNITED STATES DISTRICT JUDGE

---

Julie Norwood  
**Deputy Clerk**

Rebekah Lockwood  
**Court Reporter**

Cynthia Davidson  
**Assistant U.S. Attorney**

Heather Ann Tucci-Jarraf  
**Francis Llyod-Elbow Counsel**

Randall Keith Beane  
**Stephen McGrath-Elbow Counsel**

2:00 to 3:00

*Continued notice of 54, 55 and 74.

Duly rejected, without dishonor, for due cause. 1-21-18

PS 42
(Rev. 7/93)

# United States District Court
## Eastern District Of Tennessee

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| vs. ) | |
| ) | |
| Heather Ann Tucci-Jarraf ) | Case No. 3:17-CR-82-002 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Heather Ann Tucci-Jarraf___, have discussed with ___April J. Wilson___, Pretrial Services/ Probation Officer, modifications of my release conditions as follows:

The bond conditions originally imposed in the Eastern District of Tennessee, Knoxville Division, remain the same with the exception of the following change.

Bond condition 7(g) is amended as follows:

Avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: with the limited exception that you may meet for the purpose of trial preparation only with the presence of elbow counsel and you shall coordinate said meeting with the U.S. Marshal Service.

I consent to this modification of my release conditions and agree to abide by this modification.

_____    _____    _____    _____
Signature of Defendant         Date              U.S. Probation Officer       Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____    _____
Signature of Defense Counsel                                            Date

_____    _____
Signature of Elbow Counsel                                              Date

☐ The above modification of conditions of release is ordered, to be effective on _____
☐ The above modification of conditions of release is *not* ordered.

_____    _____
Signature of Judicial Officer                                           Date

*Duly rejected without dishonor, for due cause 1-21-18* [handwritten]

## Certificate of Service

I certify that on January 21, 2018, this original instrument, DUE REJECTION, WITHOUT DISHONOR, FOR DUE CAUSE, was duly made, issued, scanned, and caused to be delivered by operation of the alleged Court's electronic filing system to all alleged parties indicated on the electronic filing receipt. Alleged parties purportedly may access this filing through the alleged Court's electronic filing system.

1-21-18

Original