*Original Instrument*
Duly rejected, without dishonor, for
due cause. Lacks due
verification and validation
of Presenter's due; 1. identification;
2. authority; 3. authorization; and, 4. indorsement.
see also
documents 18,19,25,42,43,44,48,50,51,52,53, *54,
*55, 56, 57, 64, 65, 66, 71, 72, 73, *74, 75, 76, 80,
81, 82, and 86, all restated and incorporated
by reference, as if set forth in full

NOTICE TO PRINCIPAL IS NOTICE TO AGENT
NOTICE TO AGENT IS NOTICE TO PRINCIPAL

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

UNITED STATES OF AMERICA

RANDALL KEITH BEANE, and
HEATHER ANN TUCCI-JARRAF

3:17-CR-82
Judges Varlan/Shirley

## UNITED STATES OF AMERICA'S OBJECTIONS TO DEFENDANT RANDALL KEITH BEANE'S PROPOSED *VOIR DIRE* QUESTIONS [DOC. 89]

The United States of America, by and through J. Douglas Overbey, United States

Attorney for the Eastern District of Tennessee, hereby objects to Defendant Randall Keith

Beane's Proposed *Voir Dire* Questions (Doc. 89) as follows:

Question 1: Objection. This question is completely irrelevant to the matters before the

Court and only seeks to confuse potential jurors.

Question 5: Objection based on relevance, and this Court's Memorandum and Order

dated January 19, 2018 (Doc. 90). Further, this question has no basis in fact.

Question 6: Objection based on relevance to the matters before the Court.

Question 7: Objection to the form of the question. This question is not accurate as

currently written.

Question 8: Objection based on relevance to the matters before the Court.

Question 9: Objection based on relevance to the matters before the Court.

J. DOUGLAS OVERBEY
UNITED STATES ATTORNEY

By:     s/ Cynthia F. Davidson
ANNE-MARIE SVOLTO
CYNTHIA F. DAVIDSON
Assistant United States Attorneys
800 Market Street, Suite 211
Knoxville, Tennessee 37902
(865) 545-4167

Continued Notice of 54, 55, and 74

Duly rejected, without
dishonor, for due cause.
1-21-18

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2018, a copy of the foregoing was filed electronically.

Notice of this filing will be sent by operation of the Court's electronic filing system to all parties

indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail.

Parties may access this filing through the Court's electronic filing system.

s/Cynthia F. Davidson
CYNTHIA F. DAVIDSON
Assistant United States Attorney

*Duly rejected, without dishonor, for due cause. 1-26-18*

2

Case 3:17-cr-00082-TAV-CCS Document 96 Filed 01/21/18 Page 2 of 3 PageID #: 3240
Case 3:17-cr-00082-TAV-CCS Document 91 Filed 01/20/18 Page 2 of 2 PageID #: 3213

**Certificate of Service**

I certify that on January 21, 2018, this original instrument, DUE REJECTION, WITHOUT DISHONOR, FOR DUE CAUSE, was duly made, issued, scanned, and caused to be delivered by operation of the alleged Court's electronic filing system to all alleged parties indicated on the electronic filing receipt. Alleged parties purportedly may access this filing through the alleged Court's electronic filing system.

1-21-18

Original