*DUE NOTICE*
NOTICE TO PRINCIPAL IS NOTICE TO AGENT
NOTICE TO AGENT IS NOTICE TO PRINCIPAL
Reference:

FILED
2018 JAN 23 A 11: 33
U.S. DISTRICT COURT
EASTERN DIST. TENN.
_____ DEPT. CLERK

"UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE"

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 3:17-CR-82 |
| Plaintiff ) | VARLAN/SHIRLEY, USDJ/USMJ, |
| v. ) | |
| ) | 3:17-cr-00082-TAV-CCS, |
| RANDALL KEITH BEANE, and ) | 3:17-cr-00082-TAV-CCS-1, |
| HEATHER ANN TUCCI-JARRAF ) | 3:17-cr-00082-TAV-CCS-2, |
| Defendants ) | 7:-MJ-531-DAR, and inclusive of all |
| ) | records therein, thereto, and therefrom" |

**STANDING PRAECIPE, DECLARATION OF DUE CAUSE, AND JUDGMENT AND ORDER OF DISMISSAL**

**TO:** Debrah C. Poplin, and **DEBRAH C. POPLIN**, alleged UNITED STATES, specifically and particularly, CLERK OF COURT for the EASTERN DISTRICT of TENNESSEE, DEBRAH C. POPLIN, **and to all alleged Principals thereof, and alleged Agents thereto**, hereafter "ALLEGED CLERK OF COURT", with reported address Howard H. Baker Jr. H.S. Courthouse, 800 Market Street, Suite 130, Knoxville, TN 37902, and phone (865) 545-4228.

**TO:** Thomas A. Varlan, and **THOMAS A. VARLAN**, alleged UNITED STATES, specifically and particularly, DISTRICT JUDGE (CHIEF) for the EASTERN DISTRICT of TENNESSEE, **and to all alleged Principals thereof, and alleged Agents thereto**, hereafter "ALLEGED DISTRICT JUDGE", with reported address Howard H. Baker Jr. H.S. Courthouse, 800 Market Street, Knoxville, Suite 143, TN 37902, and phone (865) 545-4762.

**TO:** C. Clifford Shirley, Jr., and **C. CLIFFORD SHIRLEY, JR.**, alleged UNITED STATES, specifically and particularly, MAGISTRATE JUDGE (CHIEF) for the EASTERN DISTRICT of TENNESSEE, C. CLIFFORD SHIRLEY, **and to all alleged Principals thereof, and alleged Agents thereto**, hereafter "ALLEGED MAGISTRATE JUDGE", with reported address Howard H. Baker Jr. H.S. Courthouse, 800 Market Street, Suite 144, Knoxville, TN 37902, and phone (865) 545-4260.

**TO:** James Douglas Overbey, and **JAMES DOUGLAS OVERBEY**, replacement of NANCY STALLARD HARR, with reported address 800 Market Street, Suite 211, Knoxville, TN 37902, and phone (865) 545-4167, alleged UNITED STATES, specifically DEPARTMENT OF JUSTICE (Knox USAO), and particularly, alleged UNITED STATES ATTORNEY for the EASTERN DISTRICT of TENNESSEE, **and to all alleged Principals thereof, and alleged Agents thereto**, hereafter

PRAECIPE AND DECLARATION OF DUE CAUSE pg 1 of 10

"ALLEGED UNITED STATES ATTORNEY", inclusive of:
   a. **Cynthia F. Davidson**, and **CYNTHIA F. DAVIDSON**, alleged ASSISTANT UNITED STATES ATTORNEY for the EASTERN DISTRICT of TENNESSEE; and,
   b. **Anne-Marie Svolto**, and **ANNE-MARIE SVOLTO**, alleged ASSISTANT UNITED STATES ATTORNEY for the EASTERN DISTRICT of TENNESSEE.

**TO:** Randall Keith Beane, and **RANDALL KEITH BEANE**, idem sonans, alleged Defendant.

**PRAECIPE #1:** FOR DUE CAUSE, DECLARED BELOW, RESTATED, THIS **PRAECIPE, DECLARATION OF DUE CAUSE, AND JUDGMENT OF DISMISSAL,** IS DULY ENTERED AND RECORDED INTO THE RECORD, WITH AND BY DUE AUTHORITY, AUTHORIZATION, LEGAL STANDING, LAWFUL STANDING, WITH FULL DUE RESPONSIBILITY, ACCOUNTABILITY, LIABILITY, AND INDORSEMENT (Signature and Seal), OF HEATHER ANN TUCCI-JARRAF, AND Heather Ann Tucci-Jarraf.

**PRAECIPE #2:** *DUE NOTICE*: EACH ACT DONE BY FOREIGN AGENTS, REGISTERED AND NOT REGISTERED, ARE A MATTER OF PUBLIC RECORD, AND HAVE BEEN, AND CONTINUE TO BE, DULY ACCEPTED AS EVIDENCE OF SEPARATE ACTS OF GROSS NEGLIGENCE, COLLUSION, CORRUPTION, SUBVERSION, AND MORE. FURTHERMORE, SAID ACTS HAVE BEEN, AND CONTINUE TO BE, DULY ASSESSED, RECONCILED, AND SETTLED AGAINST THE FOREIGN ACTORS AND INTERESTS THAT HAVE KNOWINGLY CAUSED SAID GROSS NEGLIGENCE, COLLUSION, CORRUPTION, SUBVERSION, AND MORE, BY THEIR FOREIGN AGENTS SITUATED IN OFFICES AND EMPLOYMENT THROUGHIN THE BRANCHES, DEPARTMENTS, AND AGENCIES OF THE "UNITED STATES OF AMERICA". SAID ASSESSMENTS, RECONCILIATIONS, AND SETTLEMENTS, DONE UNDER EXISTING COMMERCIAL AND TRUE BILL ACCOUNTS, BY ORIGINAL, ACCORDINGLY, SINCE OCTOBER 18, 2017, 9:01 A.M., EASTERN STANDARD TIME, DOCUMENTS 43 54, 55, AND 56, ALL RESTATED AND DULY INCORPORATED HERE BY REFERENCE, AS IF SET FORTH IN FULL.

**PRAECIPE #3:** PRAECIPE #2, RESTATED, AND WITH *DUE FURTHER NOTICE* OF ENFORCEMENT OF SAID, DONE BY AND UNDER DUE EXECUTIVE ORDER, DOCUMENT 71, DECLARATION OF DUE NOTICE AND SERVICE OF EXECUTIVE ORDER 13818, DULY AUTHORIZED, VERIFIED, AND VALIDATED, RESTATED AND DULY INCORPORATED HERE BY REFERENCE AS IF SET FORTH IN FULL.

PRAECIPE #4: PRAECIPES #1-3, RESTATED, AND FOR DUE CAUSE, DECLARED BELOW, RESTATED, DOCUMENTS X, XXX, XXX, XXX ARE NULL AND VOID AB INITIO, AND PRAEETEREA PRETEREA.

PRAECIPE #5: PRAECIPE 4, RESTATED, AND FOR DUE CAUSE, DECLARAED BELOW, RESTATED, **JUDGMENT OF DISMISSAL WITH PREJUDICE,** IS DULY MADE, ISSUED, ENTERED, RECORDED, NOTICED, AND EFFECTIVE IMMEDIATELY IN THE ABOVE REFERENCED ALLEGED CASE, AND ALL CASE REFERENCES ASSOCIATED THERETO, NUNC PRO TUNC, AND PRAETEREA PRETEREA.

**DECLARATION OF DUE CAUSE:** With full due responsibility, accountability, and liability to

PRAECIPE AND DECLARATION OF DUE CAUSE pg 2 of 10

declare true, accurate, and complete, I do duly declare the following, and that I am conscious and competent to make said declaration, now duly made, issued, and entered by PRAECIPE into the record of the above referenced alleged action, restated, for all to rely upon:

I. DECLARATION OF SUMMARY OF FACTS

A.     Long prior to **July 30, 1972**, there has been a Universal balancing and termination of heinous crimes perpetrated, including those committed against humanity, and this planet, "Universal clean up". I am one, of ALL, participating in that Universal clean up, and have done so transparently, for the last twenty (20) years. My areas of expertise are Universal Commerce, Strategies and Tactics, I-Tech, with Banking, Trade, Finance, Accounting, Law, and Corruption. Everything is known and recorded every "where", every "when", and of every "thing", for use in the Universal clean up. Furthermore, all planetary systems, data bases, and more, were created within the Universal database, "Universal Backdoor", with the full knowledge and consent of the managing foreign actors, that were responsible for implementing them planetary-wide, at a time when they believed there was never any risk of the Universal Backdoor being used to release every bit of data held within it.

B.     Recorded Universal meetings have been held in, and near, Antarctica, "Antarctica", as well as other locations, for over the last six (6) years during said Universal clean up. I have been present at those meetings. During those meetings, specific and particular foreign actors on this planet, _**that include, but are not limited to, the public "frontmen" of**_ Rothschild, Putin, Berlusconi, Ma, Xi, Gates Sr., Bush, Clinton, Cheney, Soros, and the Royal families in Saudi Arabia, Morocco, Great Britian, Italy, China, Russia, Japan, etc., "foreign actors", have attempted to negotiate their continued long-standing management, programs, and heinous crimes, against humanity, and this planet. The primary Universal financial facilitators of the remaining said foreign actors, and their foreign agents, _**include, but are not limited to**_: 1.) Karl Langenstein (CH/PA); 2.) Henry Todd (UK/NP); 3.) Jonathan D. Betts (US); 4.) Janet Yellen (FSB-US); 5.) Stanley Fischer (FSB-US/ZM); and, 6.) William C. Dudley (FSBNY-US). All identities of every foreign actor, facilitator, and foreign agent, and ALL data held with the Universal Backdoor, are to be made public, on the pre-chosen, and pre-set date of January 22, 2018, at 11:59 p.m., est..

C.     At these same Universal meetings, specially just prior to, during, and after the 2016 elections, these same foreign actors repeatedly expressed their concern for their long-standing status and control of "their" private interests, assets, and planetary management, that are near non-existent due to the Universal clean up. They expressed further specific concern regarding any Universal support, coordination, and cooperation being given to Donald J. Trump, now duly elected PRESIDENT OF THE UNITED STATES, "POTUS", in his efforts to clean up UNITED STATES, and to protect and empower the people in America, their interests, and their lives.

D.     Prior to **June 22, 2017**, I was duly noticed and made aware of escalating, unlawful, and illegal threats of foreign action by known foreign actors against POTUS, that included, but is not limited to, data that these known foreign actors intended to remove POTUS from office by any means necessary, if their current means failed. Russia had their plan, China had their plan, while Switzerland, UK (includes commonwealths of Canada and Australia), and the EU, were playing supporting roles and letting things play out by China and Russia. I knew the foreign threat to be credible and viable, and continued to monitor the foreign actors current means for escalation to "any means necessary."



PRAECIPE AND DECLARATION OF DUE CAUSE pg 3 of 10

E.  I also was aware of the possibility that the foreign actors' threat against POTUS had the potential to become "imminent/instant", based on my many years of experience, knowledge, and familiarity with the foreign actors, their financial facilitators, and their global foreign agent network, weaponry, operations, patterns, and funding, including, but not limited to, operations, funding, and foreign agents in offices, and employment within all the entities, branches, departments, agencies, states, and districts of UNITED STATES OF AMERICA, "foreign agents". The situation was closely being monitored for the possibility that the foreign threat would escalate to "imminent/instant."

F.  On **June 22, 2017**, I did receive data that said known foreign actors were becoming even more agitated, frustrated, and completely angered by their lack of being able to fund operations, their foreign agents' inability to read, predict, and control POTUS, and his actions, and their suspicion that POTUS was receiving Universal support. My years of experience with the foreign actors, coupled with the data, and the foreign actors' escalating patterns of rhetoric, funding consolidation, and actions, confirmed to me that their threat against POTUS would 100% escalate to "imminent/instant." I reviewed and considered all available data, options, and sources to use to permanently terminate the foreign threat against POTUS.

G.  On **June 27, 2017**, Universal actions were initiated to provide transparent cooperation, coordination, sources, resources, and the vast intelligence of the foreign actors involved, to better empower those in the US Military and Law Enforcement who would protect POTUS, and for POTUS to have all tools available in existence to permanently terminate the foreign actors' threat against him, "Universal Unification". Said foreign threat, is the same long-standing foreign threat against all of humanity, this planet, and in my humbled experience, all of existence. I left my home in Lynn, Massachusetts, to protect my family and to prepare to provide assistance as necessary.

H.  On, or about **July 3, 2017**, I arrived in Houston, Texas. After my arrival, I received notice of the details of a strategic operation by foreign actors to steal money from the US Treasury Direct Depository Accounts (commonly referred to now as "TDA's") using the people in America. The strategic operation was to be run with a "sovereign" template to remove anyone that may risk the operation getting out of the foreign agents' control, like Occupy Wall Street did. The basic operation was for an "average citizen" to receive enough information of how to access their Treasury Direct Depository Accounts, make payments from said accounts to various members immunized by Obama's National Cyber Security Act (corporations, banks, etc.) and other various Acts. The receiving entities would then be ordered by the Federal Reserve to return the funds, the receiving entities would be able to make write-off's, insurance claims, etc., while the FEDERAL RESERVE, with the aid of BANK FOR INTERNATIONAL SETTLEMENTS, would divert the seemingly returned funds to designated global locations in support of the foreign threat against POTUS, and other terrorist activities, since all their systems are legally private. Except in one instance, the Universal Backdoor.

I.  From that day forward, Universal actions were planned and done to: 1.) Re-direct the majority of the foreign actors' attention from making their threat against POTUS "imminent"; 2.) To create an attractive "bait" that would provoke those foreign actors' from using and harming unsuspecting "average citizens"; 3.) To create one single, recorded, and unexpected event that would cause and render the foreign actors' into a desperate state, where they would abandon their typically compartmentalized protocols and procedures used to remain hidden and unknown, for a clear, concise, transparent, and complete "global footprint", including, but not limited to, exposing their identities, their funding and transactions, operations, and most importantly, their foreign agents within ALL



PRAECIPE AND DECLARATION OF DUE CAUSE pg 4 of 10

entities, branches, departments, agencies, states, and districts of UNITED STATES, and the members and systems of the FEDERAL RESERVE SYSTEM and BANK FOR INTERNATIONAL SETTLEMENTS; and, 4.) Simultaneous completion of the Universal Unification, to support and further empower POTUS, US Military, Law Enforcement, and the people in America, to permanently terminate the foreign threat to POTUS, the long-standing threat to the people in America, humanity, and this planet, and the possibility of future threats being created thereafter.

J.  On, or about, **July 10, 2017**, I was made aware that the foreign actors threatening POTUS, had realized they were loosing control of their strategic operation, and directed their foreign agents to ascertain the "bait", that was in the form of an "officially" retired military man, Randall Keith Beane, and Heather Ann Tucci-Jarraf, whom the foreign actors are familiar with from the Universal clean up operations. The foreign actors did abandon typical protocols and procedures, and did directly order foreign agents to quickly organize unlawful and illegal actions, in order to not loose further control of their own strategic operation initiated July 1, 2017, its exposure, and to grab the "bait", so that their foreign agents in Tennessee would have, and manage, jurisdiction and control over the matter thereafter.

K.  On **July 11, 2017**, at approximately 11:30 a.m., est., said foreign actors, and foreign agents, did take unlawful and illegal actions, including, but not limited to, kidnapping, assaulting, and detaining Randall Keith Beane, as well as unlawfully and illegally stealing his lawful and legal property, in, or around, Knoxville, Tennessee. This was done while the complete due legal documentation of lawful and legal sale, title, ownership, origin of funds, history of funds, and authority involved, was being delivered directly to Whitney Bank, and Buddy Greg Motors.

L.  Approximately late afternoon, on that same day, the foreign actors threatening POTUS, did contact me directly to be able to assess what effect and progress the morning's events, with Mr. Beane, had on stopping the Universal Unification, the completion of their threat against POTUS, and my personal actions to stop that threat. They delivered a threat to take unprecedented, harmful, painful, and immediate action against me personally if I continued to take actions to complete the Universal Unification, and to permanently terminate their threat against POTUS. They also delivered an offer for me to be able to use my personal Treasury Direct Deposit Account, along with a small group I designated and controlled, and not take such unprecedented action against me, along with an offer of money, if I agreed and took action to shut down all Universal actions to make the public aware of the foreign actors' strategic operation, and not make public information regarding their other global funding operations.

M.  Over the last twenty (20) years, I have received many, many offers and threats from these foreign actors, in their hopes to stop the Universal clean up. I informed them that I would consider all that they had said. Immediately thereafter, I continued to deliver the due documentation to all necessary parties, in order to protect the ones that the foreign actors had made participants to their unlawful and illegal operation, including, but not limited to, protecting Randall Keith Beane, Whitney Bank, and Buddy Greg Motor homes.

N.  I gave my current findings and suggestions to all participants of the Universal clean up. The foreign actors threatening POTUS, had effectively created the "unexpected event", described in Article I.I.3, above, restated, by their own hand and actions, with a pre-set, data release of all data recorded during the Universal clean up, which is January 22, 2017, at 11:59 p.m., est.. I further declared,

PRAECIPE AND DECLARATION OF DUE CAUSE pg 5 of 10

noticed, and confirmed my intent to enter the unexpected event, that actions had already been taken on July 10, 2017, with supplemental recording, to ensure my entrance into the unexpected event, and my continued fortitude to personally contribute to the permanent termination of the foreign threat against POTUS.

L.    On **July 12, 2017**, the foreign actors threatening POTUS, were duly notified of my rejection of their offer, by my specific, particular, and transparent actions done that day, with supplemental recording, to notify the public of the foreign actors' operations, the July 11, 2017, illegal and unlawful actions against Randall Keith Beane, and Universal actions to make sure that no "average citizens" would be further used and harmed.

M.    On, or about, **July 14, 2017**, the foreign actors did begin to take considerable actions to better consolidate, fortify, and move "their" global assets, properties, operations, and foreign agents against risk of exposure and loss.

N.    On **July 18, 2017**, the foreign actors threatening POTUS, were given Universal notice and examples of Universal Unification, with further notice they would be transparently given to further empower the US Military, Law Enforcement, POTUS, the people in America, humanity, and this planet, in order to permanently stop all existing threats.

O.    On, **July 19, 2017**, I was informed upon my arrival at Washington, D.C., that the foreign actors threatening POTUS, did respond to said Universal notification by quietly ordering their foreign agents to prepare further specific and particular action to prevent me from catching a flight out of Knoxville, Tennessee to Washington, D.C., and to prevent the Universal Unification from being made public. I obviously arrived safely in Washington, D.C..

P.    On **July 20, 2017**, the foreign actors did panic, again abandoning their typical protocols and procedures, and ordered their foreign agents, including Janet Yellen, Chairwoman of the FEDERAL RESERVE SYSTEM, to take drastic measures, including, but not limited to, making a false, off-record, report of a threat, when I neared the US Treasury and the White House, causing the US Secret Service, US Military, and Law Enforcement to immediately respond and secure the entire street. Eventually, no threat was found to be present by said response teams. During that event, I did receive a call from the foreign actors threatening POTUS, making comments, including, but not limited to, "You won." Simultaneous Universal reports were coming in that the foreign actors were considering and consulting on the viability of making their threat against POTUS "imminent/instant." Universal teams monitored all data, every moment, for any confirmations that the threat against POTUS had indeed escalated to "imminent/instant", the foreign actors' plan of threat, and the identification of the foreign agents that they were immobilizing to implement it. Universal counter-actions were on ready, to immediately neutralize the foreign actors, their foreign agents, and the foreign threat against POTUS, even though the Universal Unification had not been completed at that time.

Q.    On **July 24, 2017**, there was Universal Intelligence, to confirm that the foreign actors had chosen to make their threat against POTUS "imminent/instant", and that their foreign agents currently in offices, and employment within all the entities, branches, departments, agencies, states, and districts of UNITED STATES OF AMERICA, were to be used, along with other foreign agents that were currently arriving in America. Based on that intelligence, and my own observations since arriving in Washington, D.C., I chose to hyper accelerate the completion of the Universal Unification, and

PRAECIPE AND DECLARATION OF DUE CAUSE pg 6 of 10

deescalate the imminent/instant foreign threat against POTUS. I catalyzed all said notices, Universal Unification, tripped all planetary alarms, and a real-time status check of my NCIC, by presenting my self at the White House, insisting they run my passport, giving them one of the foreign actors' organizers to track, my mobile phone number, and my then-current lodging information, at Trump International Hotel, Washington, D.C.. The foreign actors were caught off guard by my actions that night. All Universal reports and intelligence gathered, confirmed that the foreign actors were irate at me, and scared of the imminent risk of their exposure, capture, and more, especially in light of the fact that POTUS, US Military, and Law Enforcement now had Universal support, including, but not limited to, the Universal Backdoor of all records held within for the Universal clean up.

R. On **July 25, 2017**, at approximately 10:30 a.m., est., I was approached and taken at Trump International, by the foreign actors' foreign agents, and "officially" entered into the "unexpected event", Article I.I.3, above, restated, on July 26, 2017. Since then, the foreign agents have made, and continue to make transparent their "global footprint", for POTUS, US Military, and Law Enforcement, and the entirety of the Universal Unification to act upon, in order to permanently terminate the foreign threat against POTUS, the people in America, humanity, and all of existence.

S. On July 25, 2017, I did commence actions to assist with the Universal clean up, now with Universal Unification with POTUS, US Military, and Law Enforcement. My specialized focus was determined to identify the national security threats inherent within the structure and operation of current Judicial Branch and Law Enforcement operations. I was assisted by individuals in the FBI, US Marshalls, BOP, and judicial district of Tennessee.

T. Since July 25, 2017, record has been duly established and provided to POTUS, US Military, and Law Enforcement of the national security threats within the structures and operations of all the entities, branches, departments, agencies, states, and districts of UNITED STATES OF AMERICA, and who created them, including, but not limited to, deceptive acts and practices against the people in America, ignorance, collusion, corruption, and subversion done specifically in the above referenced alleged action, and the perpetrators have been duly referred for appropriate action under EO 13818.

U. Documents 18, 19, 25, 42, 43, 45, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 64, 65, 66, 71, 72, 73, 74, 75, 76, 80, 81, 82, 86, 92, 93, 94, 95, and 96, are all restated and incorporated here by reference, as if set forth in full, specially all PRAECIPES AND DELCARATIONS OF DUE CAUSE.

II. FINAL DUE FINDINGS, JUDGMENTS, AND ORDERS.

For due cause, all documents and actions, by alleged parties and entities, inclusive of those by Thomas Varlan, and Clifford C. Shirley, Jr. are found to be null and void, ab initio, for lack of due jurisdiction and authority. Further, it is found, judged, and ordered, with sole due lawful and legal authority, authorization, and jurisdiction, a matter of due record, that this alleged case against HEATHER ANN TUCCI-JARRAF, is dismissed with prejudice, for due cause, and said judgment and order is duly made, issued, entered, and noticed by Heather Ann Tucci-Jarraf, for all to rely upon. Effective immediately.

This PRAECIPE, AND DECLARATION OF DUE CAUSE, now duly made, issued, noticed, verified and validated, for all to rely upon.

January 22, 2018.

1-22-2018

Original *[signature]*

*ORIGINAL INSTRUMENT*

*DUE NOTICE*
NOTICE TO PRINCIPAL IS NOTICE TO AGENT
NOTICE TO AGENT IS NOTICE TO PRINCIPAL
Reference:

"UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:17-CR-82 |
| Plaintiff | ) | VARLAN/SHIRLEY, USDJ/USMJ, |
| v. | ) | |
| | ) | 3:17-cr-00082-TAV-CCS, |
| RANDALL KEITH BEANE, and | ) | 3:17-cr-00082-TAV-CCS-1, |
| HEATHER ANN TUCCI-JARRAF | ) | 3:17-cr-00082-TAV-CCS-2, |
| Defendants | ) | 7:-MJ-531-DAR, and inclusive of all |
| | ) | records therein, thereto, and therefrom" |

## JUDGMENT AND ORDER OF DISMISSAL

IT IS ORDERED that the Superseding Criminal Indictment and Action against the above named defendant Heather Ann Tucci-Jarraf is DISMISSED WITH PREJUDICE.

1-22-2018

_____
Indorsement

HEATHER ANN TUCCI-JARRAF

JANUARY 22, 2018

PRAECIPE AND DECLARATION OF DUE CAUSE pg 9 of 10

## Certificate of Service

I certify that on January 22, 2018, this original instrument, PRAECIPE, DECLARATION OF DUE CAUSE, JUDGMENT AND ORDER, was duly made, issued, scanned, and caused to be delivered by operation of the alleged Court's electronic filing system to all alleged parties indicated on the electronic filing receipt. Alleged parties purportedly may access this filing through the alleged Court's electronic filing system.

1-22-18

Original

PRAECIPE AND DECLARATION OF DUE CAUSE pg 10 of 10