PS 42
(Rev. 7/93)

# United States District Court
## Eastern District Of Tennessee

United States of America )
)
vs. )
)
Heather Ann Tucci-Jarraf ) Case No. 3:17-CR-82-002

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Heather Ann Tucci-Jarraf__, have discussed with __April J. Wilson__, Pretrial Services/ Probation Officer, modifications of my release conditions as follows:

The bond conditions originally imposed in the Eastern District of Tennessee, Knoxville Division, remain the same with the exception of the following change.

Bond condition 7(g) is amended as follows:
Avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: with the limited exception that you may meet for the purpose of trial preparation only with the presence of elbow counsel and you shall coordinate said meeting with the U.S. Marshal Service.

Bond condition 7(p) is amended as follows:
Participate in one of the following location restriction programs and comply with its requirements as directed.(i) Curfew. You are restricted to your residence every day from 8:00 pm to 7:00 am. during the course of the trial

I consent to this modification of my release conditions and agree to abide by this modification.

_without prejudice_
___[signature]___ 1-23-18      ___April J. Wilson___ 1-24-18
Signature of Defendant   Date         U.S. Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

**DEFENDANT IS DEFENSE COUNSEL (PRO SE) - see signature above (AJW)**

_____         _____
Signature of Defense Counsel                        Date

___[signature] Francis L Lloyd Jr___                ___23 January 2018___
Signature of Elbow Counsel                          Date

[X] The above modification of conditions of release is ordered, to be effective on:   __January 24, 2018__
[ ] The above modification of conditions of release is *not* ordered.

___[signature] Thomas A. Varlan___                  __January 24, 2018__
Signature of Judicial Officer                       Date