*original instrument* ref. Document 100*
Notice to Principal is Notice to Agent,
Notice to Agent is Notice to Principal.
Duly rejected, without dishonor, for due cause. Lacks
due verification and validation of presenters due:
1. identification; 2. authority; 3. authorization; and, 4. indorsement.
Also, for due cause, as stated
in Documents, 101 and 102,
restated and incorporated by reference, as if set forth
in full.
Further, for due cause, as stated in
"DECLARATION OF
EVIDENCE OF DISHONOR...", with date of February
14, 2018, restated and incorporated by reference,
as if set forth in full. February 14, 2018

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No.: 3:17-CR-82-TAV-CCS |
| RANDALL KEITH BEANE and | ) |
| HEATHER ANN TUCCI-JARRAF, | ) |
| Defendants. | ) |

## ORDER

This criminal case is before the Court on the "Praecipe, Declaration of Due Cause, and Judgment and Order of Dismissal" filed by defendant Heather Ann Tucci-Jarraf [Doc. 98]. This document purports to be a judgment order dismissing the indictment against defendant Tucci-Jarraf [Doc. 3], along with various factual declarations in support. However, the Court did not authorize the filing of this document, and as both the Court and United States Magistrate Judge C. Clifford Shirley, Jr., have previously explained [Docs. 62, 69], the defendants here lack authority to unilaterally nullify the indictment or void the charges against them.[1]

Accordingly, it is hereby **ORDERED** that the "Praecipe, Declaration of Due Cause, and Judgment and Order of Dismissal" filed by defendant Tucci-Jarraf [Doc. 98] is

---

[1] Defendant Tucci-Jarraf has already filed one motion to dismiss the indictment [Doc. 43], which the Court denied [Doc. 69]. The instant filing is not styled as a motion; nor does it seem to request any action by this Court. Thus, the Court does not construe this filing as a motion. If defendant Tucci-Jarraf wishes to file a second motion to dismiss the indictment, she must do so in a separate filing that expressly requests such relief.

MAXIM: Nothing can be born from fraud.
ATTEST: A true copy
Certified this 2/7/18
by Debra C. Poplin, Clerk
Dep. Clerk

Notice: Documents 74 and 55, in full effect and subject to additional hedgening incurred since 10-18-17, 2-14-18, et al.

Duly rejected, without dishonor, for due cause, restated. February 14, 2018

**STRICKEN** from the record. The Clerk of Court is thus **DIRECTED** to withdraw this document [Doc. 98] from the docket in this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan  
CHIEF UNITED STATES DISTRICT JUDGE

*Duly rejected, Without dishonor, for due cause, restated. February 14, 2018.*

2

## Certificate of Service

I certify that on February 14, 2018, a scan of the foregoing Original was caused to be made and electronically filed. Notice of this filing will be sent by operation of the alleged Court's electronic filing system to all alleged parties indicated on the electronic filing receipt. Alleged parties may access this filing through the alleged Court's electronic filing system. Said scan is a true, accurate, and complete scan of said foregoing Original.

February 14, 2018.

_[signature]_

Original, Heather Ann Tucci-Jarraf