\* ORIGINAL INSTRUMENTS \* DOCUMENTS 119 and 120 \*
Notice to Principal is Notice to Agent
Notice to Agent is Notice to Principal
Duly rejected, without dishonor, for due cause.
Lacks due verification and validation of Presenter's due:
1. identification; 2. authority; 3. authorization; and 4. indorsement.
Also for due cause, as stated in
documents 101 and 102, restated
and incorporated here by reference, as if
set forth in full, and without prejudice, ab initio, nunc
pro tunc
and praeterea praeterea.
February 14, 2018
Heather Ann Tucci-Jarraf

MAXIM!
Nothing can be borne from fraud.
2-14-18
Heather Ann Tucci-Jarraf

*NOTICE*
Documents 74 and 55, in full
effect, subject to additional filing
occurred since 10-18-17 9:01 a.m. EST.
Heather Ann Tucci-Jarraf

Further Due Cause: Declaration of Evidence of
Dishonor, with date of February 14, 2018, restated
and incorporated by reference, as if set forth in
full.
Heather Ann Tucci-Jarraf

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

FILED
2018 FEB -1 P 12:38
DISTRICT COURT
E. DIST. TENN.
BY_____ CLK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No.: 3:17-CR-82-TAV-CCS |
| RANDALL KEITH BEANE and HEATHER ANN TUCCI-JARRAF, | ) ) |
| Defendants. | ) |

## SPECIAL VERDICT FORM

We, the members of the jury, find unanimously and from all the evidence as follows:

(1) As to **Count One** of the indictment, charging a violation of 18 U.S.C. § 1343, that is, wire fraud, occurring on or about July 6, 2017, we find:

The defendant, RANDALL KEITH BEANE,

_____ NOT GUILTY

\_\_✓\_\_ GUILTY

If you answered **not guilty** in response to Question (1), skip Question (2) and proceed to Question (3).

If you answered **guilty** in response to Question (1), proceed to Question (2).

(2) With respect to **Count One** of the indictment, we find that the conduct constituting this offense:

_____ DID NOT affect a financial institution

\_\_✓\_\_ DID affect a financial institution

I hereby certify that this is a true and correct copy of the electronically filed original document.
ATTEST: Debra C. Poplin, Clerk
By:_____
Deputy Clerk

Documents 119 and 120
duly rejected, without dishonor, for due cause, restated
ab initio, nunc pro tunc, and praeterea praeterea.
February 14, 2018
Heather Ann Tucci-Jarraf

(3)     As to **Count Two** of the indictment, charging a violation of 18 U.S.C. § 1343, that is, wire fraud, occurring on or about July 6, 2017, we find:

The defendant, RANDALL KEITH BEANE,

_____ NOT GUILTY

___✓___ GUILTY

If you answered **not guilty** in response to Question (3), skip Question (4) and proceed to Question (5).

If you answered **guilty** in response to Question (3), proceed to Question (4).

(4)     With respect to **Count Two** of the indictment, we find that the conduct constituting this offense:

_____ DID NOT affect a financial institution

___✓___ DID affect a financial institution

(5)     As to **Count Three** of the indictment, charging a violation of 18 U.S.C. § 1343, that is, wire fraud, occurring on or about July 6, 2017, we find:

The defendant, RANDALL KEITH BEANE,

_____ NOT GUILTY

___✓___ GUILTY

If you answered **not guilty** in response to Question (5), skip Question (6) and proceed to Question (7).

If you answered **guilty** in response to Question (5), proceed to Question (6).

*[Handwritten annotation:]* Documents 119 and 120, duly rejected without dishonor, for due cause; February 14, 2018 restated. *[signature, thumbprint]*

2

(6) With respect to **Count Three** of the indictment, we find that the conduct constituting this offense:

_____ DID NOT affect a financial institution

___✓___ DID affect a financial institution

(7) As to **Count Four** of the indictment, charging a violation of 18 U.S.C. § 1343, that is, wire fraud, occurring on or about July 6, 2017, we find:

The defendant, RANDALL KEITH BEANE,

_____ NOT GUILTY

___✓___ GUILTY

If you answered **not guilty** in response to Question (7), skip Question (8) and proceed to Question (9).

If you answered **guilty** in response to Question (7), proceed to Question (8).

(8) With respect to **Count Four** of the indictment, we find that the conduct constituting this offense:

_____ DID NOT affect a financial institution

___✓___ DID affect a financial institution

(9) As to **Count Five** of the indictment, charging a violation of 18 U.S.C. § 1343, that is, wire fraud, occurring on or about July 7, 2017, we find:

The defendant, RANDALL KEITH BEANE,

_____ NOT GUILTY

___✓___ GUILTY

*Documents 119 and 120, duly rejected, without dishonor, for due cause, February 14, 2018 [signature] restated.*

If you answered **not guilty** in response to Question (9), skip Question (10) and proceed to Question (11).

If you answered **guilty** in response to Question (9), proceed to Question (10).

(10) With respect to **Count Five** of the indictment, we find that the conduct constituting this offense:

　　_____ DID NOT affect a financial institution

　　__✓__ DID affect a financial institution

(11) As to **Count Six** of the indictment, charging a violation of 18 U.S.C. § 1344, that is, bank fraud, from on or about July 5, 2017, continuing through at least on or about July 11, 2017, we find:

The defendant, RANDALL KEITH BEANE,

　　_____ NOT GUILTY

　　__✓__ GUILTY

(12) As to **Count Seven** of the indictment, charging a violation of 18 U.S.C. § 1956(h), that is, conspiracy to commit money laundering, we find:

The defendant, RANDALL KEITH BEANE,

　　_____ NOT GUILTY

　　__✓__ GUILTY

[*The remainder of this page is intentionally left blank. Proceed to Page 5.*]

*Documents 119 and 120, duly rejected, without dishonor, for due cause, February 14, 2018, restated.* [handwritten annotation with signature and red fingerprint]

4

(13) As to **Count Seven** of the indictment, charging a violation of 18 U.S.C. § 1956(h), that is, conspiracy to commit money laundering, we find:

The defendant, HEATHER ANN TUCCI-JARRAF,

_____ NOT GUILTY

___✓___ GUILTY

*[The Foreperson must sign and date the special verdict form below.]*

SIGNATURE REDACTED
Signature of FOREPERSON

2-1-2018
Date

Documents 119 and 120 Duly rejected, without dishonor, for due cause, restated. February 14 2018.

5

## Certificate of Service

I certify that on February 14, 2018, a true, accurate, and complete scan of the foregoing original was caused to be made and electronically filed. Notice of this filing will be sent by operation of the alleged Courts electronic filing system to all alleged parties indicated on the electronic filing receipt. Alleged parties may access this filing through said electronic system.

February 14, 2018.

*[signature]*

Original, Heather Ann Tucci-Jarraf