UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

AT KNOXVILLE

UNITED STATES OF AMERICA

v.  No. 3:17-cr-00082

RANDALL KEITH BEANE, and

HEATHER ANN TUCCI-JARRAF

MOTION FOR AN EXTENSION OF TIME

WITHIN WHICH TO FILE POST-VERDICT MOTIONS

The Defendant HEATHER ANN TUCCI-JARRAF moves for an extension of time under FRCrimP 45(b)(1) within which to file a motion for a new trial under FRCrimP 33, and a motion for a judgment of acquittal under FRCrimP 29.

IN SUPPORT of this motion, this Defendant states that additional time is needed for the preparation of such post-conviction motions and arguments in support of such motions, including for the obtaining of

trial transcripts. Counsel for this Defendant has been informed that at least 30 days will be needed for a trial transcript in this case.

SIGNED: 2-15-18.
without prejudice
*[signature]*

## CERTIFICATE OF SERVICE

I certify that on February 15, 2018, a true accurate, and complete scan of the foregoing original was made and caused to be filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all alleged parties indicated on the electronic filing receipt. Alleged parties may access this filing by said electronic system.

February 15, 2018.
*[signature]*