*ORIGINAL INSTRUMENT*

*DUE NOTICE*
NOTICE TO PRINCIPAL IS NOTICE TO AGENT
NOTICE TO AGENT IS NOTICE TO PRINCIPAL
Reference:

FILED
2018 MAY -4 P 4: 33
U.S. DISTRICT COURT
EASTERN DIST. TENN.
_____ DEPT. CLERK

"UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br><br>RANDALL KEITH BEANE, and<br>HEATHER ANN TUCCI-JARRAF<br>Defendants | No. 3:17-CR-82<br>VARLAN/SHIRLEY, USDJ/USMJ, *and all assigns and successors.*<br>3:17-cr-00082-TAV-CCS, *and 3:17-MJ-1067*<br>3:17-cr-00082-TAV-CCS-1,<br>3:17-cr-00082-TAV-CCS-2,<br>17:-MJ-531-DAR, and inclusive of all records therein, thereto, and therefrom" |

*FINAL NOTICE*
STANDING PRAECIPE, DECLARATIONS OF DUE CAUSE [AND] FINAL COMMAND TO FORTHWITH COMPLY, AND WITH NOTICE OF INTENT TO ORDER FINAL CALL ON ALL LEDGERS, WITH IMMEDIATE CLOSURES.

**TO:** Debrah C. Poplin, and **DEBRAH C. POPLIN**, alleged UNITED STATES, specifically and particularly, CLERK OF COURT for the EASTERN DISTRICT of TENNESSEE, DEBRAH C. POPLIN, **and to all alleged Principals thereof, and alleged Agents thereto**, hereafter "ALLEGED CLERK OF COURT", with reported address Howard H. Baker Jr. H.S. Courthouse, 800 Market Street, Suite 130, Knoxville, TN 37902, and phone (865) 545-4228., *and her assigns and successors.*

**TO:** Thomas A. Varlan, and **THOMAS A. VARLAN**, alleged UNITED STATES, specifically and particularly, DISTRICT JUDGE (CHIEF) for the EASTERN DISTRICT of TENNESSEE, **and to all alleged Principals thereof, and alleged Agents thereto**, hereafter "ALLEGED DISTRICT JUDGE", with reported address Howard H. Baker Jr. H.S. Courthouse, 800 Market Street, Knoxville, Suite 143, TN 37902, and phone (865) 545-4762., *And all his assigns and successor.*

**TO:** C. Clifford Shirley, Jr., and **C. CLIFFORD SHIRLEY, JR.**, alleged UNITED STATES, specifically and particularly, MAGISTRATE JUDGE (CHIEF) for the EASTERN DISTRICT of TENNESSEE, C. CLIFFORD SHIRLEY, **and to all alleged Principals thereof, and alleged Agents thereto**, hereafter "ALLEGED MAGISTRATE JUDGE", with reported address Howard H. Baker Jr. H.S. Courthouse, 800 Market Street, Suite 144, Knoxville, TN 37902, and phone (865) 545-4260., *and all his assigns and successors.*



pg 1 of 5   5-4-2018

**TO:** **James Douglas Overbey**, and **JAMES DOUGLAS OVERBEY**, replacement of NANCY STALLARD HARR, with reported address 800 Market Street, Suite 211, Knoxville, TN 37902, and phone (865) 545-4167, alleged UNITED STATES, specifically DEPARTMENT OF JUSTICE (Knox USAO), and particularly, alleged UNITED STATES ATTORNEY for the EASTERN DISTRICT of TENNESSEE, **and to all alleged Principals thereof, and alleged Agents thereto**, hereafter "ALLEGED UNITED STATES ATTORNEY", inclusive of:
   a. **Cynthia F. Davidson**, and **CYNTHIA F. DAVIDSON**, alleged ASSISTANT UNITED STATES ATTORNEY for the EASTERN DISTRICT of TENNESSEE; and,
   b. **Anne-Marie Svolto**, and **ANNE-MARIE SVOLTO**, alleged ASSISTANT UNITED STATES ATTORNEY for the EASTERN DISTRICT of TENNESSEE.

**TO:** **Randall Keith Beane**, and **RANDALL KEITH BEANE**, idem sonans, alleged Defendant.

TO: U.S. MARSHALS, their agents, assigns, successors, and contractors.

STANDING PRAECIPE #1: YOU SHALL FORTHWITH COMPLY WITH THE PRAECIPE, AND JUDGEMENT AND ORDER OF DISMISSAL, DOCUMENT 98 and DOCUMENT 101, restated and incorporated herein, as if set forth in full;

STANDING PRAECIPE #2: YOU SHALL FORTHWITH COMPLY WITH STANDING ORDER OF CEASE AND DESIST, DOCUMENT 147, WITH THE SOLE EXCEPTION OF ACTIONS DONE TO COMPLY WITH THIS PRAECIPE, AS COMMANDED HEREIN;

I. PRAECIPES #1 and 2, above, restated, and duly issued, for due cause, without

pg 2 of 5 _____ 2018

[PRAECIPE CONTINUED - 5-4-2018]   3 of 5

dishonor, as duly declared in: A.) DOCUMENTS 102 and 148, restated and incorporated here, as if set forth in full, inclusive of all Documents cited therein; and by, B.) Due Governing Addendum of Law, Presumption, and Perpetuity; CANCELATION OF TRUE BILL, a matter of duly noticed notorious record in: Case No.: 1:17-mj-00535-DAR, in minute order dated 08/01/2017, and Document 5; with complete transfer of records made to CASE NO: 3:17-CR-82, and all the case numbers related thereto; Documents 25, 18, and Document 43, and Doc 144, Def-24, all case and document citations stated herein, are duly incorporated by reference, as if set forth in full; and,

II. ARTICLE I, above, restated, and pursuant to Documents 54, 55, and 56, all restated and incorporated by reference, as if set forth in full; *<u>DUE NOTICE IS NOW DULY MADE OF INTENT TO ORDER FINAL CALL ON ALL LEDGERS, WITH IMMEDIATE CLOSURE OF</u>

[PRAECIPE CONTINUED - 5-4-2018]  pg 4 of 5

[ARTICLE II. continued]

<u>ALL DEFICIENT ORIGINAL DEPOSITORIES</u>*; forthwith, and pursuant to governing Addendum of Law, Presumptions, Perpetuity, and Factualized Trusts of Universal record; and,

III. Article II, above, restated, and ** <u>no further Due Notices of Order of Final Call shall be required, necessary, or made</u>** in this case record, unless I duly deem otherwise.

This Praecipe, Declaration of Due Cause, and NOTICE OF INTENT TO ORDER FINAL CALL ON ALL LEDGERS, WITH IMMEDIATE CLOSURES, now duly made, issued, certified and noticed, with my full responsibility, accountability, and liability, without prejudice, ab initio, nunc pro tunc, and praetorea preterea, <u>for all to rely upon</u>!

5-4-2018

## Certificate of Service & Filing

I certify that on May 4, 2018, I did cause this Original Instrument of STANDING PRAECIPE, DECLARATION OF DUE CAUSE, [AND] FINAL COMMAND TO FORTHWITH COMPLY, AND WITH NOTICE OF INTENT TO ORDER FINAL CALL ON ALL LEDGERS, WITH IMMEDIATE CLOSURES to be recorded, entered, noticed, and served upon all alleged parties, and by operation, as indicated on the electronic filing receipt, and conformed copy. This filing may be accessed through said electronic filing system.

Praecipe 5-4-2018          Pg # 5