```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF TENNESSEE
                     AT KNOXVILLE
_____
                              )
UNITED STATES OF AMERICA,     )
                              )
        Plaintiff,            )
                              )
vs.                           )   Case No.:  3:17-CR-82
                              )
RANDALL KEITH BEANE AND       )
HEATHER ANN TUCCI-JARRAF,     )
                              )
        Defendants.           )
_____)
```

**DEFENDANT BEANE'S OPENING STATEMENT**

**EXCERPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE THOMAS A. VARLAN**

**January 26, 2018
2:55 p.m. to 2:56 p.m.**

**APPEARANCES:**

**FOR THE PLAINTIFF:**  CYNTHIA F. DAVIDSON, ESQUIRE
ANNE-MARIE SVOLTO, ESQUIRE
Assistant United States Attorney
United States Department of Justice
Office of the United States Attorney
800 Market Street
Suite 211
Knoxville, Tennessee 37902

**FOR THE DEFENDANT:**  RANDALL KEITH BEANE, PRO SE
**RANDALL BEANE**  Blount County Detention Center
920 East Lamar Alexander Parkway
Maryville, Tennessee 37904

**FOR THE DEFENDANT:**  STEPHEN G. McGRATH, ESQUIRE
(As Elbow Counsel)  9111 Cross Park Drive
Suite D-200
Knoxville, Tennessee 37923

**REPORTED BY:**
Rebekah M. Lockwood, RPR, CRR
Official Court Reporter
(865) 210-6698
P.O. Box 1823

**APPEARANCES (CONTINUED):**

| | |
|---|---|
| **FOR THE DEFENDANT:** **HEATHER ANN TUCCI-JARRAF** | HEATHER ANN TUCCI-JARRAF, PRO SE 105 Orchard Lane Oak Ridge, Tennessee 37830 |
| **FOR THE DEFENDANT:** (As Elbow Counsel) | FRANCIS LLOYD, ESQUIRE 9111 Cross Park Drive Suite D-200 Knoxville, Tennessee 37923 |

**REPORTED BY:**
Rebekah M. Lockwood, RPR, CRR
Official Court Reporter
(865) 210-6698
P.O. Box 1823

1    (Excerpt of proceedings.)

2    (In the presence of the jury.)

3            MR. BEANE:  Good afternoon.

4            I chose to represent -- or I want to call it present
5    myself to you, because I felt like that would be the most
6    original way for you to see the intentions here, whether
7    they're of good character or bad character as the Court has so
8    perfectly done a job of painting a picture.

9            And that's the way I wanted you to see this today, is
10   you're looking at a picture.  You're sitting there seeing a
11   picture in this courtroom in your mind's eye of things that are
12   being painted by words that are said and by people's actions.

13           And I wanted to kind of relate to what I thought of
14   was, if you're looking at a TV, and all of the sudden, the
15   picture becomes pixilated, that means that data is being messed
16   up, you're not getting the complete data to see the clear
17   picture.

18           And so I want you to understand that there's a very
19   pixilated picture going on in this courtroom.  And I hope that
20   by the time I'm done giving my testimony that you understand
21   that there's a different picture than what's been painted in
22   this courtroom.

23           Thank you.

24   (Excerpt of proceedings concluded.)

25

UNITED STATES DISTRICT COURT

**CERTIFICATE OF REPORTER**

STATE OF TENNESSEE

COUNTY OF KNOX

      I, Rebekah M. Lockwood, RPR, CRR, do hereby certify that I was authorized to and did stenographically report the foregoing excerpt of proceedings; and that the foregoing pages constitute a true and complete computer-aided transcription of my original stenographic notes to the best of my knowledge, skill, and ability.

    I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.

    IN WITNESS WHEREOF, I have hereunto set my hand at Knoxville, Knox County, Tennessee this 17th day of May, 2018.

_____
REBEKAH M. LOCKWOOD, RPR, CRR
Official Court Reporter
United States District Court
Eastern District of Tennessee