IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA

v.

Case No. 3:17-CR-82-02

HEATHER ANN TUCCI-JARRAF,

## NOTICE OF APPEAL

Notice is hereby given that Heather Ann Tucci-Jarraf, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Final Judgment entered in this action on the 17th day of July, 2018

Defendant's signature _[signature: Without prejudice, Heather Ann Tucci-Jarraf]_