_____ )
UNITED STATES OF AMERICA,        )
                                 )
          Government,            )
                                 )
vs.                              ) Case No. 3:17-cr-82-2
                                 )
HEATHER ANN TUCCI-JARRAF,        )
                                 )
          Defendant.            )
_____ )

**SENTENCING PROCEEDINGS**
**BEFORE THE HONORABLE THOMAS A. VARLAN**

**Tuesday, July 17th, 2018**
**2:08 p.m. to 4:53 p.m.**

**APPEARANCES:**

    **ON BEHALF OF THE GOVERNMENT**:

    CYNTHIA F. DAVIDSON, ESQ.
    ANN-MARIE SVOLTO, ESQ.
    U.S. DEPARTMENT OF JUSTICE
    OFFICE OF U.S. ATTORNEY
    800 Market Street
    Suite 211
    Knoxville, TN 37902

    **ON BEHALF OF THE DEFENDANT HEATHER ANN**
    **TUCCI-JARRAF: (Appearing Pro Se)**

    FRANCIS L. LLOYD, JR., ESQ. (Elbow Counsel)
    LAW OFFICE OF FRANCIS L. LLOYD, JR.
    9111 Cross Park Drive
    Building D, Suite 200
    Knoxville, TN 37923

**REPORTED BY:**

Teresa S. Grandchamp, RMR, CRR
P.O. Box 1362
Knoxville, Tennessee 37901
(865) 244-0454

                    THE COURTROOM DEPUTY:  All rise.  The
United States District Court for the Eastern
District of Tennessee is again in session.  The
Honorable Thomas A. Varlan, Chief United States
District Judge, presiding.

                    Please come to order and be seated.
                    THE COURT:  Thank you.  Good afternoon,
everyone.  Let's call up the next case, please.
                    THE COURTROOM DEPUTY:  Criminal Action
3:17-cr-82, United States of America versus Heather
Ann Tucci-Jarraf.

                    Ms. Cynthia Davidson and Anne Svolto
are here on behalf of the government.

                    Is the government present and ready to
proceed?
                    MS. DAVIDSON:  Yes, Your Honor.
                    THE COURTROOM DEPUTY:  Mr. Francis Lloyd is
here on behalf of the defendant.

                    Is the defendant present and ready to
proceed?
                    MR. LLOYD:  Present and ready.  I'm, again,
elbow counsel.
                    THE COURT:  Yeah, and we'll clar- -- I
think we should clarify that.

                    Ms. Tucci-Jarraf, you're representing

1  yourself.  You continue to represent yourself in

2  this matter; is that correct?

3          THE DEFENDANT:  I'm here as myself without

4  any prejudice.

5                  Your Honor, do you want me to stand up

6  or --

7          THE COURT:  We're going to have you come to

8  the podium in just a moment, but I just wanted to

9  clarify that.

02:09PM 10                  And, Mr. Lloyd, you're here as

11  Ms. Tucci-Jarraf's elbow-appointed counsel; correct?

12          MR. LLOYD:  Yes, yes.

13                  And the defendant has a question about

14  the order of this proceeding, not having done it

15  before.

16          THE COURT:  And I'll -- okay.  I'll explain

17  that.

18                  Why don't you come on up to the podium,

19  Ms. Tucci-Jarraf.

02:09PM 20                  The first thing we do is:  We swear in

21  the defendant so that -- if you want to give

22  testimony or otherwise.  So even though you're

23  representing yourself, we'll go ahead and stick with

24  that order.

25                  So if you'll come up to the podium.

1  Just like when you took the witness stand during the

2  trial, you were sworn in.  So come on up to the

3  podium, and we'll begin by having you sworn in

4  since -- as the defendant in this case.

5  THE DEFENDANT:  Is this -- I have just one

6  question of clarification.  Is this also for the

7  argument period?

8  THE COURT:  This would not apply to --

9  THE DEFENDANT:  Am I the only one swearing

02:09PM 10  in?  I'm not testifying.

11  THE COURT:  If anyone else testifies,

12  they'd be sworn in.  But I'm just asking you some of

13  these preliminary questions.

14  So if you don't mind, we'll swear you

15  in, but it won't pertain to the arguments.

16  THE DEFENDANT:  Without prejudice, we'll

17  proceed.

18  THE COURTROOM DEPUTY:  Would you raise your

19  right hand?

02:10PM 20  Do you solemnly swear or affirm that

21  you will true answers make to all questions asked of

22  you at this time as you would unto God?  If so,

23  please say I do.  Maybe.

24  THE DEFENDANT:  I'll originally agree, I

25  swear, to speak true, accurate and complete at all

1  times.

2      THE COURT:  Thank you.

3          And, again, let me confirm that -- I

4  think I asked you when you were at the table -- that

5  you're -- you continue to represent yourself in this

6  case.  I mean, you don't have the -- you've declined

7  the opportunity to be represented by counsel.

8      THE DEFENDANT:  As a matter of legal -- for

9  legal clarification, I am here as myself, speaking

02:10PM 10  as myself, true, accurate and complete the entire

11  time.  I'm not representing myself.  I'm here as

12  myself speaking.

13      THE COURT:  Okay.  But, Mr. Lloyd, you have

14  consented and he has continued in the role of what's

15  referred to as elbow counsel.

16      THE DEFENDANT:  He assists me solely with

17  filings; more of an administrative proceeding.

18      MR. LLOYD:  I will, Your Honor, have a

19  specific objection to submit to the Court on behalf

02:11PM 20  of the defendant.

21      THE COURT:  That's fine.

22      MR. LLOYD:  She has a specific argument.

23      THE COURT:  If she would like you to

24  present any objections or any other aspects of the

25  sentencing, that's fine with the Court.

1          THE DEFENDANT:  Any --

2          THE COURT:  Just as background, just so

3    everyone knows where we are, on February 1, 2018,

4    the defendant was found guilty by a jury of Count 7

5    of the Indictment in this case charging the

6    defendant with conspiracy to commit money laundering

7    in violation of 18 United States Code § 1956(h).

8              And the question I want to ask you now,

9    Ms. Tucci-Jarraf, is:  Do you understand that by

02:11PM  10   federal statute the offense described in Count 7

11   requires a sentence of up to 20 years' imprisonment,

12   up to three years' supervised release, a fine of up

13   to $500,000, and a mandatory $100 special

14   assessment?  Do you understand by statute that

15   that's the punishment that you potentially face as a

16   result of the jury's finding of guilt in this case

17   as to you?

18          THE DEFENDANT:  May I have one moment,

19   please.

02:12PM  20                   (A discussion was had between

21                     the defendant and elbow

22                     counsel off the record.)

23          THE DEFENDANT:  Without waiving a standing

24   notice, without waiving jurisdiction, as well

25   as a lack of jurisdiction and lack of authority of

1    yourself, Thomas A. Varlan, Chief U.S. District

2    Court, or Ms. Cynthia Davidson, and all the other

3    parties that were described and identified in

4    Document 101, which I restate and incorporate by

5    reference, as if set forth in full, as well as

6    Document 102, again, restated, as if by reference

7    and incorporated by reference as set forth in full.

8              So with that said and with that stated

9    for the record, I am aware of the statutory from the

02:13PM 10   date of August 24th and onward and that that's what

11   the prosecution has set forth, as well as yourself

12   just now.

13             THE COURT:  All right.  Thank you.

14             Now, I'll explain for your benefit and

15   those in the audience, who may not have been to a

16   federal sentencing before, how we'll proceed today.

17             A Presentence Report has been prepared

18   by the United States Probation Office pertaining to

19   you, Ms. Tucci-Jarraf, as the defendant.  The Court

02:13PM 20   will begin with you to determine objections to that

21   Presentence Report.

22             The Court will then turn to the

23   government and allow the government to either

24   address any objections the defendant may have or

25   otherwise to address the Presentence Report, which,

1    among other things, calculates the advisory

2    guideline range applicable to this case.

3              The Court will then rule on objections

4    to the Presentence Report and determine whether to

5    accept the Presentence Report.

6              So that's essentially the first part of

7    the sentencing.

8              The second part of the sentencing is:

9    The Court would allow counsel for the government and

02:14PM 10    then typically counsel for defendant, but in this

11   case, you, Ms. Tucci-Jarraf, yourself, to address

12   essentially what are referred to as the 18 United

13   States Code § 3553 sentencing factors; in other

14   words, to present argument to the Court as to the

15   sentencing factors or other facts the Court should

16   consider in its determination of an appropriate

17   sentence in this case.

18              So that's the second part addressing

19   the sentencing factors.

02:14PM 20              The third part would be, even though

21   you, I anticipate, perhaps, might wish to present

22   argument on your own behalf with respect to what

23   those sentencing factors are, I'm dividing argument

24   from what's referred to as allocution, which is the

25   third phase of the sentencing.

1          Typically the Court, after hearing

2     argument from counsel as to the sentencing factors

3     and in this case yourself and not counsel, unless

4     you so desire your elbow counsel to make any

5     argument, then the Court allows the defendant to

6     allocute, make an allocution; in other words, to say

7     anything the defendant wants to to the Court

8     relevant to the issue of sentencing before the Court

9     makes its sentencing determination.

02:15PM 10          So those are the three things we'll do.

11          And, also, typically, with respect --

12    going back to, I guess, the second phase, which is

13    allowing counsel for the parties or, in this case,

14    the defendant herself to address the sentencing

15    factors and to make argument to the Court as to

16    sentencing, if there are any witnesses that either

17    side wishes to present, then that would be an

18    appropriate time to present those witnesses, again,

19    relevant to the matter of sentencing.

02:16PM 20          We're not here today to determine guilt

21    as to Count 7 of the Indictment.  That was the role

22    of the jury and the jury has already made that

23    determination.  So that's not a determination for

24    the Court today.

25          The determination for the Court is, is

1    what an appropriate sentence should be, or, in other

2    words, to listen to everything within the parameters

3    of what the Court has just discussed and then

4    to -- the Court's role is then to impose a sentence

5    sufficient, but not greater than necessary, to

6    comply with the purposes discussed in 18 United

7    States Code § 3553.

8              So, with that background in mind, we'll

9    begin with the Presentence Report.

02:16PM 10              And the Court would note, just as a

11    background, that the Revised Presentence Report

12    agreed with a contention or objection of the

13    government with respect to whether there should be

14    an enhancement for -- under Sentencing Guideline

15    §3B1.3 for abuse of position of trust or use of a

16    special skill, and the probation officer agreed with

17    the government's position in the addendum, and the

18    Revised Presentence Report reflects this

19    enhancement.

02:17PM 20              And the Court would note for the record

21    that after the government filed its objection to the

22    Presentence Report, the defendant filed a document,

23    Document 198, in which it stated the defendant had

24    a, quote, "due rejection for due cause," close

25    quote, of the government's objection to the

1    Presence Report.

2               And the Court -- and that may be what

3    Mr. Lloyd is planning to address, but the Court is

4    going to construe that filing as an objection by the

5    defendant to the Revised Presentence Report,

6    specifically with respect to the enhancement under

7    Sentencing Guideline §3B1.3.

8               The defendant also previously in

9    Document 197 filed what she styled a due rejection

02:18PM 10   of the Presentence Report itself, but we'll probably

11   construe that as a continued objection to the

12   Court's jurisdiction, which the Court has already

13   ruled upon.  But we'll see if there is anything else

14   to present in that regard.

15              So that's how the Court's interpreting

16   the defendant's filings, but certainly the defendant

17   or elbow counsel is to -- is free to address those

18   objections and how the Court should address those

19   objections.

02:18PM 20              So, do you want to go first,

21   Ms. Tucci-Jarraf, based on what Mr. Lloyd said

22   earlier, or, Mr. Lloyd, do you want to go first?

23        THE DEFENDANT:  I'd like to make a

24   preliminary statement before we move forward on the

25   objections.

1          THE COURT:  Go ahead.

2          THE DEFENDANT:  Anything that I present

3    versus anything that Mr. Lloyd presents, any time

4    that Mr. Lloyd presents, it's not waiving my

5    challenge and my declaration that this Court, as

6    well as the United States, has no jurisdiction or

7    authority over myself and that the record is still

8    void.

9                    So, Document 101 and 102 are still

02:19PM 10   standing, as well as documents -- if you might give

11   me just a second so I can pull the document

12   reference.

13                   Some of them are standing and some of

14   them at this point I'll have to just orally make

15   them standing and then file the appropriate

16   paperwork.

17                   So, 101 -- excuse me -- Document 18,

18   Document 101, Document 102.

19                   Excuse me.

02:20PM 20                          (A discussion was had between

21                               the defendant and elbow

22                               counsel off the record.)

23          THE DEFENDANT:  I apologize.  This is going

24   the opposite direction than I'm used to.

25

1                    (A discussion was had between

2                        the defendant and elbow

3                        counsel off the record.)

4          THE DEFENDANT:  I appreciate everyone's

5  patience.  The document doesn't have all the

6  documents in it.

7          MR. LLOYD:  Your Honor, if I --

8          MS. DAVIDSON:  I have the docket sheet if

9  you want to take a look at that.

02:21PM 10          THE DEFENDANT:  Sure.

11          MR. LLOYD:  If I might be of help, Your

12  Honor, I believe that what the defendant wishes to

13  do is to preserve any and all previously-filed

14  reservations and objections and challenges, whether

15  it's to jurisdiction or any other item in the

16  prosecution of this case.

17          THE DEFENDANT:  And for a correction, just

18  any precipes that you --

19          THE COURT:  I don't mean to interrupt, but

02:22PM 20  I guess what Mr. Lloyd is saying, and as I

21  understand, just so you understand,

22  Ms. Tucci-Jarraf, you were citing specific

23  documents, and the Court recalls those document

24  numbers and has reviewed them, but he's basically

25  saying anything you have filed related to your

1  objections to the jurisdiction of the Court and

2  related matters, asking the Court to again take

3  those matters into consideration.

4          Is that essentially what you're saying,

5  Mr. Lloyd?

6          MR. LLOYD:  That, Your Honor, and that

7  anything that I might state on behalf of the

8  defendant does not constitute a waiver of any rights

9  reserved.

02:22PM 10          THE COURT:  All right.  With that in mind,

11  Ms. Tucci-Jarraf, anything else?

12          THE DEFENDANT:  Yes.  Just with the cease

13  and desist order, as well as -- oh, here we go.

14          I apologize.  Document 147

15  specifically, and Document 148, Document 149,

16  Document 150, and Document 151 are all orally-made

17  standing documents.

18          Thank you.

19          And I'll file something in the record

02:23PM 20  in written form according to that oral.

21          THE COURT:  All right.  Thank you.

22          Mr. Lloyd, do you want to go next?

23                  (A discussion was had between

24                   the defendant and elbow

25                   counsel off the record.)

1    MR. LLOYD:  Your Honor, I -- with that

2  caveat, I'd like to state on behalf of

3  Ms. Tucci-Jarraf the specific -- I guess I'll use

4  the word objection to the two-level enhancement that

5  the probation officer has recommended under §3B1.3

6  of the United States Sentencing Guidelines.

7    The basis, the asserted basis presented

8  by the prosecution for that increase in the -- or

9  addition to the original offense level is based in

02:25PM 10  the language of the section of the guidelines on

11  abuse of a position of public or private trust or

12  use of a special skill.

13    Understanding that Your Honor must make

14  any decision concerning the offered enhancement and

15  any objection to it on the basis of the jury's

16  verdict in the case and all the evidence presented

17  at trial, I respectfully submit that there is no

18  such abuse of a position or private trust or use of

19  a special skill in this case in the way contemplated

02:25PM 20  by §3B1.3.

21    A sort of prime example of what 3B1.3

22  is about is the Bernie Madoff case in which

23  Mr. Madoff did indeed, to accomplish -- well, to

24  accomplish for a while his pyramid scheme, he abused

25  clients who depended on him.

1           Ms. Tucci-Jarraf throughout the trial

2  presented a point of view that the jury chose not to

3  accept.  But to the extent, Your Honor, it was

4  presented first to people in the lending business

5  and people in the motor vehicle sales business,

6  Ms. Tucci-Jarraf did not stand in a position of

7  public or private trust and was not using a specific

8  skill in the sense that in any transaction involving

9  two or more parties, one cannot rely on a lawyer

02:27PM  10  retained by the other side.

11           To the extent the jury credited the

12  view that the lending bank and the vendor of the

13  motor vehicle relied on representations of

14  Ms. Tucci-Jarraf's status as a person with a law

15  degree, it was inappropriate for them so to rely.

16           Whatever the jury found that this

17  defendant might have misrepresented, there was never

18  throughout the trial evidence any indication that

19  the relationship of attorney and counselor on one

02:28PM  20  side and client on the other was established with

21  respect to any lending institution or with respect

22  to the vendor of the motor vehicle.

23           It's taken me a while, frankly, Your

24  Honor, to come up with an example that might explain

25  my argument, and one occurred to me today that I

1  submit is on point, understanding that Your Honor

2  might decide it's not a very good example, as is

3  your prerogative.

4          If I were the lawyer involved for

5  client A in a transaction and I have client A show

6  up to a closing with a check drawn on the Bank of

7  Yugoslavia, and I then tried to convince party B

8  that there still is a Bank of Yugoslavia and it

9  still has deposits and it still pays checks, party B

02:29PM  10  would be foolish, at best, to accept anything but

11  its own counselor's advice with respect to accept a

12  Yugoslavian bank check.

13          I might not even be involved

14  in -- involved with a specific intent to defraud.  I

15  might feel very strongly that the partition of what

16  was Yugoslavia and the elimination of the Bank of

17  Yugoslavia was a travesty and ought not to be

18  recognized.

19          Whether I have a specific intent to

02:30PM  20  defraud or whether I'm just -- just flat wrong about

21  that little bit of international law, the

22  application of this section of the Sentencing

23  Guidelines in a subsequent criminal case would add

24  to my potential, my advisory guideline sentence or

25  term of imprisonment on the basis of that

1   representation even if it was clearly bone-headed,

2   to use a non-legal phrase, for party B to accept my

3   representation that a Bank of Yugoslavia check is

4   going to get cashed somewhere.

5           Put simply, Your Honor, I believe that

6   the proffered enhancement with respect to the

7   offense level on the basis of 3B1.3 is not justified

8   by its own language because -- at least in the

9   context of a person with a law degree, because such

02:32PM 10  a person, whether practicing law appropriately or

11  not, cannot have for a client the other party to the

12  challenged transaction.

13          For that reason I've stated for

14  Ms. Tucci-Jarraf that specific objection to that

15  specific increase in the offense level.

16          THE COURT:  All right.  Thank you.

17          Why don't we let the government respond

18  both to the specific and general objections as

19  appropriate.

02:32PM 20          MS. DAVIDSON:  Your Honor, with regard to

21  the abuse of position or use of special skill,

22  position of trust or use of special skill, in this

23  case we are specifically dealing with the use of a

24  special skill.

25          I don't think that there is any

question in part one of this enhancement that the
defendant did have a special skill, and that was her
legal training, and for a time she was, in fact, a
practicing lawyer and was licensed, and whether or
not that special skill facilitated the crime, I
think the proof is fairly clear in this case, and I
believe that's why probation agreed with us.

If you look at her action and the facts
of this case, let's just start, first of all, with
her co-defendant. She was charged with a conspiracy
with the co-defendant being clearly relied upon
her -- her purporting to be his lawyer of the trust
in order to embolden him and to assist in the money
laundering.

She -- specifically to commit the crime
and his initial crime where he bought the CDs, which
she was not charged with, but he relied on her, and
he testified that he relied on her every step of the
way, and he was talking to her via Skype when he was
purchasing these CDs.

And then specifically with regard to
the money laundering, she -- an employee of Whitney
Bank testified that since Mr. Beane had legal
counsel, it gave Mr. Beane's assertions of
entitlement to that money authority.

1    And she said multiple times during that

2    call she represented herself to be Mr. Beane's

3    lawyer and she tried to make some distinction that

4    she said she didn't say attorney, but she continued

5    to make those assertions.  And the employee at

6    Whitney Bank said that it did go into her

7    consideration as to whether or not to rescind the

8    Fedwire.

9    She prepared trust documents that she

02:34PM 10    gave to Buddy Gregg, and in those trust documents,

11    she signed as lawyer for the trust.

12    And the employee from Buddy Gregg also

13    testified that he relied on these trust documents to

14    believe that the money had come from a trust and

15    that Mr. Beane was entitled to the RV, which was,

16    you know, in essence, the large section of the money

17    laundering.

18    She specifically advised Beane and, if

19    you remember, the employee from Ted Russell Ford

02:35PM 20    that the transaction on the Ford truck should be

21    Fedwire, and she knew that based -- as she

22    testified, because of her training in the law and

23    her experience in financial situations.

24    So she tried to perpetuate the money

25    laundering by getting Ted Russell money to be done

as a Fedwire as opposed to the ACH transaction which she had normally done or the check that he wrote.

She used -- I mean, I have never heard of this that the bank and Ted Russell Ford shouldn't have relied on the advice in order to somehow foreclose the fact that she used it.

I mean, the -- the enhancement says if it significantly facilitated the commission of the crime. It facilitated it with her co-defendant, Mr. Beane. It certainly facilitated the crime with regard to Whitney Bank, and the employee of Whitney Bank testified as to that.

It specifically facilitated the crime with regard to Buddy Gregg and the trust documents that she prepared, and Ted Russell Ford, also.

Now, that crime was stopped based on the fact that USAA Bank discovered the fraud at that point, but she continued to try to assist in the commission of money laundering with co-defendant Beane, and we believe that the enhancement is appropriate.

Otherwise, with regard to the general objection of the PSR, we believe that the PSR is accurate. The amended PSR is accurate and should be adopted by this Court.

1          THE COURT:  Thank you.

2          MR. LLOYD:  Your Honor, Ms. Tucci-Jarraf

3    has not had an opportunity yet to address the rest

4    of her objections or --

5          MS. DAVIDSON:  Well, if --

6          THE DEFENDANT:  I made a preliminary

7    standing statement before we started.  I haven't

8    responded to actually any objections.

9          THE COURT:  All right.  Anything else on

02:37PM 10   the specific objection related to §3B1.3?

11          THE DEFENDANT:  Yes.

12          THE COURT:  I mean, Mr. Lloyd has been

13   handling that.  Anything else on that from you,

14   Mr. Lloyd --

15          MR. LLOYD:  No.

16          THE COURT:  -- in response to the

17   government?

18              All right.  Now, what do you want to

19   address, Ms. Tucci-Jarraf?

02:38PM 20          THE DEFENDANT:  Do you want me to sit here

21   or --

22          THE COURT:  Just come up to the podium, if

23   you would, please.

24          THE DEFENDANT:  Again, I'll just restate

25   the standing statements that I made before we

started.

And, secondly, as far as full responsibility, you have Cynthia Davidson trying to mislead this Court as to what was actually said during the trial, because the record is very clear that the transactions actually occurred prior to me even speaking with Whitney Bank or any of the others. A Fedwire had already been sent.

So we're getting into minutia detail here with what looks like or appears to be the hopes that people will not have accurate recall.

As far as the truck dealership, it was a dirty transaction. The dealership had given him the truck without even having payment and just said, "Oh, bring it on down later."

For me, that's not how things are supposed to work in commerce. You pay; you get the product. It's all done -- clean hands, clean transaction. Otherwise, people get in trouble. That's what was stated.

So as far as a full responsibility, that's why I even got involved was: You have a clear premeditative pattern with the Federal Reserve and using our Federal Bureau of Investigations, as well as our Department of Justice, as well as our

judicial branch, which was also in the trial

testimony and part of the record that we knew that

there would be -- a guise of government acts would

be used with the judicial surety to validate an

unlawful and illegal process, such as Mr. Beane

being arrested on July 11th, yet no warrants were

actually issued until the 13th.

And for the RV, it wasn't even filed

until the 18th, which was a backdated warrant for

the RV seizure which we had discussed in the trial

materials.

My law degree, the only thing that law

school taught me, based on my experience, was:  I

was able to see the unlawful and illegal activities

that do occur.  That's it.  And to be able to go in

and correct them.

But it wasn't just me that went in to

correct these, and that's what we were actually

doing right now is:  When you have proceedings that

are allegedly on behalf of the United States, and,

like we said, we already knew from past behavior of

the Federal Reserve that they would utilize the

Department of Justice and the Federal Bureau of

Investigations.

We're seeing it play out in D.C. right

1   now, as far as the corruption that are in those.

2   And McCabe and Strauss, their unit was the one that

3   came to D.C. to come get me, and as was testimony

4   inside of the -- in the trial that was done was that

5   they -- you had Janet Yellen, Chairman of the

6   Federal Reserve, meeting with Alexander -- or excuse

7   me -- Lamar Alexander, the Tennessee senator, as

8   well as U.S. Treasury.  While we had Parker Still

9   from the FBI gaining advice and how to proceed from

02:41PM 10   H- -- excuse me -- headquarters of FBI, which we

11   heard testimony in the trial that it was

12   headquarters in Washington, D.C., along with the

13   Federal Reserve from Sean O'Malley that Tennessee

14   would handle it.

15          So when you see -- when you see

16   proceedings alleged on behalf of the United States

17   when the United States does not have power to act,

18   it becomes personal.  The personal actions done with

19   the full responsibility of the person doing it,

02:42PM 20   accountability and liability.

21          So the Federal Reserve, the FBI, the

22   DOJ have put you in the position sitting here now

23   operating on your full responsibility, your full

24   accountability and your full liability, as well as

25   Cynthia Davidson's in the same spot, as well as all

1    the members of the FBI, including Parker Still.

2                So as far as any enhancement, only

3    because of my law training was I able to see the

4    unlawful and illegal activity that was being done by

5    the Federal Reserve and their abuse of our branches,

6    our departments, our bureaus, and our agencies, and

7    a government that's supposed to serve and protect

8    the people.

9                So when we have those that are

02:42PM  10   delegated the duty to enforce laws but cannot follow

11   the laws themselves, who is supposed to stand up?

12   Who is supposed to report that his own assets were

13   commandeered from him or to report that the Federal

14   Reserve was actually blocking him at that time?

15               So she would like to hold me

16   responsible, and, actually, I was the main target of

17   this whole thing with the Federal Reserve, this

18   whole operation, which is why I put myself in.

19               But, then again, people who do not have

02:43PM  20   the full acumen and consciousness of how the Federal

21   Reserve and how banking actually works would not be

22   able to identify.

23               So the only thing my law degree --

24   actually, it was all my experience that allowed me

25   to step in and do what we've done in this whole case

1   with this record, as well as the accompanying case

2   for the RV seizure.  My law degree only taught me

3   how to actually do the fraud in the first place.

4           So any kind of enhancement, I agree

5   that people with a position of trust -- and that's

6   what I'm saying is:  You have FBI and DOJ that are

7   in a position of trust that the people can't even go

8   to to report who actually is committing crimes and

9   have them deal with it.

02:44PM 10          And it's a problem we've had with the

11  Federal Reserve and the banking system for a very

12  long time, and you're actually seeing it all play

13  out.

14          You're also seeing the collusion and

15  the subversion and the subrogation that they do to

16  the American people, such as Mr. Randall Keith Beane

17  and myself, Heather Ann Tucci-Jarraf.

18          THE COURT:  All right.  Thank you.

19          Miss Davidson, anything in a final

02:44PM 20  response?

21          MS. DAVIDSON:  Yes, just briefly, Your

22  Honor.

23          And I want to correct the record.  When

24  I was referring to Whitney Bank, the defendant is

25  correct that the Fedwire had already transferred.

But she was -- they were speaking to Whitney Bank because USAA had asked them to reverse the Fedwire. And so they were questioning whether or not to make a decision on whether or not to reverse the Fedwire, and Ms. Tucci-Jarraf acting as a lawyer was trying to convince them not to refund the Fedwire.

Thank you.

THE COURT: All right. Thank you.

Now, addressing the Presentence Report, first with regard to, I guess, what the Court would style as the defendant's filing of a rejection of the Presentence Report itself, specifically Document 197, as the Court stated earlier, it does not necessarily construe this filing as a specific objection, but, instead, as a continuing objection to the Court's jurisdiction and authority over this matter.

That, in essence, is what defendant argued again in court today referencing numerous previously-filed documents and statements by the defendant related to this issue.

The Court has previously ruled on this issue; that is, the jurisdiction and authority of the Court, both at trial and in previous written opinions, including Document 69, which accepted

1   Judge Shirley's report and recommendation,

2   Document 62.

3              And the Court reiterates again today

4   its previous findings that the Court does, in fact,

5   have jurisdiction over the federal criminal

6   conviction at issue here today.

7              So the Court will reject or overrule

8   the continuing objection to the authority and

9   jurisdiction of this Court.

02:46PM 10            The Court also stated previously it

11  construes the defendant's filing of due rejection of

12  the government's objection to the original

13  Presentence Report as an objection to the Revised

14  Presentence Report; specifically an objection to the

15  two-level enhancement for abuse of a position of

16  trust or use of a special skill under Sentencing

17  Guideline §3B1.3.

18             Specifically, §3B1.3 provides that if

19  that defendant abused a position of public or

02:47PM 20  private trust, or, again, as relevant here, based

21  upon the parties' arguments, used a special skill in

22  a manner that significantly facilitated the

23  commission or concealment of the offense, increase

24  by two levels.

25             Among other guidance is Application

1   Note 4 which provides -- and, again, the Court,

2   quoting from Application Note 4, special skill

3   refers to a skill not possessed by members of the

4   general public and usually requiring substantial

5   education, tradition -- excuse me -- substantial

6   education, training or licensing.  Examples would

7   include pilots, lawyers, doctors, accountants,

8   chemists, and demolition experts.

9            The Court, after due consideration of

02:48PM  10   the arguments presented today and the filings of the

11   parties, is going to deny this specific objection

12   because the Court finds the objection is not

13   adequately supported by law or fact and because the

14   evidence at trial does support a finding that the

15   defendant did use a special skill in a manner that

16   significantly facilitated the commission or

17   concealment of the offense thereby triggering the

18   applicability of guideline §3B1.3.

19            I don't think there is any dispute the

02:48PM  20   defendant possessed a special skill; that is, legal

21   training and status as an attorney, and, again, the

22   Court would further find, after consideration of the

23   arguments today, including the arguments not only of

24   her elbow counsel but of the defendant herself, and

25   based further on the Court's own review and

1    recollection of the trial testimony, that such

2    testimony does support a conclusion, again, that the

3    defendant utilized her special skill in a manner

4    that significantly facilitated the commission or

5    concealment of the offense.

6              So the Court, again, for all those

7    reasons, will overrule the defendant's objection to

8    this two-level enhancement under §3B1.3.

9              As a result -- well, before I go there,

02:49PM 10   let me ask the government:  Has the government

11   received the Presentence Report in this case?

12             MS. DAVIDSON:  Yes, Your Honor, we have.

13             THE COURT:  Does the government have any

14   objections to the Presentence Report?

15             MS. DAVIDSON:  No further objections.  Only

16   the one that we just addressed.

17             THE COURT:  All right.  And then the Court

18   finds that the Revised Presentence Report does

19   correctly calculate the offense level in this case.

02:50PM 20             And specifically, as noted in paragraph

21   62 of that report, based on a total offense level of

22   24 and criminal history category of I, the guideline

23   imprisonment range is 51 months to 63 months.

24             All right.  We turn now to imposition

25   of sentence, and the Court would turn to the

 1   government first.

 2              Is there anything -- well, let me back

 3   up.

 4              Are there any witnesses that either

 5   side wishes to present related to the matter of

 6   sentencing?  I think the government had already said

 7   no.

 8         MS. DAVIDSON:  Your Honor, we have no

 9   witnesses.

02:50PM 10        THE COURT:  All right.  Ms. Tucci-Jarraf,

11   do you have any witnesses you want to present

12   related to sentencing or the sentencing factors

13   applicable to the Court?

14         THE DEFENDANT:  If I might have one second.

15         THE COURT:  And I'm not talking about your

16   allocution here.  It's any witnesses besides

17   yourself.

18                         (A discussion was had between

19                          the defendant and elbow

02:51PM 20                          counsel off the record.)

21         THE DEFENDANT:  Mr. Lloyd just informed me

22   that there are two.  We have Youssef Jarraf and

23   William Ferguson.

24         THE COURT:  All right.  Do you want

25   them -- each of them to testify related to

1  sentencing?  Now, we're not here to discuss guilt or

2  innocence; we're here to talk about what the

3  appropriate sentence should be.

4          THE DEFENDANT:  Right.  And I believe

5  Youssef Jarraf for sure towards sentencing, as well

6  as character by sentencing as well.

7          THE COURT:  All right.  Who do you want to

8  call first?

9          THE DEFENDANT:  Can I just confirm with

02:51PM  10  Mr. Lloyd, Your Honor?

11          THE COURT:  Go ahead.

12                          (A discussion was had between

13                           the defendant and elbow

14                           counsel off the record.)

15          THE COURT:  Do you wish to call --

16          THE DEFENDANT:  I've confirmed that the two

17  witnesses do want to speak.

18          THE COURT:  Okay.

19          THE DEFENDANT:  And I believe it's going to

02:52PM  20  be a mix between sentencing and character.  So how

21  do you want to deal with that?

22          THE COURT:  Well, I mean, I think that all

23  relates to sentencing.  So that's fine.  You can

24  either ask them questions or you can just ask them

25  to make a statement.  Either one is fine with the

Court.  So we'll call them up.

Who do you want to go first?
Mr. Jarraf?

THE DEFENDANT:  Who wants to go first?

Okay.  So William Ferguson will be going first.

And before we do these testimonies, just that they will probably be making a blanket statement.  I might have questions whether -- after they make the blanket statement.

THE COURT:  That would be fine.  And also just keep in mind the government would have the opportunity to ask questions as well.

So, Mr. Ferguson, if you'll come on up, please.

THE DEFENDANT:  They're being called without any -- the standing jurisdiction and authority issue.

THE COURT:  Mr. Ferguson, if you'll just follow the courtroom deputy, she will get you situated.

THE COURTROOM DEPUTY:  Do you solemnly swear or affirm that you will true answers make to all questions asked of you at this time as you would unto God?  If so, please say I do.

1          THE WITNESS:  I do as original, true and

2     complete.

3          THE COURTROOM DEPUTY:  Thank you.  Have a

4     seat.

5          THE COURT:  Thank you, Mr. Ferguson.

6               Ms. Tucci-Jarraf or Mr. Lloyd, either

7     one, do you want to ask any questions or preliminary

8     questions, or do you just want Mr. Ferguson to make

9     a statement related to sentencing?

02:53PM 10          MR. LLOYD:  Your Honor, I might ask a few

11     to have him identify himself --

12          THE COURT:  That would be fine.

13          MR. LLOYD:  -- and the source of his

14     knowledge.

15          THE COURT:  Go ahead.

16          **WILLIAM THOMAS FERGUSON, III**

17     having been first duly sworn, was examined and

18     testified as follows:

19                         EXAMINATION

20     BY MR. LLOYD:

21      Q.   Mr. Ferguson, would you -- have you already

22     stated your full name?  I --

23          THE COURT:  He did.

24     BY THE WITNESS:

25      A.   My name is William Thomas Ferguson, III.

BY MR. LLOYD:

Q.   And you -- you live where, sir?

A.   Currently I live in Portland, Oregon.

Q.   You are a friend of Heather Tucci-Jarraf?

A.   Yes, I am.

Q.   And would you please describe for the Court your estimation of her as a friend, as a person.

A.   I met Heather Ann Tucci-Jarraf in late 2012.  I was a blogger at the time, and I had uncovered a transaction, illegal transaction, from HSBC in Hong Kong to the New York -- Bank of New York for 39 trillion.

I published that.  I got all kinds of death threats from lawyers and people in Hong Kong.  And this was in October of 2012.  I eventually pulled the video.

In late December, actually, the day after Christmas, Ms. Heather Ann Tucci-Jarraf e-mailed me, thanked me for publishing what I did, and said that she wanted to correct the energies that I was experiencing because she was concerned about the pressure I was under at the time.  That was my introduction to the woman.

She has been the most kind human being I've ever known.  Her concern, even in the midst of

this trial, and I was the one responsible for her in Oak Ridge for the housing, which I made the commitment to Judge Varlan or -- excuse me -- Judge Shirley at the time to make sure she was housed for those 10 months, or eight months, I guess it was.

But she -- in spite of all the false things that were stated in this Court, she always was concerned for even the prosecution, for the FBI, for the bigger picture, what's going on here, and what everyone is putting themselves in personal liability for. This is not a person who was out for her own fame.

I was in -- in the spring of 2013, Ms. Tucci-Jarraf invited me to visit her home in Morocco, me and several other bloggers at the time who were publicizing her legal filings, and that's when I met her and the rest of her family.

And all during that time she never took one dime from anybody. And so the characterizations of her in court as being Internet hungry, as being greedy are so out of character to what I know of this woman.

This woman has -- she shops at Goodwill when she needs to buy clothes. She -- she has done all of this on her own dime.

1          And even when this situation developed

2   with Randy Beane, she didn't have to get involved in

3   that, but she knew he was going to disappear down a

4   black hole if she didn't.

5          And, you know, I -- this -- that's

6   my -- my background with this.  And it's -- it's

7   been deeply saddening to watch this proceed.  I

8   can't change what the jury saw.  But I also -- and I

9   don't hold anything against Mr. Pack or the

02:57PM 10   prosecution or the DOJ.  I know they're just doing

11   their jobs as they think they have to do it.  But I

12   know the jury wasn't fully informed what this case

13   was about.  This is in a criminal court when it

14   should be a UCC issue, and I guess I'll stop there

15   for a moment.

16      Q.   You understand that His Honor has before

17   him today the question of what sentence to impose as

18   a result of the earlier jury conviction.

19      A.   Yes, I do.

02:58PM 20      Q.   And would you speak to your -- how you feel

21   there should be punishment in this case based on

22   your knowledge of and experience with

23   Ms. Tucci-Jarraf.

24      A.   I don't think there has even been a crime

25   here if you know the true facts about the Federal

Reserve. And I know Randy Beane did not use a false

Social Security number. That was a concoction of

USAA Bank to prove intent of fraud.

If he had used a false Social Security

number, that would be fraud. But he didn't. And

not one piece of evidence from the Federal Reserve

as to the actual transaction logs from the Federal

Reserve to USAA was ever shown. There was no

transaction.

02:59PM    And I worked for Visa Bank- -- Visa

Bankcard Company in San Francisco. We did ACH

transactions there. And those things are logged

with the Federal Reserve. There is logs.

Anybody can alter a Social Security

number and an SQL database at USAA. You know, their

own SQL expert can do that.

There was no evidence presented from

the Federal Reserve itself. It's just USAA's word

for it.

03:00PM    And then in testimony, I had -- you

know, I watched Parker Still. And God bless the

man. He's got a pure heart. He really believes

what he's doing. But then we see a -- testimony

from him saying that he got all this data from USAA.

And so I thought, well, maybe he did.

And then I see the Federal Reserve get up with Sean
O'Malley and -- I mean, Sean had it down.  The guy
is -- he's got the gift of gab like an Irishman.
And I thought, well, he's good, until the
cross-examination, and then we learned where -- where
the information came from.  You know, it came out of
the New York Fed.

Then it was fed to the FBI Cyber
Bureau.  Then it was fed to the guy in -- at the
University of Tennessee on the cybercrime task force
who has a poli science degree.  He's not even a
computer tech.  So this guy is supposed to be this
technical expert on cybercrime, and all he's
got -- and I come from an IT background of almost
25 years and high-speed transaction processing with
the airlines, with the railroads, with the banks,
and they present a poli sci graduate to prove there
was a cybercrime that took place.

And in his testimony of this trail from
the Federal Reserve to the -- to the University of
Tennessee to Parker Still doesn't even match Parker
Still's own testimony.  And how the jury
didn't -- missed it, I don't know.  But I think
maybe in the elocution of this evil woman, Heather
Ann Tucci-Jarraf, who has a secret plan to get rich

1    quick on -- on a transaction, which is so absurd, it

2    boggles my mind.

3              But whether this goes -- I mean, to my

4    mind, this should be dismissed now.  But I'm not the

5    judge.  I'm not the jury.  I don't have a say in

6    whether she is guilty or free.

7              But I do know -- you know, I was -- I

8    grew up a Christian, and I believe that, as I used

9    to say, truth will out; whether it's today or

03:02PM 10  tomorrow, it will come out.

11             And this is the bravest woman I've ever

12   met in my life.  So that's -- that's the woman I

13   know.  It wasn't the woman presented to this jury.

14             And, you know, I can't even imagine a

15   year in jail, let alone 51 months, for doing a trust

16   document of all things.  I mean -- but that's me.

17             Excuse me.  My mouth is getting dry and

18   there is no water up here.

19             But that -- I don't know if I answered

03:03PM 20  the question correctly or to your satisfaction.

21        Q.   You've answered the question.

22             MR. LLOYD:  And I believe Ms. Tucci-Jarraf

23   might have a few questions, Your Honor.

24             THE COURT:  That's fine.  Go ahead.

25             Do you have further questions of this

witness?

From the podium, please.

THE DEFENDANT: You just like to hear the jingle; that's all.

EXAMINATION

BY THE DEFENDANT:

Q. Okay. You stated that your background was IT, and that's fine. It doesn't need to go into that more because we're here for basically sentencing.

A. Uh-huh.

Q. Okay. And you had stated that we first met when I had contacted you, and that was with two others; correct?

A. Yes.

Q. With --

A. Jenny Aromek (phonetic) and Brian Kelly.

Q. And Brian Kelly.

And you were already doing blogs regarding banker resignations.

A. Yes, I noticed a pattern starting in February 2012 of a huge number of banking resignations of high-level central bankers. There were just -- you know, HSBC, Deutsche Bank, all these huge banks, and there was just an abnormally

1    large amount of them, and I started tracking them.

2         Q.    Uh-huh.

3         A.    And I think -- I lost count after about

4    15- -- I think it was about 1500 of them in a short

5    period of time.

6              I knew somebody was out there, had

7    filed something in law that was causing this exodus

8    from banks so they were taking their golden

9    parachutes.  And I thought it was a man, but it was

03:05PM 10   you.  And that's what I found.

11        Q.    So as far as -- just to clarify, when he --

12   when Mr. Lloyd had asked you what kind of sentencing

13   you think that I should get --

14        A.    None.  You've done nothing wrong.

15        Q.    And do you have any -- like a statement

16   that you want to make, just without any

17   interruptions with questions or anything like that

18   that you want to make before you leave the stand?

19        A.    I think I pretty much covered it already,

03:05PM 20   as far as my feeling about this trial.  That doesn't

21   mean that I hold any animus towards anyone in this

22   court.  I mean, that's just not my nature.  And it's

23   not, you know, what you or I would do.

24              We love everyone.  This has always been

25   about love and about showing the corruption that

1   existed in the banking system so it could be cleaned

2   up.

3           And, you know, it's -- sometimes -- you

4   know, sometimes things don't always go as we expect,

5   and I don't know how this goes.  I wish I did.

6           You know, history is full of Gandhis

7   who were in jail for what they believed.  Nelson

8   Mandela for 26 years.  I mean, it's been people like

9   this all over the world, and things don't always go

10   the way you want right away.  But I know you, and

11   what I saw portrayed in court was not you.

12           And, you know, I -- I know that the

13   prosecution has their job and their job is to get

14   cases -- convictions.  So I -- I don't personalize

15   this.  It would have been anybody.

16           But -- but I -- I'm at a loss of words

17   to express my frustration, perhaps, that I -- what

18   more could -- could be said.

19           I mean, you were arrested by a British

20   national in D.C., and if that doesn't say something

21   about the FBI and what's foreign actors, I don't

22   know what does.

23           I couldn't even find you for four days

24   in D.C.  The case was sealed.  And the contact I did

25   have from a business card turned out to be a

1  counterterrorism task force as if you were a

2  terrorist.  But you would never harm anyone.

3              So this whole thing has been insane

4  from the beginning.  But, you know, we see how this

5  rolls.  I don't -- I don't know how it rolls, but I

6  know you're innocent.  I know Randy is innocent.

7              THE DEFENDANT:  Thank you.

8              THE COURT:  All right.  Thank you.  Any

9  questions from the government?

03:08PM 10              MS. DAVIDSON:  No, Your Honor.

11              THE COURT:  All right.  Thank you,

12  Mr. Ferguson.  You may return to the audience.

13              Mr. Lloyd or Ms. Tucci-Jarraf, did you

14  want to call Mr. Jarraf as a witness as well?

15              It looks like he's making his way up.

16  So --

17              THE DEFENDANT:  He's on his way up.

18              THE COURTROOM DEPUTY:  Do you solemnly

19  swear or affirm that you will true answers make to

02:10PM 20  all questions asked of you at this time as you would

21  unto God?  If so, please say I do.

22              THE DEFENDANT:  Yes, I'm here to speak the

23  truth.

24              THE COURTROOM DEPUTY:  Thank you.  Have a

25  seat.  Scoot as close as you can.

1       Please state and spell your name for

2  the record.

3       THE WITNESS:  My name is Youssef Jarraf,

4  spelled Y-o-u-s-s-e-f, Jarraf, J-a-r-r-a-f.

5       THE COURTROOM DEPUTY:  Thank you, sir.

6                    **YOUSSEF JARRAF**,

7  having been first duly sworn, was examined and

8  testified as follows:

9                    EXAMINATION

03:09PM 10  BY MR. LLOYD:

11       Q.   Good afternoon, Mr. Jarraf.

12       A.   Good afternoon.

13       Q.   Would you tell the Court, please, your

14  relationship with the defendant, Ms. Tucci-Jarraf.

15       A.   Yes.  I am Heather Tucci-Jarraf's husband.

16       Q.   Do you and she have children?

17       A.   We have four beautiful children.

18       Q.   What are their ages, please?

19       A.   Zachary Jarraf is 16.  Lela Jarraf is 15.

03:10PM 20  And Aleyah Jarraf, 12, and Adam, eight.

21       Q.   And I believe that you and the four

22  children reside currently in the Boston area?

23       A.   Yeah.  Yes.  I'm sorry.

24       Q.   That's alright, sir.

25            Would you describe to the Court your

1    knowledge of Ms. Tucci-Jarraf.  What kind of person

2    is she?

3         A.   We met in the year 2000 in Italy.  I was

4    living in Florence.

5         Q.   And, sir, I'm sorry, but I'm a little hard

6    of hearing.

7         A.   Hold on just a second, please.

8              THE WITNESS:  Thank you.

9    BY THE WITNESS:

03:11PM  10         A.   It's just that I never imagined this moment

11   to be in front of my wife and she is about to be

12   sentenced.

13              She is a wonderful woman.  We met in

14   2000 in Italy.  My life was in Italy.  I grew up in

15   Italy, and I was never thinking to leave Italy in my

16   life.  But for her, when we decided in 2003 she

17   wanted to come back to the U.S., I give up

18   everything.  I followed her because she is a

19   wonderful person.

03:12PM  20              We lived since then.  We had our two

21   beautiful kids here, because we had the two first in

22   Italy and then the other two that were born here in

23   Washington State.  And she was always helping

24   everybody, even the people that she didn't know.

25              She always -- she was genuine people.

1    You know, really kind.  Really -- she never did

2    anything for money.  She always looked just for

3    happiness.  Happiness for everybody, not just for

4    us.

5              And to see her today sitting accused

6    that she is helping people to break the law, which

7    she never did.  She was very strict, correct since I

8    knew her.  Always.

9              People that know her in Italy or they

03:12PM  10   know her in Morocco, they always -- they tell me,

11   "You are lucky.  You have a very kind woman, very

12   beautiful-inside-heart woman."  And it's not her

13   that's supposed to be sitting there.  It's wrong.

14   This is wrong.

15             My kids yesterday when I was flying

16   from Maine to come here, they were talking to me,

17   "Bring mom back home.  Don't come back without mom."

18   It's so hard.

19             And all this just to make Federal

03:13PM  20   Reserve richer.  You put innocent people in jail.

21   You leave four kids that are in need for her, that

22   are waiting for her.  She never did nothing wrong.

23             I'm sorry.

24   BY MR. LLOYD:

25        Q.   That's alright, sir.  Take your time.

1      A.   I'm usually a strong character, strong

2  person, but, you know, I'm -- but I cannot -- I feel

3  my tears coming because she doesn't deserve this.

4  It's wrong.  It's switched upon my beliefs in

5  justice to see innocent people going to jail.  I

6  mean, this is wrong.  It's wrong.  I don't know what

7  to teach my kids, what to tell them about justice.

8      Q.   Sir, if Ms. Tucci-Jarraf is ordered to a

9  prison --

03:14PM  10      A.   Excuse me?

11      Q.   If Ms. Tucci-Jarraf --

12           THE COURT:  You have to speak over the

13  microphone as well, Mr. Lloyd.

14           MR. LLOYD:  I was wandering.

15  BY MR. LLOYD:

16      Q.   If Ms. Tucci-Jarraf is sentenced to a term

17  of imprisonment, is it your desire and your

18  children's desire that she be housed as close to

19  Boston as possible?

03:15PM  20      A.   Of course.  We would like to see her often.

21  I mean, I'm hoping -- I was hoping to get her home

22  today.

23      Q.   Is there anything that you wish to say to

24  the Court while His Honor has under consideration

25  what sentence to impose in this case about what, in

1    your opinion, that sentence should be?

2        A.    I mean, it wasn't even supposed to be a

3    case from the beginning.  And she -- she doesn't

4    deserve any -- any of this.  She doesn't deserve to

5    be sitting there.

6            According to all the evidences that she

7    tried to prove to the Court, which the jury ignores,

8    she wasn't supposed to be in jail.

9            And we've been living for a year like a

03:16PM  10    nightmare, just me as a single father with four

11    little kids.  It's hard for the kids, for me, for

12    everybody.

13            So I will love to have her close to us,

14    of course, in case if the -- if they will have to

15    sentence her, I would love her to be.

16        MR. LLOYD:  Your Honor, Ms. Tucci-Jarraf

17    might have some questions.

18        THE COURT:  Any questions, Ms. Tucci-Jarraf?

19                    EXAMINATION

03:16PM  20    BY THE DEFENDANT:

21        Q.    We've known each other for 18 years.

22        A.    Uh-huh.

23        Q.    In that time, how long, per your knowledge,

24    have I been working on the Federal Reserve and the

25    corruption and all of that?

1          A.    I mean, maybe 12 years.

2          Q.    12 years where you were assisting --

3          A.    Yes.

4          Q.    -- and aware of details?

5          A.    Yeah.

6          Q.    So when you tell this Court that I

7    shouldn't be even sentenced, let alone the timing,

8    or if I am to be sentenced, at the very least to be

9    close to you guys, it's based on your experience

03:17PM 10    with me over those 12 years --

11          A.    Yes.

12          Q.    -- of you knowing what was going on?

13          A.    Yes, of course.

14          Q.    Were there also years of my work that you

15    weren't aware of what my job was?

16          A.    Yes.  You told me after.  You told me that

17    you were already doing that before even we met,

18    before even we -- you were already working that they

19    are not right, investigating and doing your

03:18PM 20    researches about stuff that you don't feel right,

21    that you don't feel correct, of the corruptions

22    and --

23          Q.    Do you have experience with dealing with

24    corrupt systems?

25          A.    Well, I am from Morocco.  I see that in my

1    country.

2          When I move to Italy -- I grew up in

3    Italy.  I've seen that in Italy.  That's everywhere.

4    Corruption is everywhere.  It's global, according to

5    my experience.  Places that I lived, that's what I

6    lived.  I've seen it.  You can see it every day.

7    Q.   Have I ever utilized my experiences, or, to

8    the best of your knowledge, have I ever utilized my

9    experiences or my training or my expertise to harm

03:19PM 10    anyone?

11    A.   No, never.  That's what surprised me to see

12    you here accused for something that all my life I've

13    seen you not even asking for nothing.  You've been

14    doing -- helping people and doing a lot of folks

15    even for free just to help, not to get or to gain

16    something.

17    Q.   Did you know about this operation prior to

18    it starting?

19    A.   No, I didn't.

03:19PM 20    Q.   When did you find out about it?  The

21    operation to expose the corruption, when did you

22    find out about the specific one involving Tennessee

23    and the Federal Reserve and Randall Keith Beane?

24    A.   When the problems start when you got

25    arrested.

1    Q.   In Washington, D.C.?

2    A.   In Washington, D.C.

3    Q.   Okay.  Do you have any other further

4 statements that you want to make to assist

5 Mr. Varlan in making his decisions today?

6    A.   I want you to go home with us or arrange a

7 house, arrange a room for us to move with you

8 because, really, it would be -- to leave here

9 without you, it was a nightmare for every single

03:20PM  10 one, for my kids, for me every day.  I can't see a

11 life without.  I can't see kids that are getting

12 really sad without you.  Every day -- they ask me

13 about you every day.  They tell me about their

14 dreams that they had about you every day.  It's --

15 it's killing them.

16    Q.   Ever since we have -- our oldest is 16.

17 And even during all these 18 years, what has our

18 family life been like?  Has it been I'm not present

19 or has it been tight-knit and we work and travel

03:21PM  20 together, or what has it been like for everyone?

21    A.   We traveled a lot, but we always traveled

22 as a family.  We moved.  We -- as any family, you

23 have good time, bad time, but we always had good

24 time.  We always take care of the kids, give them

25 the best education we could, best knowledge we have,

trying to give them international background that we
have.  It was fun to live with you and the kids.  So
I would love to have you back.

Q.  Is there anything else that you want to say
before Ms. Davidson might have some questions for
you?

A.  I just miss you a lot.  That's not correct
to see you there.  And the real ones that are doing
all this mess, they are just getting richer and
richer, stronger, powerful.  They have to sacrifice
you, and by sacrificing you, it's also sacrificing
me and the kids.  It's tough.

THE DEFENDANT:  Thank you.

BY THE WITNESS:

A.  The truth -- the truth will come -- sooner
or later it will come out.

THE DEFENDANT:  Thank you.  I have nothing
more.

THE COURT:  Thank you.  Any questions from
the government?

MS. DAVIDSON:  No, Your Honor.

THE COURT:  All right.  Thank you,
Mr. Jarraf.  You may go back to the audience.

I think that was all the witnesses the
defendant wished to present.  So now let's go back

to a discussion regarding sentencing.

We'll begin with the government. Anything the government would like to say or present at this time related to imposition of sentence?

MS. DAVIDSON:  Yes, Your Honor.

MR. LLOYD:  Your Honor --

THE COURT:  Excuse me a second.

MR. LLOYD:  I'm sorry to interrupt, but Ms. Tucci-Jarraf asked whether she might have a short break.

THE COURT:  Before the arguments?

MR. LLOYD:  Yes, Your Honor.

THE COURT:  Sure.  That's fine.  Why don't we go ahead and take a 10-minute recess.

THE COURTROOM DEPUTY:  All rise.  This honorable court should stand in recess until 3:35.

(A brief recess was taken.)

THE COURTROOM DEPUTY:  This honorable court is again in session.  Please come to order and be seated.

THE COURT:  Thank you, everyone.

Ms. Davidson.

MS. DAVIDSON:  Just briefly, Your Honor. The United States relies on its sentencing memorandum, but we would like to point out that the

1    government in this case asked for a sentence at the

2    top of the guidelines of 63 months in this case.

3                And if you look at the 3553 factors, of

4    primary importance -- obviously this is a serious

5    crime, but as primary importance to the United

6    States is the deterrence in this case, both general

7    and specific deterrence.

8                You heard Mr. Ferguson testify that

9    Ms. Tucci-Jarraf was not seeking fame, but, you

03:36PM 10   know, his own testimony belies that.

11               She invited a group of bloggers to

12   Morocco in the spring of 2013, bloggers, Internet

13   bloggers.  And so at every turn she has sought fame.

14               She continues to publish every pleading

15   that has been filed in this court, including the

16   PSR, which on the PSR it specifically has the

17   Court-ordered -- the local rule to not publish the

18   PSR, yet she chooses to ignore that.

19               She has consistently accused the United

03:37PM 20   States and this Court of perpetuating a fraud on the

21   United States.  And this defendant and others that

22   follow her should understand that to espouse these

23   falsities could result in substantial jail time.

24               I mean, she did the crime.  The jury

25   heard 10 days, almost 10 days of proof, and came to

the conclusion, which we assert is the correct
conclusion, that she was guilty.

There was a victim in this case, USAA
Bank.  They had money stolen from them.  There is
not a vast conspiracy.  This defendant is not a
martyr.

We ask that she be sentenced to
63 months in prison, followed by a term of
supervised release of three years.

03:38PM       THE COURT:  All right.  Thank you.

Ms. Tucci-Jarraf, if you'd like to
address the Court as the defendant in this case, not
your allocution, but if you would like to address
the sentencing factors and/or imposition of
sentence, the Court would allow you to do so at this
time.

THE DEFENDANT:  Okay.  Since we took a
break, without prejudice, I'll continue, and I
reiterate, restate the statements, standing
03:38PM   declarations that we made at the beginning.

I would like --

THE COURT:  All right.  Go ahead.

THE DEFENDANT:  -- to ask for -- to be able
to do my allocution first and to do the -- to
address as far as what I think sentencing should be.

1          THE COURT:  That's fine.  Do you want to do

2     it at the same time?

3          THE DEFENDANT:  That would be fine.

4          THE COURT:  All right.  Why don't you come

5     up to the podium, and we'll just -- we'll allow

6     you -- we'll understand you're giving your

7     allocution, and then as part of that or as a

8     corollary to that addressing the appropriate

9     sentence.  So, go ahead.

03:39PM 10          THE DEFENDANT:  Okay.

11                          (A discussion was had between

12                           the defendant and elbow

13                           counsel off the record.)

14          THE DEFENDANT:  I just spoke with

15     Mr. Lloyd, and I believe he wanted to say something

16     in regards to the sentencing.  So if he wants to do

17     that first, and then I do my allocution and my --

18          THE COURT:  Go ahead.

19          THE DEFENDANT:  Okay.  Thank you.

03:39PM 20          MR. LLOYD:  Your Honor, one thing that has

21     come out during this proceeding and during the trial

22     itself is that this is not a case, again, like the

23     Madoff case that I referred to earlier.

24               Whether supportable by logic in law or

25     not, there is plenty of evidence in this case to

1    illustrate that the view Ms. Tucci-Jarraf has, which

2    is shared by others, that the Federal Reserve system

3    is corrupt is -- is a view that is held sincerely.

4              The punishment sought by the United

5    States in this case is, therefore, to some extent,

6    the prosecution of a thought crime or an opinion

7    crime.

8              The government has asked, Your Honor,

9    to impose a sentence at the top end of the advisory

03:42PM 10    guidelines range for deterrence, but part of the

11    deterrence thought is in the nature of don't even

12    think about promoting this notion of what the

13    Federal Reserve does that is contrary to the

14    accepted view of what the Federal Reserve does.

15              I urge the Court in applying the four

16    factors to take that into account because I urge the

17    Court to consider that -- that crossing the line

18    into prosecution of a thought or an opinion about a

19    system within the government of the United States is

03:42PM 20    to cross a dangerous line.  Conduct is punishable,

21    but thought is not; opinion is not.

22              The other thing that I would urge the

23    Court to consider is that pointing out that one uses

24    digital media is not the same as seeking fame or

25    seeking support for an opinion or argument.  It's a

1   fact of life, Your Honor.  I can assert that

2   personally.  I was sort of dragged screaming and

3   kicking into using digital equipment.  It's

4   unavoidable now.

5           I don't believe that it is fair to

6   impose a greater sentence than would otherwise be

7   applicable in this case on the basis of

8   Ms. Tucci-Jarraf's use of digital media.

9           That being said, Your Honor, I -- I

03:44PM 10  yield the podium to the defendant.

11          THE COURT:  Thank you.

12          Ms. Tucci-Jarraf.

13          THE DEFENDANT:  Thank you.  We proceed

14  without prejudice as we stated before.

15          I'll be doing the allocution and what I

16  believe sentencing should be mixed.  Thank you.

17          So, Ms. Davidson has brought up factors

18  to be considered in imposing a sentence, and I'm

19  going to introduce my allocution in this way because

03:45PM 20  factors to be considered in what I did and what has

21  resulted in us being here today, I have used extreme

22  prudence in judgment, as well as in action, and

23  that's a matter of record, and what we have here is

24  a case that does not have all the facts, does not

25  have all the documents.

1          Ms. Davidson would have you believe,

2     the United States, that I have a complete disregard

3     or a significant or a healthy disregard for law, law

4     enforcement, the judicial system, government in

5     general.  That has been basically the theme that has

6     been touted from August 24th, if not before that

7     during a Grand Jury indictment, at least from

8     August 24th onward.

9          THE COURT:  I'm going to ask you to scoot

03:46PM 10     over a little bit there in front of the microphone

11     there to make sure I can hear everything.  Thank

12     you.

13          THE DEFENDANT:  I actually have a very

14     healthy and loving relationship with systems, and

15     that when they are created that they should serve

16     the ones that created them.

17          Throughout this particular case, I have

18     been ridiculed.  I have been made fun of by

19     Ms. Davidson, as well as C. Clifford Shirley for

03:46PM 20     essentially what is not just my beliefs but my

21     experiences at the top levels of bank trade and

22     finance globally, as well as in America.

23          The due declaration of lack of

24     authority and jurisdiction, this was not something

25     to upset everyone.  It wasn't a matter of

make-believe or fabrication.  This was actually the

truth of the state of affairs that we are in today.

America was sold out a long time ago,

and The Paradigm Report, which was a field report

from the investigations that were done to be able to

solve the pandemic of financial fraud globally, as

well as in the United States -- and I apologize

because I'm not sure.  It was entered into trial.

The Paradigm Report was actually entered into trial.

And it goes through not just bank trade and finance

and the financial system, but it also went through

our judicial because it was piggybacked with

judicial, because it's all interrelated, digital

corruption as well as law enforcement corruption.

And then we had to take a look at

subversion, collusion with foreign actors and our

different branches of government.

This is 20 years of experience in my

life and prudent application, prudent investigation

in the course of actual titled jobs, as well as

professional experience while I was a Bar attorney,

but also while not being a Bar attorney of 2011 and

onward.

That Paradigm Report was made available

to a very few at the highest levels of bank trade

and finance, as well as institutionary investors,

and that was done on March 6, 2011, and you can

actually see in the markets the cause was not known

at the time publicly, but you can actually see it

and piece it together.

That Paradigm Report I restate and

incorporate by reference as if set forth in full.

It was a part of the trial.  It was -- actually led

to myself and members or individuals that worked

inside the Department of Justice, as well as every

different level of judicial; so from federal judges

to state judges to district judges, municipal

judges, as well as law enforcement, from sheriffs to

FBI, marshals, CIA, NSA, and military.

And in their -- we've understood for a

long time the Federal Reserve's acts are not

anything secret, except for their procedures, their

daily procedures; however, how the Federal Reserve

actually came into existence and the deceptive acts

and practices, as well as the selling out, we knew,

no matter what the Federal Reserve does, it's --

that they would use government acts and hide under

government acts using a judicial security -- excuse

me -- surety to validate the process and the clerk's

ledger.

1              In 2011, we had the -- let's just put

2      it this way:  Every single action that I took was

3      working with our judicial, our executive and our

4      legislative branch, and everything was made public

5      the entire time that we were doing it so that we

6      could revise it.

7              In 2011, the actual plan was made

8      available.  This would be Exhibit 1.  It was a sworn

9      affidavit.  We were dealing with the Supreme Court.

03:50PM 10     We utilized every single -- here we go.

11             It was put through that database.

12     Every single database in the United States, as well

13     as globally, is utilized by the clean-up crews.

14             But this was from September 2011, and

15     this actually had the plan of action that you are

16     actually seeing played out, the finale part played

17     out right now.

18             And in there you'll find the same

19     statements.  This is going to be an exhibit.  So --

03:51PM 20     but basically you have the same statements.

21             Of course, it reflected the actual

22     current legal and lawful status at that time.  So

23     the language in here would not be language that is

24     accurate for the status legally, legal status and

25     lawful status of today.  However, statements like

1    pro government, I'm absolutely pro government,

2    absolutely anticorruption.  All of that stands the

3    same.

4              In this particular affidavit, I was

5    asked to list out basically the plan of how we would

6    go around -- how would we expose the collusion, the

7    foreign actors and their collusion and their use,

8    their abuse of our particular branches of the United

9    States, departments, agencies, and bureaus.

03:52PM 10           And this plan of action was put out in

11   2011, and this is what we have actually followed

12   every single step of the way.

13             Why is that not showing?  Okay.

14             Every single step of the way all

15   involved from every branch of the United States

16   government at the highest levels have had this

17   information and they have actually been

18   participating in the clean-up.

19             And if you go down to page 4 of 12, No.

03:53PM 20   16, the whole entire entirety of No. 16A through Z,

21   and, actually, I believe it's A through AA, lists

22   out the most important part was that there were

23   actors operating -- and this is B -- within and

24   abusing the people's government that have abused,

25   usurped, committed other suffrage upon the people

1  destroying the very security of the people they

2  swore to protect and uphold, reducing the people

3  under absolute despotism, undeniably recorded in the

4  public forum for all the world to evidence.

5  I bring this up because this is not

6  just my belief, but this is actually recorded within

7  the different departments, agencies inside of their

8  bookkeeping.

9  And that the only way that we would be

03:54PM 10  able to do this with keeping everyone safe, alive

11  and making sure that it came out was that the actors

12  within would be identified and that they would

13  actually identify themselves to make it the most

14  obvious as possible, which is what is happening and

15  has been happening since last July.

16  There are actor's inability and

17  unwillingness to follow, uphold or support the

18  Constitutions herein identified and restated.  We

19  have absolute proof of that inside of the entire

03:54PM 20  case where you had Randall Keith Beane

21  unconstitutionally and unlawfully arrested.  He

22  wasn't even arrested; he was kidnapped without a

23  warrant.  It would be arresting, taking of his RV

24  without a warrant.  It would be grand larceny if it

25  was conducted by anybody else.

However, according to Parker Still, he said that that was just the movies where they have to provide all that.  There was no communication whatsoever.  It was just a snab and grab.

And that the actors operating within these governments would be succinctly met -- excuse me -- sufficiently met by evidence of -- and it goes into the inability to uphold and support and follow the Constitution.

Misapplication -- No. 2, misapplication against the people of laws previously authorized by the people to be enacted solely for administration, governance, and efficiency of the people's governments, which would be your statutes and your codes and your regulations.

3, your actors acting outside of the authority granted to them by the people.

This case is and was for the purpose -- and I've always stated this -- was for the purpose of showing this particular flaw and the corrupt state.

No. 4, the actors causing the silence, termination, delay, or otherwise discrediting of the people's due consideration, investigation or determination of abuse, usurpation, and other

suffrage that has already occurred, is occurring, or
is yet to occur.

We're seeing that played out in D.C. as
well.  As I stated to everyone in this court,
including to a jury, that the exposure of the FBI
and the corruption in the FBI and how the FBI and
the judicial are used by the Federal Reserve to be
able to quell any of the people coming forward and
being aware of the practices, deceptive acts and
practices, unlawful and illegal practices of the
Federal Reserve, using our branches.

Actors receiving -- No. 5, actors
receiving or causing others to receive special
interest or benefit that is not afforded to every
one of the people.

Again, this case, we have special
interests and/or benefit.  We had Mr. Beane tell
this particular court, as well as everyone else in
the jury, he had had value that was stolen.  But
there was no FBI investigation there.

I'm pointing out that these are
beliefs.  We were acting on our beliefs to be able
to protect our agencies and our bureaus and our
departments and our branches to be able to do the
job that we set out and created you for, and that

1   you, as personal -- in your personal actions --

2   typically they're considered government actions.

3   However, when there is no government authority and

4   jurisdiction, they become your personal actions.

5          This was the plan.  It has been the

6   plan, and it has been followed to the T, was to get

7   the actors that were abusing or the foreign agents

8   that were placed inside of our own branches to get

9   them to identify themselves by their own actions in

03:58PM  10  such a way that was so obvious that even someone in

11  a coma or possibly someone that still is under the

12  belief that they are protecting and serving the

13  people and yet facilitating theft, slavering systems

14  would be able to see it.

15         So 16 of this -- and this will be

16  entered into as an exhibit.  This is from 2011.

17  That was the plan.  It's been followed the entire

18  time.

19         It was -- and as you can see now with

03:58PM  20  the changing of -- I've never wavered with the

21  changing of the laws, enactment of new executive

22  orders.

23         So, for instance, on the anniversary

24  date of Mr. Beane's -- Cynthia Davidson calls it

25  arrest.  I call it kidnapping, just based on the

1    facts and lack of warrant.  On that day a couple

2    days ago on the anniversary date the financial fraud

3    enforcement task force was terminated.  And instead

4    now we have a market integrity and consumer fraud

5    because that is basically what is happening is we

6    have consumer fraud.  We have a lack of integrity,

7    not just market but also within our own government,

8    and that's what we were cleaning up.

9              We had testimony from the Federal

03:59PM 10    Reserve, Sean O'Malley, stating that they ordered

11    the FBI to handle it, or that the FBI said that they

12    would handle it, because he kept wavering on what

13    his testimony was.  He couldn't re- -- he would

14    state that someone told him about the investigation

15    and then later say that he contacted someone to tell

16    them about the investigation, all the way to the OIG

17    at this point.

18              So there was really never -- and you

19    have USAA saying they were a victim and you have the

04:00PM 20    Federal Reserve saying that they were a victim.

21              So this is the first time I've heard or

22    during the report was that USAA found that they were

23    a victim.  However, even USAA states that the only

24    one they held responsible for the -- for the money

25    that they supposedly lost, which they didn't lose,

everything was recovered, was Randall Keith Beane.

However, even the facts there, if you have all the documentation, the alleged plaintiff is the United States.  All of the records of the financial commandeering, as well as using people's value to finance the Federal Reserve system and its assets are done through the U.S. Treasury, which is a department and part of the executive branch.

That was all information that the United States and Cynthia Davidson claimed but would not swear or provide due documentation of a representation to represent the United States, and yet that is information that is within the United States' coffers and yet wasn't provided to Mr. Beane, nor myself, nor even the public.

These are the kinds of crimes that the public cannot go and report to a DOJ, to a Department of Justice, U.S. attorney, or the FBI, because, as you have seen how Ms. Davidson has treated anything that I have said during this entire -- since August 24th as ludicrous, crazy.

You had foreign actors, including those that are in the Federal Reserve system, place the whole of the United States, especially this judicial branch, its departments and its bureaus, under

1    trial -- excuse me -- under trial under this alleged

2    Court's own record and first-hand actions.  And yet

3    the judicial branch at the highest levels knew about

4    the plan in 2011 to expose the actors that were

5    within or to get the actors to expose themselves,

6    knowing that personal acts typically have always

7    been done under the guise of government acts using a

8    judicial surety to validate that process in the

9    clerk's ledgers.

04:02PM 10           However, again, when there is no --

11   when proceedings are allegedly on behalf of the

12   United States, the United States does not have power

13   to act.  It's your personal actions.

14           And we discussed that on October 24th;

15   again, in more depth, in more detail on

16   October 18th, 2017.  You were provided with what the

17   actual law is, and the law was changed in

18   2000- -- after the 2011 findings and working with

19   individuals that were in DOJ, inside of the

04:03PM 20   judicial, inside of the FBI, and considering all

21   factors and concerns that they brought, as far as

22   what might be experienced in exposing the Federal

23   Reserve and their abuse and enslaving human rights

24   issues that were involved for their own personal

25   safety that all guises and corporate veils were

disabled, dissolved and foreclosed and that
protections were put into place.

Those protections were factualized
trusts, not just for me, not just for Mr. Beane, but
also for everyone in this room, everyone that was
involved in this particular operation, because the
point was only to expose it and then to correct it,
to change it.

These are not just my beliefs, they're
my experiences over 20 years of working to stop,
solve, and make sure, to prohibit corruption from
going -- whether it was in the banking industry or
whether it was government.  And that was not just
here in the United States; it's all over.  It was
all intertwined.

Based on statements from Parker Still
and other statements during the trial from the
Federal Reserve, Sean O'Malley, you had basically an
attachment of body, and we knew that this -- this
has always been the pattern is:  You have an
attachment of body by a judicial, by force, threat
of force, physical injury, physical restraint, or by
use of threat or collusion through law or legal
process which lawfully and legally cannot produce a
lawful and legal jurisdiction or authority over

anyone.

And by dissolving, foreclosing and disabling all former guises and corporate veils, we were able to go forward and do this particular operation to expose the Federal Reserve, the corruption, and it was so that there would be a shift in consciousness and a shift in practices.

In this Court's own records, there is evidence of the intent to unlawfully and illegally manufacture jurisdiction authority over me and Randall Keith Beane by using deceptive acts and practices and the coercion of law or legal process in order to make an attachment of the bonding and then imprison it.

Ms. Davidson was consistently asking for my imprisonment since August 24th onwards.  She got it twice.  However, I'm here, like I stated, until we're done with all this.

And then coupled with Ms. Davidson and Ms. Svolto attempting to mislead -- I wouldn't say mislead.  I would just say that it is their belief through their experience and their training that they presented other similarly-situated alleged judge's statements based on what they believe as well to validate their own statements, which is a

deceptive act and practice, now a matter of record,
when you understand all the data and all the facts
that are involved.

Inherent in our own judicial structure
is the culminating and cultivating of human
trafficking and human slavery via monitoring
instruments through prison bonds, the kind of prison
bonds that we're talking about, such as the
underwriting, which actually goes to the Federal
Reserve, which is known in this particular courtroom
as a presentencing investigative report.

However, most people, unless they work
in bank trade and finance, don't see those
particular documents, don't see the transactions
that go from your Clerk of Court, and this was all
testimony inside of the -- that we did during the
trial.

Those in the Federal Reserve system and
from D.C. to Tennessee with clear and obvious
premeditation by some individuals, ignorance by
others, conspiracy, collusion, and subversion and
other wrongful acts by many others, caused my body
to be attached and then, again, unlawfully and
illegally imprisoned twice.

The only time that I don't include or

don't count is when I authorized Clifford C. Shirley

to be able to order the electronic monitoring.

I had been responsible during this

entire operation.  The operation was to stop an

eminent threat to POTUS, which everyone laughed

about, and now it's come out that there was a threat

against POTUS months after the testimony that was

given in trial.

That threat that existed was by members

inside the Federal Reserve, as well as the foreign

agents that run the 12 different foreign -- excuse

me -- Federal Reserve banks, which are the same ones

that were committing the corruption and collusion

and the force and the coercion by law and legal

process to the American people to stop people who do

have the acumen and the knowledge and the experience

to be able to expose corruption with inside of our

systems.

Talk about a deterrence.  They use the

FBI, which has all come out.  This was all part of

the trial.  O'Mal- -- Sean O'Malley admitted to it.

You have members of the FBI.  It's the University of

Tennessee Police Department, a gentleman -- I don't

remember his particular name -- who testified and

said that he was assigned to the FBI cyber task

force, and that he identified it was New York FBI.

And then we had to go from New York FBI to the headquarters in Washington, D.C. where Parker Still received all of his advisement and how to proceed not just in D.C. but also here in Tennessee.

Federal Reserve has always thrown everyone under the bus. That's what they have done here in Tennessee. Nobody -- Cynthia always asked me what was so special about me. It wasn't about me. It was what was so special about Tennessee, Eastern District of Tennessee.

You had national security threats coming out of Oak Ridge. That was the military's choosing. Plus the experience with you, with Thomas Varlan, as well as my only requirement was whoever -- whatever state we picked that it would be -- they would make it the most obvious of what was going on.

I don't hold any grudge against anybody in this room. Everyone is operating on their point of reference and their knowledge. However, Document 18, which was restated and incorporated by reference as if set forth in full at the very beginning of this proceeding, that was the addendum of law. It also cancelled any and all presumptions.

1          Based on law, based on the challenge of

2     jurisdiction and authority, it required a mandatory

3     dismissal.  But that's not what we had.  We played

4     it out.  I didn't consent to any of it, but we

5     played it out to make it visible so everyone could

6     find where the flaws were, that we could correct

7     them.

8          I don't -- at this point, you have

9     Ms. Davidson asking for what has been recommended in

04:11PM  10     the presentencing investigative report and is

11     relying on her memorandum.

12          I'm relying on everything that I gave

13     to you and filed in this particular case.  I'm

14     incorporating all of those filings by reference as

15     if set forth in full, and as far as proof and

16     evidence pursuant to the 2011 plan that was set out,

17     I submit and restate this entire case, Case No.

18     3:17-cr-82, as well as Case No. 117MJ-00531DARI, as

19     well as Case No. -- for Tennessee -- 3:17-mj-1067 as

04:12PM  20     evidence of the subversion and the collusion.

21          Now, my whole purpose of doing this

22     particular case, this particular operation and

23     working with everyone was not to have punishment,

24     not to even do tribunals, even though everyone now

25     has stood on tribunal by the Court's own record that

 1  can be used in military tribunals.  My point was to

 2  get everyone aware of what has been going on so that

 3  we can change it.

 4          The documentation, if you had it, which

 5  the United States and its different branches,

 6  departments, agencies and bureaus have not set

 7  forth, they have not set forth that exculpatory

 8  evidence, which is:  I have not committed any crime,

 9  that Randall Beef -- Beane -- excuse me -- Randall

04:13PM  10  Keith Beane has not committed any crime, and that

11  that evidence was not able to be put forth before

12  this jury or before Thomas A. Varlan due to the

13  actions and lack of actions by the United States and

14  its various branches and departments, agencies and

15  bureaus.

16          I do not consent to imprisoning based

17  on those statements and based on the lack of

18  evidence I just identified.  I do not con- -- at

19  this point you have Ms. Davidson essentially asking

04:14PM  20  for Thomas A. Varlan, for this Court to validate

21  their own unlawful and illegal actions.

22          You have the FBI hoping for you to

23  validate and ensure, be the surety of their unlawful

24  and illegal actions.

25          I'm asking for a change in behavior.

1   That has been my entire goal for 20 years.

2              Essentially at this point, based on all

3   my statements I have just made, this Court's being

4   put into a position -- actually, Thomas A. Varlan,

5   because you're operating on your own personal

6   responsibility, just as Cynthia Davidson and

7   Anne-Marie Svolto and everyone else involved has

8   been, including myself, personal actions are done

9   with our full responsibility, accountability and

04:15PM 10   liability is asking you to be that surety and engage

11   in essentially what would account to a hostage

12   situation, and I don't consent to being a hostage or

13   held hostage.

14              I said this Court consider factors

15   based on what has been going on, what has been said

16   during the trial, which was discounted, as far as

17   the FBI, the corruption inside the FBI, the

18   statements that were made, and actually seeing it

19   play out at this point where it's being uncovered,

04:15PM 20   and it was all connected with the Federal Reserve.

21              I'm the one voice they don't want

22   heard.  I'm the one person that they don't want to

23   assist others to assist themselves.

24              You're only as powerful as the rest of

25   the people that are supposed to be the governing

1    body and the principals that put them in that place.

2    When you have those that are duly delegated

3    authority to enforce laws not even following their

4    own laws, we have an issue.  And there is more than

5    enough proof in the public court of opinion, as well

6    as on record, that that is the case here.

7                    Truthfully, honestly, with -- I have

8    four children.  I have a husband.  We spent

9    20 years -- most of my work I did without them even

04:16PM 10   knowing what I was doing.  A lot of the work

11   required undercover, as far as prosecutor in the

12   judicial early on.  So, as a public defender, as a

13   prosecutor so that I understood what the

14   machinations were so I understood how our systems

15   were abused.

16                    Not once did I take advantage of any of

17   that information.  Not once did I do anything to

18   harm -- in fact, I want to protect everyone in this

19   particular case, including yourselves.

04:17PM 20                    That's what those filings are.  So no

21   matter how much you want to make fun of them, that

22   was what protects everyone from the Federal Reserve

23   using judicial and legal process and coercion

24   against any of you in this particular instance as we

25   went in to do the exposés and also to make the

1    changes.

2              That includes any kind of claim that

3    could have been made or used for treason.  DOJ.  You

4    have Russia.  I'm very familiar with -- Russia and

5    China are very much involved in this.  In fact, the

6    call for the Federal Reserve to contact the FBI

7    actually came from China because they're the largest

8    holder of prison bonds.  Do any of you know that?

9    Maybe.  I don't know.

04:18PM   10              But you were given that information.

11    You were given the opportunity to actually explore

12    what is going on.  The FBI was created as the lawful

13    enforcement arm of the Federal Reserve in specific.

14    J. Edgar Hoover, who came from a banking family in

15    Switzerland and Germany, aided with the U.S.

16    Secretary of Treasury Mellon at the time from the

17    Mellon banking family.

18              I understand that you are going to do

19    whatever you feel based on the factors you deem that

04:18PM   20    are relevant.  What I can tell you is that I have

21    given myself, my entirety, using all my skills and

22    capabilities to be able to protect not just my

23    family, but also every single one of you.

24              I knew it was going to be hard coming

25    in to do this operation.  I knew what the attitudes

1   would be.  I knew what the comments and the looks

2   and the snickering would be.  It's one thing to know

3   it and another to experience it.  But it's been

4   worth all of it, because regardless of what happens

5   here today, the truth will come out.  New guards

6   will be implemented because the ones that were in

7   place failed.

8                So I'm going to make it very clear.  I

9   don't feel I should be sentenced at all.  I don't

04:20PM  10   feel that the jury should have found a conviction;

11   however, I can -- I'm very aware of why they did

12   based on the documentation that was provided, the

13   testimony that was provided and skewed, as well as

14   the lack of data, specific data that would -- that

15   is exculpatory; however, not available to myself or

16   Mr. Beane or any other American person or human

17   being on this planet at this moment.

18                So, based on those statements, you

19   know, I -- I am innocent.  I chose to be here in

04:20PM  20   this moment so that we could have these moments and

21   make them of record.

22                But when the truth comes out, I will

23   not be the one that's sitting behind bars, let alone

24   if there is any prisons and detention facilities

25   with the human rights abuses that are going on

1    inside of those facilities, which are truly human

2    trafficking and human slavery institutions.  The

3    largest on the planet is the U.S., second only to

4    Russia, and it's via monetary instruments which are

5    all done through the Clerks of Court to the U.S.

6    Treasury and New York Federal Reserve.

7            Is that documentation?  It's in the

8    hands of the United States, as well as the Federal

9    Reserve.  Is it available?  Did we have access to

04:21PM 10    it?  No.  But it will come out.  That is eminent.

11            Because it is, in my opinion, my

12    expertise, in my experience, an injustice when our

13    justice system cannot protect and serve the ones it

14    was created to protect and serve, but, rather,

15    facilitates and benefits foreign actors and a few at

16    the detriment and the violation and the subrogation

17    and the subversion of the other American people and

18    humanity in general because this is not just an

19    American problem.

04:22PM 20            So everyone that has been involved in

21    this particular case, in this particular sting

22    operation, we all did it with a purpose to be able

23    to make things better, make visible what was wrong,

24    what is wrong so that it could be changed, and we

25    did it lovingly with as much heart and fortitude and

heartitude as we could.

So I do not hold any grudges, but everyone, including myself, is fully responsible, accountable, and liable for the actions that they have taken, the ignorance that we may possess, the collusion that we may have willingly or unwittingly involved ourselves in, whether on a daily basis or involved in this case in particular.

So I hope the best for everyone as we move forward, but I don't believe that I should have any time at all based on the information I have just stated and based on my statements that I have just made.

Thank you.

THE COURT: All right. Thank you, Ms. Tucci-Jarraf. You can return to counsel table, along with Mr. Lloyd, and we'll go ahead and proceed forward with sentencing.

MS. DAVIDSON: Your Honor, I hate to ask, but might I respond specifically to Mr. Lloyd's statements?

THE COURT: Yes, that would be fine.

MS. DAVIDSON: Your Honor, I want to make very clear to the defendant that this is not a thought prosecution.

1          Ms. Tucci-Jarraf committed a crime.

2     She can believe whatever she wants to, but she

3     cannot violate the laws of the United States, and

4     that's what she has done here.

5          And she -- when I said that deterrence

6     should be great for her actions because she

7     advocated others commit crimes.

8          She at every -- she forwarded the

9     Harvey Dent video, which was simple ACH fraud.

04:24PM  10    She -- every step of the way, she talked to

11    Mr. Beane.  She helped him steal someone else's

12    money through ACH fraud.  They didn't take it from

13    the Federal Reserve.

14          Let's just say that she had said --

15    once the transactions went through, what if she had

16    said to Mr. Beane, "Don't spend the money.  Let's

17    just wait and make sure that everything is okay

18    because -- you know, let's make sure it's your

19    secret account that you got from the Federal

04:24PM  20    Reserve."  But, no, she didn't.  She assisted him in

21    laundering that money and basically getting away

22    with his crime, and she advocated it at every step

23    of the way.

24          If you remember her Facebook post, she

25    says that you all -- and she's meaning the people

that are following -- are moving faster than my

fingers can type.  And you heard from the Federal

Reserve that many others tried to commit this same

ACH fraud that Ms. Tucci-Jarraf was advocating.

And Judge Shirley, during her original

detention hearing, asked her if the Federal Reserve

had your money, why didn't you take your own money.

And she said she wanted to make sure that everyone

else had theirs.  So she -- she wasn't in it for the

04:25PM 10 money, but she was advocating others to commit this

crime.

This defendant is not unlawfully

imprisoned.  She is imprisoned by court orders and

by the laws of the United States.

THE COURT:  All right.  Thank you.

Thank you, again, everyone.

Mr. Lloyd, real quick.

MR. LLOYD:  Your Honor, I don't have

anything, but under the rule of allocution,

04:26PM 20 Ms. Tucci-Jarraf is entitled to the last word, as I

understand it.

THE COURT:  Well, she asked to do her

allocution before her argument.  But just out of an

abundance of caution or given your request -- I

mean, I think you've given your allocution, but go

ahead.  If there is anything further you'd like to
say on your own behalf before the sentence is
imposed.

THE DEFENDANT:  She could have done it
right after Mr. Lloyd.

THE COURT:  Go ahead.  If you want to
respond to that or otherwise finish your allocution,
go ahead.

THE DEFENDANT:  This is -- this is a prime
example of what we're talking about as far as
misleading, misstating, misidentifying.

Again, the testimony stated that all of
these actions that were taken by Mr. Beane were
actually done -- that they charged him with crimes
were actually done before I even spoke with him and
the bank and the RV place, the RV dealership.

She would have you believe that I went
in and advised Mr. Beane.  Anyone who knows me, and
it's all a matter of public record, I don't give
advisement.  In fact, the only advisement I give is
that they need to follow with their heart and
research.

And when it comes to the Federal
Reserve, on one of the videos that Ms. Davidson
actually put into evidence, myself and other people

that were involved in the exposés of the corruption

in the Federal Reserve and our own government

stated, "Do not touch things that you do not know,

that you do not understand."  Federal Reserve

specifically.

I wish our judicial system was actually

out for the truth and to make sure that there was a

deterrence.

The Federal Reserve is using

Ms. Davidson, our Department of Justice and our FBI

to stop a deterrence of people stopping their

illegal and unlawful activities, and unfortunately

it permeates throughout our entire system.

In one of the filings that I produced

there was an affidavit which was listed as an

example of how the process works for the Court with

the Federal Reserve and Department of Defense and

your clerk's ledgers.

By convicting me and giving me as much

as you possibly -- possibly can, the Federal Reserve

hopes that that will be a deterrence from any other

American questioning their abilities, their motives,

and whether they're -- whether the people's

government is actually operating lawfully and

legally; not just here at home domestically, also

overseas.

I'm not someone that watched a video and two months later went to go do something without any kind of investigation at all. In fact, I have been very quiet. This is the first time anybody in this room has ever heard of me was during this case.

I brought bloggers to Morocco because they were investigating banker resignations, financial corruption, reevaluation of currencies, and had basically the same thing that's happening with our DOJ, is being used and abused to influence public knowledge and public opinion, and basically to keep the public dumbed down, dumbed down and scared.

I believe in the government. I believe in law enforcement. But only when it protects and serves the actual people it's supposed to protect and serve. When it's utilized to punish its actual creators from questioning anything and making sure things operate lawfully and legally, harm people not just domestically in our country but also overseas, there is a big problem.

You no longer get to hide behind veils. You no longer get to hide -- none of us, me included, none of us get to hide behind any kind of

1    guises whatsoever.

2              We're all operating under our personal

3    responsibility, accountability and liability, and

4    all of our actions from this day, nunc pro tunc from

5    the beginning of this case are all a part of that

6    record and we are held responsible and accountable

7    and liable for that, including what was not

8    presented by the United States, including how the

9    inherent structure of this particular court runs,

04:31PM 10    and that certain factors weren't allowed to be

11    exposed at all regarding the clerk and the process,

12    the monetary process and the conflict of interest.

13              That information will come out and it

14    will be -- there is nothing that can stop it.  In

15    fact, all we've done is hyper-accelerate it today.

16              Thank you.

17         THE COURT:  All right.  Thank you.

18              Again, the Court appreciates the

19    defendant's statement, the statements and filings of

04:31PM 20    the parties, either via counsel or directly.

21              The Court has carefully reviewed the

22    Presentence Report and the entire record in this

23    case and considered the arguments presented by the

24    government and by the defendant, as well as the

25    witness testimony and exhibits, and in a manner

intended to comply with the Sixth Circuit's

jurisprudence since the Booker case rendered the

Sentencing Guidelines advisory in Gall v. United

States' requirement that the Court make an

individual assessment based on the facts presented

and adequately explain the chosen sentence, the

Court will explain its reasons for the sentence to

be imposed in this case.

The Court will discuss the advisory

guideline calculation and the factors discussed in

18 United States Code § 3553 relevant to this case.

Based on those factors and

consideration of the guideline range, the Court will

then impose a sentence sufficient, but not greater

than necessary, to comply with the purposes

discussed in 18 United States Code § 3553.

The Court has previously referenced

that advisory guideline range, and to reiterate,

paragraph 62 of the Presentence Report, based on a

total offense level of 24 and criminal history

category of I, the guideline range is 51 months to

63 months.

Turning next to the 18 United States

Code § 3553 factors, beginning with the nature and

circumstances of the offense, while there has been

discussion today of whether there has been

wrongdoing and innocence versus guilt, the fact

remains that the defendant was found guilty of the

charges against her, specifically Count 7 in the

Indictment, conspiracy to commit money laundering.

Her specific offense conduct, as well

as that of her co-conspirator, is set out in some

detail beginning at paragraph 6 of the Presentence

Report; again, multiple paragraphs therein, which,

among other things, summarizes the trial testimony

and evidence presented at the trial of

Ms. Tucci-Jarraf and Mr. Beane.

The Court takes into consideration all

of that trial testimony and evidence and takes into

consideration specifically all of the offense

conduct as outlined in the Presentence Report as

part of its analysis of the nature and circumstances

of the offense.

Again, the Court is not going to go

through all of that testimony and evidence, but to

briefly summarize, again, the defendant was

convicted of the count of conspiracy to commit money

laundering, among other things, on July 5 and

July 7, 2017.

The co-defendant, Mr. Beane, purchased

1    or attempted to purchase approximately 40

2    certificates of deposits totaling over $38 million

3    from USAA Bank using his Social Security number as

4    the account number and the routing number to the

5    Federal Reserve Bank in New York as the funding

6    account.

7          At some point on July 5, 2017, the

8    evidence showed that this defendant,

9    Ms. Tucci-Jarraf, was corresponding with

10   co-defendant Beane via Skype, and that she had

11   knowledge that he was attempting to purchase CDs

12   using the aforementioned method.

13         Again, among other things, on July 6,

14   2017, co-defendant Beane executed a wire transfer of

15   $493,110.68 to Buddy Gregg Motor Homes for a 45-foot

16   motor home, and once USAA Bank and Whitney Bank, the

17   bank utilized by Buddy Gregg Motor Homes, detected

18   potential fraud regarding Beane's transactions,

19   Beane's accounts were frozen and an investigation

20   was undertaken.

21         The evidence further showed

22   specifically as to this defendant, among other

23   things, on July 8, July 10 and July 11, this

24   defendant was involved in recorded telephone

25   conversations with Beane and with representatives or

employees of Buddy Gregg Motor Homes and Whitney

Bank, and, among other things, she assured all the

parties involved that the transactions were a

legal -- were legal and legitimate, and she further

advised or informed co-defendant Beane as to placing

the motor home in the name of a trust account he had

created using his Social Security number and a

Federal Reserve routing number.

It's noted in the Presentence Report,

paragraph 24, that the total loss -- the total

intended loss attributed to defendant Beane is no

less than $38,994,960- -- excuse me -- $38,994,967,

and that the total loss attrib- -- total intended

loss attributed to defendant Tucci-Jarraf is

$493,110.68.

However, it's noted in the victim

impact statement that USAA Bank is a victim in this

case and entitled to restitution, but that only

defendant Beane is being held responsible for the

restitution owed to USAA Bank.

With respect to the history and

characteristics of this defendant, the defendant is,

I believe, 45 years of age, born in Tacoma,

Washington.

She reports being primarily reared by

1    her mother and adoptive father.

2              She -- it's noted that she obtained a

3    bachelor's degree in accounting and a juris doctor

4    degree from Gonzaga University School of Law.

5              Since approximately 2000, she disclosed

6    that she has been employed as a prosecutor, defense

7    attorney, and private practicing attorney, among

8    other things, stating that she has been, as she

9    indicated here and at trial and to the probation

04:37PM  10    officer, that she has been part of what's been

11    called an operation, a cleanup, or an organization

12    or movement directed to alleged corruption in the

13    banking industry on a national and international

14    basis.

15              The defendant reports being in

16    relatively good health with no current medical

17    problems, no history of mental or emotional health

18    issues or treatment, and advises that she rarely

19    consumes alcohol and no history of substance abuse

04:38PM  20    or substance abuse treatment, and, again, no

21    previous adult criminal convictions and a criminal

22    history category of I.

23              With that background in mind, the Court

24    does consider the need for the sentence imposed to

25    reflect various factors under 18 United States

1    Code § 3553, one of which is to reflect the

2    seriousness of the offense.

3            Again, there has been some discussion

4    today as to whether -- as to defendant's guilt or

5    innocence and as to whether she committed any

6    wrongs.  That, however, has already been decided

7    earlier this year by a jury in this case.

8            In fact, as elbow counsel stated

9    earlier, the Court's role today is what sentence is

04:39PM  10   to be imposed as a result of this earlier jury

11   verdict.

12           More specifically, as the Court stated,

13   the role and purpose of today's sentencing hearing

14   is for the Court to determine a sentence sufficient,

15   but not greater than necessary, to comply with the

16   purposes discussed in 18 United States Code § 3553.

17           The Court does find this to be serious

18   conduct, given the actions that came forward at

19   trial, given the amounts of monies involved, and

04:39PM  20   given the nature of the crime itself to which the

21   defendant was found guilty by a jury, that being

22   conspiracy to commit money laundering.

23           The Court also considers the need to

24   promote respect for the law and provide just

25   punishment; again, considering the scope and nature

of defendant's offense conduct, also certainly

considering and taking into consideration her lack

of previous criminal history, as well as all of the

statements and allocution, both today and

considering defendant's testimony at trial.

The Court also considers and the

government specifically asks the Court to consider

the need for deterrence, both general deterrence,

that is, fashioning a sentence that might act as a

general deterrent to others similarly situated to

this defendant who may contemplate the undertaking

of similar crimes in the future, as well as

deterrence specific to this defendant.  And

certainly that is coupled, somewhat, or could be

seen as a corollary to the need to promote respect

for the law.

Again, the Court is mindful of the

professions of innocence.  The Court also notes,

even today, the defendant is setting forth that the

Court is being asked -- the Court wrote this down as

being asked to validate illegal actions not of the

defendant but of the prosecution and other actors in

the criminal justice system.

So, from that standpoint, the defendant

is not expressing any remorse for her criminal

1   conduct and does continue with her assertions of, in

2   fact, the lack of the jurisdiction and the authority

3   of the Court over her.

4          In that regard, the Court also does

5   consider the discussion of today of thoughts versus

6   actions.  Defendant's elbow counsel addressed what

7   he styled as a sincere belief on defendant's part

8   regarding the Federal Reserve system and actions

9   thereof.

04:42PM 10          However, in this case, I think the

11  proof showed and the jury found that whether we look

12  at, I guess, defendant's positions as sincere

13  beliefs or whether we look at them on the other end

14  as an artifice or some other activity; nonetheless,

15  the proof did show in this case that the defendant

16  went -- what might be styled as one step further or

17  many steps further in taking active steps, as the

18  Court just discussed, with respect to defendant's

19  offense conduct ultimately leading to the jury's

04:43PM 20  verdict in this case that the defendant did violate

21  federal law, 18 United States Code § 1956(h), and

22  did engage in acts, not thoughts, that resulted in

23  the jury's verdict of guilt as to conspiracy to

24  commit money laundering.

25          The Court also considers the need to

1    protect the public from further crimes of the

2    defendant.  Again, considering the defendant's

3    offense conduct and also considering her lack of

4    previous criminal history and all the other facts

5    and factors discussed by the Court today.

6              The Court considers the need to provide

7    the defendant with training, education and medical

8    treatment.  The Court does not believe that factor

9    to be relevant in this case, given the defendant's

04:43PM  10  education and training, and given her lack of

11   substance abuse or mental health issues or history.

12             To the extent that is a factor to

13   consider, the Court would add that it is not

14   intending to and is not imposing or lengthening the

15   defendant's prison sentence to enable her to

16   complete a treatment program or otherwise promote

17   rehabilitation.

18             The Court also notes under 18 United

19   States Code § 3553 that the advisory guidelines are

04:44PM  20  intended, in part, to carry out the national

21   policies as articulated by Congress that sentences

22   be uniform across the country, to the extent

23   possible, and be based on the offender's actual

24   conduct and history.

25             Here the government has asked for a

1  sentence at the high end of the advisory guidelines.

2  While the defendant did not file any motion related

3  to a request for a sentence outside the advisory

4  guidelines range, she did state in her allocution

5  that she does not think she should be sentenced at

6  all.

7  I think given the lack of any filings

8  and given just that isolated statement, the Court

9  does not believe that it is presented with a motion

04:45PM  10  for departure or variance; however, to the extent

11  that it is, based on the defendant's allocution and

12  statements today, the Court first would note the

13  distinction between a request for a departure or a

14  variance.  A departure referring to the imposition

15  of sentence outside the advisory guidelines range

16  due to the application of a particular guidelines

17  provision.  Whereas, a variance refers to the

18  selection of a sentence outside the guidelines range

19  based upon the Court's weighing of one or more of

04:45PM  20  the sentencing factors of § 3553(a).

21  The Court recognizes its discretion to

22  depart or vary as it deems appropriate; however, in

23  this case, the defendant has not come forward with

24  any -- first with any guidelines provisions for the

25  Court's consideration with respect to any requests

1     for a departure, and the Court further, in

2     considering all of the sentencing factors of 18

3     United States Code § 3553(a), considering the

4     Presentence Report, considering everything that's

5     been presented to the Court today, the Court does

6     not find itself presented with any facts or factors

7     that would take this case outside of the heartland

8     of cases that come before the Court related

9     specifically to the offense conduct of conspiracy to

04:46PM 10     commit money laundering.

11               So, to the extent the defendant in her

12     allocution or otherwise is asking for a variance,

13     the Court would overrule that request and, again,

14     would note under § 3553 that the advisory guidelines

15     are intended, in part, to carry out the national

16     policy as articulated by Congress that sentences be

17     uniform across the country, to the extent possible,

18     and be based on the offender's actual conduct and

19     history.

04:47PM 20               There is some difficulty in this case

21     from the standpoint of going back to the 3553

22     factors with respect to deterrence specifically and

23     to promote respect for the law because the Court's

24     not convinced, based on what it heard at trial and

25     what it heard here today, that any sentence

1   necessarily will address adequately the need to

2   afford specific deterrence or to promote respect for

3   the law; again, particularly given the continued

4   professions of innocence and objections to this

5   Court's jurisdiction.

6                Nonetheless, the Court does believe

7   that deterrence and promotion with respect to the

8   law are appropriate factors for the Court to

9   consider, given the totality of the statements and

04:47PM 10   arguments in this case, and the Court does take

11   those factors particularly into consideration, as

12   well as all the other facts and factors already

13   discussed by the Court, including, but not limited

14   to, the need for the sentence imposed to reflect the

15   seriousness of the offense and to provide just

16   punishment.

17                So in light of everything discussed,

18   including the guideline range and the relevant 3553

19   factors, and considering the arguments and position

04:48PM 20   of the parties, the Court first does find the

21   guideline range to be appropriate in this case, and

22   the Court, again, given everything said today and

23   given everything before it, believes that a midrange

24   guideline sentence in this case of 57 months to be a

25   sentence sufficient, but not greater than necessary,

1   to comply with the purposes of 18 United States

2   Code § 3553.

3           The Court is further going to impose, I

4   guess, what would be considered a midrange period of

5   supervised release, again, considering all the facts

6   and factors of 18 U.S.C. § 3553, and the Court will

7   impose a two-year period -- a two-year term of

8   supervised release in this case.

9           The Court also notes that the

04:49PM 10  Presentence Report sets forth no special conditions

11  of supervised release, and the Court would be

12  imposing only the mandatory and standard conditions

13  pursuant to the Court's local rules.

14          Accordingly and pursuant to the

15  Sentencing Reform Act of 1984, it is the judgment of

16  the Court as to Count 7 of the Indictment that the

17  defendant, Heather Ann Tucci-Jarraf, is hereby

18  committed to the custody of the Bureau of Prisons

19  for a term of imprisonment of 57 months.

04:49PM 20          Upon release from imprisonment, you

21  shall be placed on supervised release for a term of

22  two years.

23          While on supervised release, you shall

24  not commit another federal, state or local crime.

25  You must not -- must not unlawfully possess and must

1   refrain from use of controlled substances.

2               You must comply with the standard

3   conditions adopted by this court in Local Rule

4   83.10.  In particular, including but not limited to,

5   you must not own, possess or have access to a

6   firearm, ammunition, destructive device, or

7   dangerous weapon.  You shall cooperate in the

8   collection of DNA as directed by the probation

9   officer.

04:50PM 10              Title 18 U.S.C. §§ 3565(b) and 3583(g)

11  require mandatory revocation of supervised release

12  for possession of a controlled substance, ammunition

13  or firearm or for refusal to comply with drug

14  testing.

15              However, based on the Court's

16  determination that you pose a low risk of future

17  substance abuse, the Court will suspend the

18  mandatory drug testing condition in this case.

19              Pursuant to Title 18 U.S.C. § 3013, you

04:50PM 20  shall pay a special assessment fee in the amount of

21  $100 which shall be due immediately.

22              The Court finds, upon review of the

23  Presentence Report, you do not have the ability to

24  pay a fine and will waive the fine in this case.

25              Pursuant to Rule 32 of the Federal

1    Rules of Criminal Procedure, the Court advises you

2    may have the right to appeal the sentence imposed in

3    this case.  A Notice of Appeal must be filed within

4    14 days of entry of judgment.  If you request and so

5    desire, the Clerk of Court can prepare and file the

6    Notice of Appeal for you.

7              It's further ordered you be remanded to

8    the custody of the Attorney General pending

9    designation by the Bureau of Prisons.

04:51PM 10              Ms. Davidson, does the government have

11   any objection to the sentence just pronounced that

12   has not previously been raised?

13         MS. DAVIDSON:  No, Your Honor.

14         THE COURT:  All right.  Ms. Tucci-Jarraf,

15   or you can defer to Mr. Lloyd, but I'll ask you:

16   Ms. Tucci-Jarraf, do you, as the defendant, have any

17   objection to the sentence just pronounced that has

18   not previously been raised?

19         THE DEFENDANT:  I won't use the word

04:51PM 20   objection.  It's the same standing that this Court

21   does not have the authority or jurisdiction to

22   sentence me, and I restate that and incorporate

23   every single filing that has been in this case

24   applicable to this particular sentencing that you

25   ordered that you're making, as well as the order for

null and void all of the documents which I have put
as standing documents at the beginning of this
proceeding.

THE COURT:  All right.  Thank you.

And I'm going to -- I believe either
based upon Mr. Tucci's testimony and/or it may have
been a statement by -- excuse me -- Mr. Jarraf's
testimony -- Mr. Jarraf's testimony, and Mr. Lloyd
may have made a statement as well, but I believe the
defendant would like for me to recommend to the
Bureau of Prisons a designation in the geographic
area of Boston, Massachusetts.

MR. LLOYD:  Correct, Your Honor.

THE COURT:  Again, the Court will make that
recommendation without objection.  Keeping in mind
that that is a recommendation to the Bureau of
Prisons and the ultimate designation is up to the
Bureau of Prisons.

All right.  Anything further from
either party at this point?  The government?

MS. DAVIDSON:  No, Your Honor.

THE COURT:  Or the defendant?

MR. LLOYD:  Your Honor, the defendant does
ask the Clerk to file a Notice of Appeal as to the
Judgment of Conviction and the sentence.

1          THE COURT:  All right.  The Court will

2     direct the Clerk at the defendant's request to do

3     so.

4               All right.  Thank you, everyone, for

5     being here this afternoon, and we'll stand

6     adjourned.

7          THE COURTROOM DEPUTY:  All rise.  This

8     honorable court should stand adjourned.

9                         (Which were all the proceedings

10                          had and herein transcribed.)

11                    *  *  *  *  *  *  *

1              C-E-R-T-I-F-I-C-A-T-E

2    STATE OF TENNESSEE

3    COUNTY OF KNOX

4         I, Teresa S. Grandchamp, RMR, CRR, do hereby

5    certify that I reported in machine shorthand the

6    above proceedings; that the foregoing pages were

7    transcribed under my personal supervision and

8    constitute a true and accurate record of the

9    proceedings.

10        I further certify that I am not an attorney

11   or counsel of any of the parties, nor an employee or

12   relative of any attorney or counsel connected with

13   the action, nor financially interested in the

14   action.

15        Transcript completed and signed on Wednesday,

16   August 1, 2018.

17

18

19   _____
     TERESA S. GRANDCHAMP, RMR, CRR
20   Official Court Reporter

21

22

23

24

25