Print

# 2018 Entegra Coach M-45B 605hp Cummins

| | |
|---|---|
| Vehicle Type | Motorhomes |
| Fuel Type | Diesel |
| Series | Cornerstone Series |
| Model | M-45B 605hp Cummins |
| Length | 44' 11" |
| Coach Design | Motor Home (Class A) |
| FloorPlan | King Bed |
| Self-Contained | Yes |
| Slides | 4 |

| | Suggested List | Used Wholesale Trade-In | Used Retail |
|---|---|---|---|
| **BASE PRICE** | $692,646 | $426,400 | $561,050 |
| **OPTIONS** | | | |
| ALUMINUM RV WHEELS (SET OF 4) | | $1,290 | $1,700 |
| DISHWASHER | | $415 | $545 |
| HYDRAULIC LEVELING SYSTEM (AUTOMATIC) | | $2,430 | $3,190 |
| DRYER | | $455 | $600 |
| 4K 49" FLAT SCREEN TV | | $455 | $600 |
| MICROWAVE/CONVECTION COMBO | | $300 | $400 |
| REFRIGERATOR 4DR (LUXURY ONLY) | | $1,720 | $2,280 |
| STACKABLE WASHER/DRYER | | $1,525 | $2,020 |
| FIREPLACE | | $390 | $510 |
| FULL BODY PAINT | | $5,215 | $6,900 |
| SECURITY SYSTEM (BASIC) | | $280 | $365 |
| SHOWER ENCLOSURE (GLASS) | | $160 | $205 |
| SKYLIGHT | | $180 | $245 |
| SLIDE OUT TRAY-FULL PASS THROUGH | | $775 | $1,025 |
| TILE UPGRADE (BATHROOM/KITCHEN) | | $365 | $480 |
| 15,000 BTU CENTRAL/DUCTED | | $735 | $970 |
| **TOTAL PRICE** | $692,646 | $443,090 | $583,085 |

## Vehicle Notes

No notes available

## Value Explanations

**Suggested List**
The value listed in this column reflects the approximate price of the unit when it is brand new. The prices listed are furnished by the manufacturer and are assumed to be correct. The list price does not include freight charges.

**GOVERNMENT'S EXHIBIT B**