**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

JDIS-1v

FILED
2019 JUN 27 P 1:39
U.S. DISTRICT COURT
_____ DEPT. CLERK

| Field | Value |
|---|---|
| PLAINTIFF | United States of America |
| DEFENDANT | Randall Keith Beane, et al. |
| COURT CASE NUMBER | 3:17-CR-82 |
| TYPE OF PROCESS | Motion & Order for Interlocutory Sale |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN:
2017 Entegra Cornerstone 45B; 45 foot diesel motorhome; VIN# 4NDZVU1E94HC082752; Topaz in color
ADDRESS: c/o USMS

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Gretchen Mohr
Assistant U.S. Attorney
U.S. Attorney's Office
800 Market Street, Suite 211
Knoxville, TN 37902

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

17-FBI-004612 - Sell/Liquidate property and hold funds for conclusion of case and restitution

RECEIVED BY: HH
DATE: 5/30/19   TIME: 9AM

U.S. MARSHAL E/TN
KNOXVILLE, TN

Signature of Attorney other Originator requesting service on behalf of: ✓ PLAINTIFF
Gretchen Mohr / by J. Sorey
TELEPHONE NUMBER: 865.545.4167
DATE: 05/29/2019

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 2
District of Origin No. 74
District to Serve No. 74
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: 5/30/19

I hereby certify and return that I have executed as shown in "Remarks", the process described...

Date: 6/27/19  Time: 12:00 pm
Signature of U.S. Marshal or Deputy: HH for USM

| Service Fee | Total Mileage Charges | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund) |
|---|---|---|---|---|---|
| 65 | 0 | 0 | 65 | 0 | $65.00 |

REMARKS: Asset was sold in accordance with law. Proceeds will be deposited to SADF until conclusion of case.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00