## UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

Deborah S. Hunt  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: August 09, 2019

Ms. Cynthia F. Davidson  
Office of the U.S. Attorney  
800 Market Street  
Suite 211  
Knoxville, TN 37902

Ms. Anne-Marie Svolto  
Office of the U.S. Attorney  
800 Market Street  
Suite 211  
Knoxville, TN 37902

Mr. Dennis G. Terez  
Law Offices  
P.O. Box 22128  
Beachwood, OH 44122-9998

Ms. Heather Ann Tucci-Jarraf  
F.C.I. Dublin  
5675 Eighth Street  
Camp Parks  
Dublin, CA 94568

Re: Case No. 18-5752, *USA v. Heather Tucci-Jarraf*  
Originating Case No. : 3:17-cr-00082-2

Dear Counsel and Ms. Tucci-Jarraf:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Amy E. Gigliotti on behalf of Bryant L. Crutcher  
Case Manager  
Direct Dial No. 513-564-7013

cc: Mr. John L. Medearis

Enclosure

Case No. 18-5752

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

HEATHER ANN TUCCI-JARRAF

    Defendant - Appellant.

    Upon consideration of the motion of Dennis G. Terez to withdraw as counsel for the appellant,

    It is **ORDERED** that the motion be and it hereby is **GRANTED**. This court will appoint new counsel to represent the appellant under the Criminal Justice Act.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: August 09, 2019