**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: August 09, 2019

Mr. Paul L. Nelson
Federal Public Defender's Office
Western District of Michigan
50 Louis Street, N.W.
Suite 300
Grand Rapids, MI 49503

Re: Case No. 18-5752, *USA v. Heather Tucci-Jarraf*
Originating Case No. : 3:17-cr-00082-2

Dear Counsel,

This confirms your appointment to represent the defendant in the above appeal under the Criminal Justice Act, 18 U.S.C. § 3006A.

You must file your appearance form within 14 days of this letter. The appearance form can be found on this court's website. Finally, if you become aware that your client has financial resources not previously disclosed or is no longer eligible for appointed counsel under the Criminal Justice Act, please contact the Clerk or Chief Deputy for guidance.

Sincerely yours,

s/Ken Loomis
Administrative Deputy
Direct Dial No. 513-564-7067

cc: Mr. Bryant L. Crutcher
    Ms. Cynthia F. Davidson
    Mr. John L. Medearis
    Ms. Anne-Marie Svolto
    Ms. Heather Ann Tucci-Jarraf